AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Title 8, United States Code section 1326
Illegal Re-Entry by a Previously Deported Alien  ☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:
10 Years Imprisonment, 3 Years Supervised Release
$250,000 Fine
$100 Special Assessment

E-filing

─── **PROCEEDING** ───
Name of Complaintant Agency, or Person (&Title, if any)

U.S. Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on       **SHOW**
motion of:                    **DOCKET NO.**
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant                     **MAGISTRATE**
☐ prior proceedings or appearance(s)  **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on     **SCOTT N. SCHOOLS**
THIS FORM
  ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Owen Martikan

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── **DEFENDANT - U.S.** ───

NOV 2 0 2007

NOE ARIAS-ORDONEZ

RICHARD W. WIEKING

DISTRICT COURT NUMBER    CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07    0738

─── **DEFENDANT** ───   **MMC**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
    was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other   } ☐ Fed'l ☐ State
    charges

If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes   If "Yes"
been filed?     ☐ No   } give date
                         filed

**DATE OF**              Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED**     Month/Day/Year
**TO U.S. CUSTODY**      10/31/2007

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: _____

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

*FILED*

*NOV 2 0 2007*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**V.**

NOE ARIAS-ORDONEZ

*MMC*

E-filing

CR 07 0738

DEFENDANT.

## INDICTMENT

Title 8, United States Code section 1326 - Illegal
Reentry Following Deportation

A true bill.

_____
Foreman

Filed in open court this _____ day of
11/20/2007
_____
Clerk

Bail, $ No Bail warrant

ORIGINAL

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

NOV 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: |
| Plaintiff, ) | CR 07    0738 |
| ) | |
| v. ) | VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation |
| ) | |
| NOE ARIAS-ORDONEZ, ) | SAN FRANCISCO VENUE |
| ) | |
| Defendant. ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about November 6, 2003, June 22, 2004, April 12, 2006, July 6, 2006, July 15,

2006, July 18, 2006, January 30, 2007, and July 9, 2007, the defendant,

NOE ARIAS-ORDONEZ,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about

October 31, 2007, was found in the Northern District of California, the Attorney General of the

United States and the Secretary for Homeland Security not having expressly consented to a re-

//

INDICTMENT

1   application by the defendant for admission into the United States, in violation of Title 8, United

2   States Code, Section 1326.

3

4

5   DATED:                              A TRUE BILL.

6       11/20/07

7                                       FOREPERSON

8

9   SCOTT N. SCHOOLS
    United States Attorney

10

11

12   GREGG LOWDER
     Chief, Major Crimes Section

13

14

15

16   (Approved as to form:                    )
                          AUSA MARTIKAN

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          2