UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: _____

Case No. **CR-07-0738 MMC**    JUDGE: **Maxine M. Chesney**

**NOE ALIAS-ORDONEZ**    Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

**OWEN MARTIKIAN**    **ELIZABETH FALK**
U.S. ATTORNEY    ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**    Reporter: **CATHERINE EDWARDS**

**PROCEEDINGS**

REASON FOR HEARING  **Initial Status Conference**

RESULT OF HEARING  **∆'s Counsel "just" received a file & needs time to review & discuss w/ ∆.**

Case continued to **1/9/08 @ 9:00** for Further Status.
Case continued to _____ for Motions.
                   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) **Preparation of Counsel**  Begins _____ Ends **1/9/08**