UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: JAN 0 9 2008

Case No. CR-07-0738 MMC    JUDGE: **Maxine M. Chesney**

DEFENDANT: NOE ALIAS-ORDONEZ    Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: OWEN MARTIKAN    ATTORNEY FOR DEFENDANT: ELIZABETH FALK

Deputy Clerk: **TRACY LUCERO**    Reporter: SAHAR McVICKAR

## PROCEEDINGS

REASON FOR HEARING: FURTHER STATUS CONFERENCE

RESULT OF HEARING: Both sides request continuance to 1/30/08 for change of plea. Δ's counsel will advise the Court by letter if plea will be open or by plea agreement.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 1/30/08 @ 2:30 for Change of Plea or Trial Setting Conference

EXCLUDABLE DELAY (Category) Continuity/Preparation of Counsel Begins JAN 0 9 2008 Ends 1/30/08