1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0738 MMC |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA |
| NOE ARIAS-ORDONEZ, | ) |
| Defendant. | ) |

The parties stipulate and respectfully ask the Court to order as follows:

That defendant's change of plea in this case, currently set for Wednesday, January 30, 2008 at 2:30pm, be continued to **Wednesday, February 13, 2008 at 2:30pm** due to government counsel's scheduling conflict involving another change of plea.

//

//

//

STIP AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA
CR 07-0738 MMC

1

     The parties further request that the exclusion of time for continuity and preparation of counsel be extended to February 13, 2008.

     So Stipulated.

DATED: 1/25/08

JOSEPH P. RUSSONIELLO

_____
OWEN P. MARTIKAN
Attorneys for the United States

DATED: 1/28/08

BARRY J. PORTMAN

_____
ELIZABETH M. FALK
Attorneys for Defendant

## [PROPOSED] ORDER

     Pursuant to the parties' stipulation and with the defendant's consent, the Court hereby orders that defendant's change of plea be continued from January 30, 2008 at 2:30pm until February 13, 2008 at 2:30pm.

     SO ORDERED.

_____
HON. MAXINE M. CHESNEY
United States District Judge

STIP AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA
CR 07-0738 MMC