JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7241
   FAX: (415) 436- 7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>NOE ARIAS-ORDONEZ,<br>    Defendant. | No. CR 07-0738 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING CHANGE OF PLEA |

    The parties stipulate and respectfully ask the Court to order as follows:

    That defendant's change of plea in this case, currently set for Wednesday, January 30, 2008 at 2:30pm, be continued to **Wednesday, February 13, 2008 at 2:30pm** due to government counsel's scheduling conflict involving another change of plea.

///

///

///

STIP AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA
CR 07-0738 MMC      1

The parties further request that the exclusion of time for continuity and preparation of counsel be extended to February 13, 2008.

So stipulated.

DATED: January 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney


       /s/ Owen Martikan
OWEN P. MARTIKAN
Assistant United States Attorney


DATED: January 28, 2008       BARRY J. PORTMAN


       /s/
ELIZABETH M. FALK
Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the parties' stipulation with the defendant's consent, the Court hereby orders that defendant's change of plea be continued from January 30, 2008 at 2:30pm until February 13, 2008 at 2:30pm.

Time is excluded under the Speedy Trial Act through February 13, 2008 for continuity and effective preparation of counsel, which interests outweigh any other interests the defendant or the public may have in proceeding without such exclusion.

SO ORDERED.

Dated: January 29, 2008

HON. MAXINE M. CHESNEY
United States District Judge