UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: FEB 1 3 2008

Case No. CR-07-0738 MMC

JUDGE: Maxine M. Chesney

NOE ALIAS-ORDONEZ
DEFENDANT

Present (✓)  Not Present ( )  In Custody (✓)

Allison Danner for Owen Martikan
U.S. ATTORNEY

Jodi Linker for Elizabeth Falk
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING   Δ's counsel intends on filing a motion to dismiss - briefing schedule set.

Case continued to _____ for Further Status.
Case continued to 3/19/08 @ 2:30 for Motions. Δ's motion to Dismiss
(Motion due 2/20, Opposition due 3/5, Reply Due 3/12)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins FEB 1 3 2008  Ends 3/19/08