BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARIAS-ORDONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0738 MMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF BRIEFING SCHEDULE ON MOTION TO DISMISS |
| NOE ARIAS-ORDONEZ, | |
| Defendant. | Date: March 19, 2008<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

The parties hereby stipulate and ask the Court to order as follows;

1. Defendant is planning to file a pretrial Motion to Dismiss in the aforementioned matter. Under the current briefing schedule, defendant's motion is due February 20, 2008;

2. An expert witness hired by the defendant, anticipated to provide a declaration relevant to this Court's determination of the aforementioned motion, needs more time to review Mr. Arias-Ordonez's A-file and complete her analysis of the case;

3. Defense counsel thus seeks a two-week continuance of the briefing schedule, and the government has no opposition to the request. The proposed revised briefing schedule is set forth below;

4.  The parties also jointly request the Court to hold that for the reasons stated herein, including the need for defense counsel to effectively prepare Mr. Arias-Ordonez' motion to dismiss, and for good cause shown, this Court should find that the ends of justice served by excluding the period from February 20, 2008 to March 5, 2008 outweigh the interest of the public and the defendant in a speedy trial, and should order that the period from February 20, 20080 to March 5, 2008, is excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(B)(iv).

**IT IS SO STIPULATED**

Dated: February 19, 2008

_____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

Dated: February 19, 2008    _____/s/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

## [PROPOSED] ORDER

For the reasons stated herein, and for good cause shown, the briefing schedule and motion hearing date previously established by this Court for Defendant's Motion to Dismiss in the aforementioned case are hereby VACATED. The briefing schedule shall be altered as follows:

| | |
|---|---|
| Motion to Suppress Due: | March 5, 2008 |
| Response Due: | March 19, 2008 |
| Reply Due: | March 26, 2008 |
| Motion Hearing: | April 2, 2008 at 2:30 p.m. |

For the reasons stated herein, including the need for effective preparation of defense counsel, and for good cause shown, this Court also finds that the ends of justice served by excluding the

1  period from February 20, 2008 to March 5, 2008 outweigh the interest of the public and the
2  defendant in a speedy trial, and orders that the period from February 20, 2008 to March 5, 2008, is
3  excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(1)(F) and §
4  3161(h)(8)(B)(iv).

6  **IT IS SO ORDERED.**
7  Dated: _____    _____
                                              THE HONORABLE MAXINE M. CHESNEY
8                                             UNITED STATES DISTRICT JUDGE