1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant   ARIAS-ORDONEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR 07-00738 MMC
                                      )
12 |           Plaintiff,              )   NOTICE OF MANUAL FILING
                                      )
13 | vs.                               )
                                      )
14 | NOE ARIAS-ORDONEZ,                )
                                      )
15 |           Defendant.              )
   |_____ )
16

17              **MANUAL FILING NOTIFICATION**

18 Regarding:   DECLARATION OF AMY JO LUCAS IN SUPPORT OF MOTION TO DISMISS

19       This filing is in paper or physical form only, and is being maintained in the case file in the

20 Clerk's office.

21       If you are a participant on this case, this filing will be served in hard-copy shortly.

22       For information on retrieving this filing directly from the court, please see the court's

23 mail web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

24 //

25 //

26 //

Manual Filing Notification                    1

1 | This filing was not efiled for the following reason(s):

2 | \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

3 | \_\_\_\_\_ Unable to Scan Documents

4 | \_\_X\_\_\_ Physical Object (description): \_\_\_\_Exhibit B -Cassette Tape_____

5 | \_\_\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6 | \_\_\_\_\_ Item Under Seal

7 | \_\_\_\_\_ conformance with the Judicial Conference Privacy Policy (General Order 53).

8 | \_\_\_\_\_ Other (description): _____

9 | _____

11 | Dated: 03/05/08

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/

ELIZABETH FALK
Assistant Federal Public Defender
Counsel for Noe Arias-Ordonez

Manual Filing Notification            2