Exhibit J

| VACCINE | | DATE GIVEN | DOCTOR OFFICE OR CLINIC | DATE NEXT DOSE DUE |
|---|---|---|---|---|
| HEPATITIS B | 1 | | | |
| | 2 | | | |
| | 3 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TB SKIN TESTS Pruebas de la Tuberculosis | Type* | Date given | Given by | Date read | Read by | mm indur | Impression |
|---|---|---|---|---|---|---|---|
| | ☐ PPD-Mantoux<br>☐ Other ____ | / / | | / / | | | ☐ Pos<br>☐ Neg |
| | ☐ PPD-Mantoux<br>☐ Other ____ | / / | | / / | | | ☐ Pos<br>☐ Neg |
| | ☐ PPD-Mantoux<br>☐ Other ____ | / / | | / / | | | ☐ Pos<br>☐ Neg |

\* If required for school entry, must be Mantoux unless exception granted by local health department.

**CHEST X-RAY**
(Necessary if skin test positive.)

Film date: ___/___/___ Impression: ☐ normal ☐ abnormal
Person is free of communicable tuberculosis: ☐ yes ☐ no
Signature/Agency: _____

**Parents:** Your child must meet California's immunization requirements to be enrolled in school. Keep this Record as proof of immunization. **Padres:** Su niño debe cumplir con los requisitos de vacunas para ser admitido a la escuela. Mantenga este Comprobante: lo necesitará.

# IMMUNIZATION RECORD
*Comprobante de Inmunizacion*

**Name** / *nombre*: NOE ARIAS

**Birthdate** / *fecha de nacimiento*:

**Allergies** / *alergias*:

**Vaccine Reactions** / *reacciones a la vacuna*:

RETAIN THIS DOCUMENT — *CONSERVE ESTE DOCUMENTO*

| Name | | | Sex | Birthdate | |
|---|---|---|---|---|---|
| **VACCINE** *vacuna* | **DATE GIVEN** *fecha de vacunación* | | **DOCTOR OFFICE OR CLINIC** *médico a clínica* | | **DATE NEXT DOSE DUE** *próxima vacuna* |
| POLIO | 1 | 10/29/91 | | | |
| | 2 | 4/3-92 | | | |
| | 3 | 3/3/93 | SVCHC | | 9/93 |
| | 4 | | | | |
| | | | | | |
| DTP Td DT | 1 | 10/29/91 | ☒ DTP ☐ Td ☐ DT | | |
| | 2 | 4/3/92 | ☒ DTP ☐ Td ☐ DT | | |
| | 3 | 3/9/93 | ☐ DTP ☒ Td ☒ DT | SVCHC | 9/93 |
| | 4 | | ☐ DTP ☐ Td ☐ DT | | |
| | 5 | | ☐ DTP ☐ Td ☐ DT | | |
| | | | ☐ DTP ☐ Td ☐ DT | | |
| HIB | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| MMR | 1 | 10/29/91 | ☐ MMR ☐ MR ☐ Meas | | |
| | 2 | 4/3/92 | ☐ MMR ☐ MR ☐ Meas | | |

DTP = diphtheria, tetanus, pertussis (whooping cough)   difteria, tétano y tos ferina
MMR = measles, mumps, rubella   sarampión, paperas y sarampión aleman
HIB = Hib meningitis (Haemophilus influenzae B)   meningitis Hib

PM 298 (7/91)                 **IMPORTANT: SEE OTHER SIDE**                 91  61331

| VACCINE<br>vacuna | DATE GIVEN<br>dada en la fecha | DOCTOR OR CLINIC<br>doctor o clinica | MEDICAL NOTES<br>notas del médico | DATE NEXT DUE<br>fecha en que debe darse siguiente |
|---|---|---|---|---|
| MEASLES<br>sarampión<br>(de 10 días) | 10/29/91 | | | |
| RUBELLA<br>sarampión alemán<br>(de 3 días) | | | SANTA ROSA MEMORIAL HOSPITAL<br>MOBILE HEALTH CLINIC<br>1165 MONTGOMERY DR., SANTA ROSA, CA 95405<br>707-525-5200 | |
| MUMPS<br>paperas | | | | |
| MMR #2 | 4/3/92 | | | |

THIS RECORD MUST BE PRESENTED AT SCHOOL REGISTRATION
*Este Registro tendrá que presentarse en la matriculación*

