# Exhibit K

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY  CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# DECLARATION OF PATERNITY

| DISTRIBUTION: | ORIGINAL – CDSS |
| --- | --- |
| | COPY 1 & 2 – Parents |
| | COPY 3 – Family Support |

## SECTION A

**Child**
- NAME OF CHILD – FIRST: 
- MIDDLE: 
- LAST: Canales
- DATE OF BIRTH: 
- SEX: Female
- FOR STATE USE ONLY:

**Place of Birth**
- HOSPITAL NAME: 
- CITY: Berkeley
- COUNTY: 
- STATE: 

**Father**
- NAME OF FATHER – FIRST: 
- MIDDLE: 
- LAST: 
- SOCIAL SECURITY NO.: ___-__-3245
- DATE OF BIRTH: 
- PLACE OF BIRTH (STATE OR COUNTRY): Guadalajara
- CURRENT ADDRESS (NUMBER, STREET, CITY, ZIP):

**Mother**
- NAME OF MOTHER – FIRST: Kristina
- MIDDLE: Maria
- LAST: 
- SOCIAL SECURITY NO.: 
- DATE OF BIRTH: 
- PLACE OF BIRTH (STATE OR COUNTRY): CA
- CURRENT ADDRESS (NUMBER, STREET, CITY, ZIP):

## SECTION B – READ OTHER SIDE BEFORE SIGNING

I declare under the penalty of perjury under the laws of the State of California that I am the biological father of the child named on this declaration and that the information provided is true and correct. I have read and understand the rights and responsibilities described on the back of this form. I understand that by signing this form I am consenting to the establishment of paternity, thereby waiving those rights. I am assuming all the rights and responsibilities of the biological father of this child. I wish to be named as the father on the child's birth certificate.

I have been orally informed of my rights and responsibilities.

SIGNATURE OF FATHER: ____  DATE SIGNED: ____

I declare under the penalty of perjury under the laws of the State of California that I am the natural mother of the child named on this declaration and that the information provided is true and correct. I have read and understand the rights and responsibilities described on the back of this form. I certify that the man signing this form is the only possible father of this child. I know that by signing this form I am establishing the man signing this form as the biological father of this child with all the rights and responsibilities of a biological father under the laws of California. I consent to the establishment of paternity by signing this form.

I have been orally informed of my rights and responsibilities.

SIGNATURE OF MOTHER: ____  DATE SIGNED: 5-27-__

## SECTION C – TO BE COMPLETED BY WITNESS AT THE HOSPITAL, AGENCY OR CLINIC (PLEASE PRINT)

DECLARATION WITNESSED BY (SIGNATURE AND PRINTED NAME): FAMILY CARE CENTER

NAME OF AGENCY (HOSPITAL) MEDICAL CENTER

ADDRESS (ADDRESS, CITY AND ZIP CODE): 2450 ASHBY AVENUE, BERKELEY, CA 94705

DATE: 

## SECTION D – TO BE COMPLETED BY NOTARY PUBLIC IF NOT WITNESSED ABOVE

State of _____

County of _____

On _____ before me, _____, personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their signature(s) on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

WITNESS by hand and official seal.

CS 909 (4/99)

## WHAT IS THE PURPOSE OF A DECLARATION OF PATERNITY?

A declaration of paternity form is used to legally establish the paternity *(the father)* of a child when the mother and father are not married to each other. It should be signed only by the biological mother if she is not married. It may be signed by the biological father regardless of his marital status. **Signing this form is voluntary. If any part of this form does not make sense to you, talk to your local Family Support Division or a lawyer before signing the form.**

## HOW WILL YOU AND YOUR CHILD BENEFIT IF YOU SIGN THIS FORM?

When both parents sign this form it will:

- Legally establish a parent-child relationship between the biological father and the child. Your child has the right to know his or her mother and father and to benefit from a relationship with both parents.

- Allow the father's name to be added to the birth certificate. Your child will benefit by having both of your names appear on his or her birth certificate. If the form is signed after the child's birth certificate is prepared, there will be a fee to amend the birth certificate to add the father's name.

- Legally establish the man as the child's father without going to court. This will give the father parental rights such as the right to seek child custody and visitation through a court action and to be consulted about the adoption of the child.

- Make it easier for your child to learn the medical histories of both parents, to benefit from the father's health care coverage, and to receive Social Security or Veterans' dependent or survivor's benefits, if eligible.

## WHAT DOES IT MEAN IF YOU SIGN A DECLARATION OF PATERNITY?

- A signed declaration of paternity will have the same effect as a court order establishing paternity for the child. If your child does not live with you and a court action is filed, you may be ordered by the court to pay child support. A court action must be filed to deal with the issues of custody, visitation or child support.

- By signing this declaration, you are, by your choice, giving up all of the following rights, as they relate to paternity establishment: the right to a trial in court to decide the issue of paternity; to notice of any hearing on the issue of paternity; to have the opportunity to present your case to the court, including the right to present and cross examine witnesses; to have an attorney represent you; or to have an attorney appointed to represent you if you cannot afford one in an action filed by the District Attorney.

- If either of you later change your mind about signing this form, you must complete a *Rescission Form For the Declaration of Paternity (CS 915)* to rescind or cancel the declaration of paternity **and** file it with the California Department of Social Services within 60 days from the date you sign this form. You can get a rescission form from your local Family Support Division, or Local Registrar of Births and Deaths.

- A Declaration of Paternity may be challenged in court only in the first two years after the child's birth by using blood and genetic tests that prove the man is not the biological father. It also may be overturned if the father or mother is able to prove that he/she signed the form because of fraud, duress, or material mistake of fact.

- If either or both of you are under the age of eighteen, a declaration of paternity will not establish paternity until sixty days after both of you are age eighteen or are legally emancipated. If you wish to legally establish paternity before both of you become adults, you should consult an attorney.

OSP 99 23658