1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ARIAS-ORDONEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR 07-00738 MMC
                                     )
12                Plaintiff,         )
                                     )    SUPPLEMENTAL DECLARATION OF
13        v.                         )    ELIZABETH M. FALK
                                     )    AUTHENTICATING DOCUMENTS
14  NOE ARIAS-ORDONEZ,               )    RECEIVED IN DISCOVERY FROM THE
                                     )    UNITED STATES OF AMERICA IN
15                Defendant.         )    SUPPORT OF MOTION TO DISMISS
    _____)

16

17        I, Elizabeth M. Falk, DECLARE;

18  1.    I am an Assistant Federal Public Defender and am counsel of record for Mr. Arias-

19        Ordonez in the aforementioned action;

20  2.    I submit this declaration to authenticate documents that I received from the United States

21        of America as discovery in the above captioned case.  It is my understanding that the

22        Assistant United States Attorney assigned to this matter obtained the below referenced

23        documents, attached hereto as Exhibit P, from the Immigration and Customs Enforcement

24        Service ("ICE") and that these documents are contained within Mr. Arias-Ordonez'

25

26

alienage and nationality file.

3.      Attached hereto as Exhibit P is a true and correct copy of DCAS Immigration System

Notes regarding events that occured in connection with Mr. Arias-Ordonez' deportation

on November 4-6, 2003.

Sworn this 5th day of March, 2008, at San Francisco, California.


_____/S/_____

ELIZABETH M. FALK

Assistant Federal Public Defender