Exhibit P

```
DAXLO28                  DACS CASE COMMENTS LOOK SCREEN              DATE: 07/15/2006
                                                                     TIME: 05:32:25

       A-NUM: 079637965              LAST NAME: ARIAS-ORDONEZ
       NATLTY: MEXIC                 FIRST NAME: NOE

COMMENT 1: CENF:  03/04/03 - ENTERED SERVICE CUSTODY ON 03/03/03 FROM
              SONOMA CO JAIL. HRG SET FOR 03/06/03 @ 9:00 A.M. LO

COMMENT 2: CENF:03/06/03 BOND SFR-28071 ENTERED IN DACS BY CLK CO.COPY
              OF BOND FEDEXED TO DMC TODAY.CH.

COMMENT 3: CENF:  03/06/03 - I-830 FILED W/EOIR AND PLACED IN A-FILE.
              A-FILE TO TA. LO

COMMENT 4: CENF:06/11/03 IJ ORDER REMOVE. ABSENTIA ORDER. FILE TO DC SE
              ND I-340 DEMAND TO OBLIGOR. D7




HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

```
DAXLO28                  DACS CASE COMMENTS LOOK SCREEN              DATE: 07/15/2006
                                                                     TIME: 05:32:32

        A-NUM: 079637965                    LAST NAME: ARIAS-ORDONEZ
        NATLTY: MEXIC                       FIRST NAME: NOE

COMMENT 1:  CENF: I-340 SURR. FOR 8/20/03@9:00AM. FS/DC
            CENF: REDO I-340 SURR. ADDR. WAS NOT COMPLETED.8/20/03.FS/DC

COMMENT 2:  CENF: 09/29/03 SUBJ FTS, FILE TO DC FOR I-323 AND I-166; D15
            CENF: I-323 & I-166 ISSUED 10/02/03. FS/DC

COMMENT 3:  CENF: I-323 DELIVERY TO OBLIGOR ON HAND 10/15/03. FS/DC
            11/04/03 -SUBJS MOTHER APPEARED W/ I-166 CLIAMING SUBJ

COMMENT 4:  COULD NOT ENTER THE BUILDING B/C HE DID NOT HAVE PROPER
            ID. MOTHER CLIAMED SUBJ WENT BACK HOME (SONOMA, CA) TO


HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

```
DAXL028                  DACS CASE COMMENTS LOOK SCREEN               DATE: 07/15/2006
                                                                      TIME: 05:32:37

        A-NUM: 079637965                    LAST NAME: ARIAS-ORDONEZ
        NATLTY: MEXIC                       FIRST NAME: NOE

COMMENT 1:  OBTAIN PROPER ID AND WOULD RETURN THIS AFTERNOON. MOTHER
            PRESENTED HER EAD CARD(A79587796) AS PROOF OF ID. I

COMMENT 2:  INFORMED MOTHER I WOULD KEEP HER CARD AND I-166 UNTIL SUBJ
            RETURNED. MOTHER AGREED. MOTHER LEFT LATE IN THE AFTERNOON

COMMENT 3:  AND NEVER RETURNED. SUBJ PHONED THIS OFFICE @ 3:55PM (PST)
            TO COMPLAIN. SDO D11 INFORMED SUBJ TO REPORT ON 11/06/03 @

COMMENT 4:  8:00AM (PST) FOR SURRENDER AND TO ISSUE EAD CARD BACK TO
            MOTHER. D21



HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

```
DAXL028              DACS CASE COMMENTS LOOK SCREEN           DATE: 07/15/2006
                                                              TIME: 05:32:41

      A-NUM: 079637965              LAST NAME: ARIAS-ORDONEZ
      NATLTY: MEXIC                 FIRST NAME: NOE

COMMENT 1: 11/
           11/6/03 SUBJECT APPEARED PER ARRANGEMENT AND TAKEN INTO CUST
COMMENT 2: OY WITHOUT INCIDENT.TSF/SDO
           CENF: 11/28/03 FINALIZED BOND. FS/DC
```

COMMENT 3:

COMMENT 4:



HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
LAST PAGE DISPLAYED