# Exhibit AA

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ARIAS-ORDONEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. CR 07-00738 MMC
                                      )
12              Plaintiff,            )
                                      )   DECLARATION OF ELIZABETH M. FALK
13        v.                          )
                                      )
14 NOE ARIAS-ORDONEZ,                 )
                                      )
15              Defendant.            )
   _____)
16

17        I, Elizabeth M. Falk, DECLARE;

18 1.  I am an Assistant Federal Public Defender and am counsel of record for Mr. Arias-
19     Ordonez in the aforementioned action.
20
21 2.  With respect to the defense request for the IJ's court file, I provide the following
22     information: During the week of February 18, 2008, I called AUSA Owen P. Martikan
23     and left him a voicemail message and acknowledged that I was not at the last court
24     appearance regarding this case and that he may have been surprised to hear that we would
25     be filing a motion to dismiss in this case. In that same voicemail message, I informed
26     him of the basis of that motion and asked him for any and all information regarding Mr.

No. CR 07-00738 MMC; Falk Dec.           1

1  Arias-Ordonez separate and apart from the A-file which I already had at that point.

2  Although I did not specifically state that I wanted the IJ's court file in this case, I made it

3  clear what the basis of our motion would be and asked for all information regarding Mr.

4  Arias-Ordonez.

5  3.   On March 3, 2008, after receiving no response from AUSA Martikan, we filed a FOIA

6  request with the Office of the General Counsel of the Executive Office for Immigration

7  Review.

I declare under penalty of perjury that the foregoing is true and correct.

Sworn this 20th day of March, 2008, at San Francisco, California.

_____/s/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

No. CR 07-00738 MMC; Falk Dec.        2