# Exhibit BB

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARIAS-ORDONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NOE ARIAS-ORDONEZ,<br><br>    Defendant. | No. CR 07-00738 MMC<br><br>**DECLARATION OF CHRISTINE MILES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS INDICTMENT**<br><br>Date: April 2, 2008<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |

I, Christine Miles, hereby declare as follows:

1. I am a Research and Writing Specialist in the Federal Public Defender's Office.

2. Attached to this declaration is both Government's Exhibit A, Notice of Hearing in Removal Proceeding, and a replication of the name and address as it appears on Government's Exhibit A.

3. On Friday, March 21, 2008, I took the paper bearing the replicated name and address and showed it to Jim Lake, the United States Postmaster of the United States Post Office located in Boyes Hot Springs, California.

MILES DECLARATION
No CR 07-00738 MMC

4. Mr. Lake told me that he has been the Postmaster of the Boyes Hot Springs Post Office for over 10 years.

5. Upon showing Mr. Lake the replicated name and address, he immediately recognized the address as a post office box that "has belonged to that family for a very long time."

6. Mr. Lake also noted that the city was not correct – that it should have been Boyes Hot Springs rather than Boyes Hotspring.

7. I asked Mr. Lake whether he believed that an envelope bearing the name and address as written on the paper I was showing him would have been delivered to the post office at Boyes Hot Springs.

8. He told me that if the address on the envelope was similar to that on the paper I was showing him and if the address was clear on the envelope and could be clearly read, there was an 85% chance that it would be delivered to the Boyes Hot Springs Post Office.

9. I also asked Mr. Lake if he recalled whether in 2003 the family that owned that post office box had received mail from the INS. He told me that there was no way he could remember whether they had or had not.

10. Mr. Lake also told me that if the INS wanted to be 100% sure that someone was going to get a letter from them, they should send it certified. According to him, that way either someone signs for it or they don't, and if they don't, after 15 days the letter goes back to sender if no one claims it. According to Mr. Lake, the Internal Revenue Service always sends their mail certified because he sees many certified letters from the IRS and he believes the INS should do the same.

//
//
//
//

MILES DECLARATION
No CR 07-00738 MMC                                     2

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge and belief.
3  Executed March 24, 2008, at San Francisco, California.
4
5                                                    /s/_____
                                                     CHRISTINE MILES
6                                                    Research and Writing Specialist
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MILES DECLARATION
No CR 07-00738 MMC                          3

# EXHIBIT A

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
550 KEARNY ST., SUITE 800
SAN FRANCISCO, CA  94108

RE: ARIAS-ORDONEZ, NOE
FILE: A79-637-965

DATE:  Mar 13, 2003

TO:   ARIAS-ORDONEZ, NOE
      P O BOX 1060
      BOYES HOTSPRING, CA  95416

   Please take notice that the above captioned case has been scheduled for a MASTER hearing before the Immigration Court on Jun 6, 2003 at 1:30 P.M. at:

550 KEARNY ST., 7TH FLOOR, ROOM 703
SAN FRANCISCO, CA  94108

   You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court. Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed. You can request an earlier hearing in writing.
   Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions: (1) You may be taken into custody by the Immigration and Naturalization Service and held for further action. OR (2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.
   IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT SAN FRANCISCO, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
   A list of free legal service providers has been given to you. For information regarding the status of your case, call toll free 1-800-898-7180 or 703-305-1662.  *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [✓] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [✓] INS
DATE: _3-13-03_  BY: COURT STAFF _____   V3
   Attachments: [✓] EOIR-33  [ ] EOIR-28  [✓] Legal Services List   [ ] Other

MEI

MAR-17-2008 21:59  P.02/02
Case 3:07-cr-00738-MMC   Document 19-3   Filed 03/26/2008   Page 7 of 8
Case 3:07-cr-00738-MMC   Document 18   Filed 03/19/2008   Page 5 of 5



# U.S. Department of Justice

Executive Office for Immigration Review

*Office of the General Counsel*

*5107 Leesburg Pike, Suite 2600*
*Falls Church, Virginia 22041*

RE:   Noe Arias-Ordonez

A#   79 637 965

I, Sonya Dickerson, declare as follows:

1. I am employed as a Paralegal Specialist at the Executive Office for Immigration Review ("EOIR"), United States Department of Justice, Falls Church, Virginia. I am authorized to certify the authenticity of copies of audio tapes and/or documents on file at the Board of Immigration Appeals and/or the Immigration Court.

2. The attached documents are true, correct, and complete copies of the originals maintained in the Record of Proceeding in the above-referenced case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed by: _____ on: 3/18/08
            (signature)                    (date)

ARIAS-ORDONEZ, NOE
P O BOX 1060
BOYES HOTSPRING, CA 95416