UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

CRIMINAL PRETRIAL MINUTES

Date: APR 0 2 2008

Case No. CR-07-0738 MMC

JUDGE: Maxine M. Chesney

NOE ALIAS-ORDONEZ
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

OWEN MARTIKAN
U.S. ATTORNEY

ELIZABETH FALK
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: JAMES YEOMANS

## PROCEEDINGS

REASON FOR HEARING: Δ's motion to Dismiss INDICTMENT - HELD & CONTINUED - further briefing.

RESULT OF HEARING: Δ's OPENING supplemental BRIEF RE: ① DUE PROCESS violation, ② PREJUDICE RE: Voluntary DEPARTURE DUE 4/9/08. Govt's supplemental opposition, also addressing ③ ADMONITION to Δ RE: motion to REOPEN DUE 4/16/08. Δ's supplemental REPLY DUE 4/23/08.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 5/7/08 @ 2:30 for CONTINUED HEARING ON Δ's motion to Dismiss INDICTMENT.

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____