BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARIAS-ORDONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0738 MMC |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER FOR CONTINUANCE OF** |
| | ) | **BRIEFING SCHEDULE ON** |
| NOE ARIAS-ORDONEZ, | ) | **MOTION TO DISMISS** |
| | ) | |
| Defendant. | ) | Hearing Date: May 7, 2008 |
| | ) | Time: 2:30 p.m. |
| | ) | Court: Hon. Maxine M. Chesney |
| | ) | |
| | ) | |

The parties hereby stipulate and ask the Court to order as follows;

1. Defendant has filed a Motion to Dismiss in the aforementioned matter. Under the current briefing schedule, defendant's supplemental motion is due April 9, 2008;

2. The issues presented require additional legal research and analysis;

3. Defense counsel thus seeks a one-week continuance of the briefing schedule, and the government has no opposition to the request. The proposed revised briefing schedule is set forth below;

4. The parties also jointly agree that time under the Speedy Trial Act has been tolled while the motion filed by the defendant is under consideration by the Court. *See* 18 U.S.C. §

3161(h)(1)(F).

**IT IS SO STIPULATED**

Dated: April 7, 2008

                                          /S/_____
                                       OWEN MARTIKAN
                                       Assistant United States Attorney

Dated: April 7, 2008

                                          /S/_____
                                       ELIZABETH M. FALK
                                       Assistant Federal Public Defender

## [PROPOSED] ORDER

For the reasons stated herein, and for good cause shown, the briefing schedule and motion hearing date previously established by this Court for Defendant's Motion to Dismiss in the aforementioned case are hereby VACATED. The briefing schedule shall be altered as follows:

        Motion to Suppress Due:        April 16, 2008

        Response Due:        April 23, 2008

        Reply Due:        April 30, 2008

        Motion Hearing:        May 7, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: _____        _____
                                              THE HONORABLE MAXINE M. CHESNEY
                                              UNITED STATES DISTRICT JUDGE