UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: MAY 7

Case No. CR-07-0738 MMC

JUDGE: **Maxine M. Chesney**

NOE ARIAS-ORDONEZ
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

OWEN MARTIKAN
U.S. ATTORNEY

ELIZABETH FALK
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: JAMES YEOMANS

## PROCEEDINGS

REASON FOR HEARING: Continued Hearing on △'s motion to Dismiss Indictment

RESULT OF HEARING: Further Briefing Schedule: Supplemental Declarations due by 5/14/08, Responsive Declarations due by 5/28/08.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to 5/28/08 @ 2:30 for Continued Hearing on △'s motion to Dismiss Indictment

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(40 min)