BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARIAS-ORDONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00738 MMC |
| Plaintiff, | **DEFENDANT ARIAS-ORDONEZ' SECOND SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DISMISS INDICTMENT** |
| v. | |
| NOE ARIAS-ORDONEZ, | Date: May 28, 2008<br>Time: 2:30 p.m.<br>Court: Hon. Maxine M. Chesney |
| Defendant. | |

At the last proceeding on May 7, 2008, this Court requested that the parties submit supplemental declarations on the following issue:

- Had Mr. Arias-Ordonez been told that he had a right to voluntary departure, would he likely have accepted it? If so, why? Please provide the Court with additional facts regarding the way the hearing was likely to have progressed, including how voluntary departure would have been raised and whether the benefits to voluntary departure

would have been discussed with Mr. Arias-Ordonez.

In response to the Court's inquiry, Mr. Arias-Ordonez hereby submits the declaration of Angela Bean, attached hereto as Exhibit A. Mr. Arias-Ordonez respectfully requests the Court to consider all the factual representations and expert opinions contained therein in support of his motion to dismiss the indictment.

## CONCLUSION

For all the reasons discussed in the motion, reply brief, supplemental motion, supplemental reply, in consideration of the declarations and attachments to said motions and all the arguments presented at the April 2, 2008 and May 7, 2008 hearing, Mr. Arias-Ordonez requests this Court to grant his motion to dismiss the indictment.

Dated: May 14, 2008               Respectfully submitted,
                                  BARRY J. PORTMAN
                                  Federal Public Defender
                                      /S/
                                  ELIZABETH M. FALK
                                  Assistant Federal Public Defender

DEFENDANT'S SECOND SUPPLEMENTAL SUBMISSION
U.S. v. ARIAS-ORDONEZ
No. CR 07-00738 MMC                       2