## IMMUNIZATION RECORD
*Registro de Inmunizacion*

Name / nombre: Noe Arias Ordoñez

Birthdate / fecha de nacimiento: 2/10/81

Allergies / alergias: _____

Vaccine Reactions / Reacciones a la vacuna: _____

RETAIN THIS DOCUMENT • *CONSERVE ESTE DOCUMENTO*

| VACCINE<br>*vacuna* | DATE GIVEN<br>*dada en la fecha* | DOCTOR OR CLINIC<br>*doctor o clínica* | MEDICAL NOTES<br>*notas del médico* | DATE NEXT DUE<br>*fecha en que debe darse siguiente* |
|---|---|---|---|---|
| POLIO *poliomelitis* 1 | | | | |
| 2 | 10/29/91 | | | |
| 3 | 4/3/92 | SANTA ROSA MEMORIAL HOSPITAL<br>MOBILE HEALTH CLINIC<br>1165 MONTGOMERY DR., SANTA ROSA, CA 95405<br>707-525-5252 | | |
| 4 | | | | |
| 5 | | | optional/*opcional* | |
| DPT/DT *Diphtheria, Pertussis (whooping cough) and Tetanus difteria, tos ferina y tétanos* 1 | | | | |
| 2 | 10/29/91 | | | |
| 3 | 4/3/92 | SANTA ROSA MEMORIAL HOSPITAL<br>MOBILE HEALTH CLINIC<br>1165 MONTGOMERY DR., SANTA ROSA, CA 95405<br>707-525-5252 | | |
| 4 | | | | |
| 5 | | | | |

PRESENT THIS RECORD AT EACH VISIT
*En cada visita por favor muestre este Registro de Inmunizacion*

PM 298 (2/78)

| VACCINE | | DATE GIVEN | DOCTOR OFFICE OR CLINIC | DATE NEXT DOSE DUE |
|---|---|---|---|---|
| HEPATITIS B | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | | | | |

| | Type* | Date given | Given by | Date read | Read by | mm indur | Impression |
|---|---|---|---|---|---|---|---|
| TB SKIN TESTS | ☐ PPD-Mantoux ☐ Other | 12/10/92 | B | 12/15/92 | | 10mm x20mm | ☒ Pos ☐ Neg |
| Pruebas de la Tuber- culosis | ☐ PPD-Mantoux ☐ Other | / / | | / / | | | ☐ Pos ☐ Neg |
| | ☐ PPD-Mantoux ☐ Other | / / | | / / | | | ☐ Pos ☐ Neg |

\* If required for school entry, must be Mantoux unless exception granted by local health department.

CHEST X-RAY (Necessary if skin test positive.)   Film date: ___/___/___   Impression: ☐ normal ☐ abnormal
Person is free of communicable tuberculosis: ☐ yes ☐ no
Signature/Agency: _____

**Parents:** Your child must meet California's immunization requirements to be enrolled in school. Keep this Record as proof of immunization. **Padres:** Su niño debe cumplir con los requisitos de vacunas para ser admitido a la escuela. Mantenga este Comprobante: lo necesitará.

# IMMUNIZATION RECORD
### Comprobante de Inmunizacion

**Name / nombre**: Noe Arias Ordonez
**Birthdate / fecha de nacimiento**:
**Allergies / alergias**:
**Vaccine Reactions / reacciones a la vacuna**:

RETAIN THIS DOCUMENT — CONSERVE ESTE DOCUMENTO

| Name | | Sex | Birthdate | |
|---|---|---|---|---|
| VACCINE<br>vacuna | DATE GIVEN<br>fecha de vacunación | DOCTOR OFFICE OR CLINIC<br>médico a clínica | | DATE NEXT DOSE DUE<br>próxima vacuna |
| POLIO 1 | | | | |
| POLIO 2 | 10/29/91 | | | |
| POLIO 3 | 4/3/92 | SRMH | | |
| POLIO 4 | | | | |
| | | | | |
| DTP Td DT 1 | | ☐ DTP ☐ Td ☐ DT | | |
| DTP Td DT 2 | 10/29/91 | ☐ DTP ☐ Td ☐ DT | | |
| DTP Td DT 3 | 4/3/92 | ☐ DTP ☐ Td ☐ DT | SR MH | |
| DTP Td DT 4 | | ☐ DTP ☐ Td ☐ DT | | |
| DTP Td DT 5 | | ☐ DTP ☐ Td ☐ DT | | |
| | | ☐ DTP ☐ Td ☐ DT | | |
| HIB 1 | | | | |
| HIB 2 | | | | |
| HIB 3 | | | | |
| HIB 4 | | | | |
| MMR 1 | 10/29/91 | ☐ MMR ☐ MR ☐ Meas | | |
| MMR 2 | 4/3/92 | ☐ MMR ☐ MR ☐ Meas | | |

DTP = diphtheria, tetanus, pertussis (whooping cough)   difteria, tétano y tos ferina
MMR = measles, mumps, rubella   sarampión, paperas y sarampión aleman
HIB = Hib meningitis (Haemophilus influenzae B)   meningitis Hib

PM 298 (7/91)            **IMPORTANT: SEE OTHER SIDE**            -91  61331