JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0738 MMC |
|---|---|
| Plaintiff, | ) DECLARATION OF POLLY E. KAISER OPPOSING DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS |
| v. | ) |
| NOE ARIAS-ORDONEZ, | ) Date: May 28, 2008 |
| Defendant. | ) Time: 2:30pm |
|  | ) Place: Courtroom 7, 19th Floor |

I, Polly E. Kaiser, declare:

1.   I am a deportation officer with Immigration and Customs Enforcement (ICE), an agency of the Department of Homeland Security. I have held this position for 5 years. In this position, I have become familiar with the documents relating to the deportation, reinstatement and removal of aliens. I have also reviewed the "A-file" pertaining to defendant Noe Arias-Ordonez, which contains the documents pertaining to each time he was deported or removed from the United States. I am competent to make this declaration and I have personal knowledge of the following facts.

DECL. OF POLLY KAISER RE: USA'S OPP. TO MTD
CR 07-0738 MMC

2.   Attached hereto as Exhibit 1 is a true and correct copy of a Warrant of Removal pertaining to Mr. Arias-Ordonez executed June 22, 2004. This document shows that ICE reinstated Arias-Ordonez's deportation and removed him from the United States on June 22, 2004.

3.   Prior to his removal from the United States on June 22, 2004, Arias-Ordonez was served with a Notice of Intent to Reinstate Prior Order, a true and correct copy of which is attached hereto as Exhibit 2. Arias-Ordonez noted on this form that he did not wish to contest his removal.

4.   Attached hereto as Exhibit 3 is a sworn statement that Arias-Ordonez gave before his June 22, 2004 removal.

5.   Attached hereto as Exhibit 4 is a true and correct copy of a Warrant of Removal pertaining to Arias-Ordonez executed April 12, 2006.

6.   Attached hereto as Exhibit 5 is a true and correct copy of a Notice of Intent to Reinstate Prior Order dated April 11, 2006, and a sworn statement by Arias-Ordonez that is also dated April 11, 2006.

7.   Attached hereto as Exhibit 6 is a true and correct copy of a Warrant of Removal pertaining to Arias-Ordonez executed July 6, 2006.

8.   Attached hereto as Exhibit 7 is a true and correct copy of a Notice of Intent to Reinstate Prior Order dated July 5, 2006, and a sworn statement by Arias-Ordonez that is dated July 6, 2006 on the cover, but is dated July 5, 2006 by Arias-Ordonez's signature.

9.   Attached hereto as Exhibit 8 is a true and correct copy of a Warrant of Removal pertaining to Arias-Ordonez executed July 15, 2006.

10.   Attached hereto as Exhibit 9 is a true and correct copy of a Notice of Intent to Reinstate Prior Order dated July 15, 2006, and a sworn statement by Arias-Ordonez that is also dated July 15, 2006. This exhibit also includes a Spanish-language Notice of Rights initialed, signed, and dated by Arias-Ordonez.

11.   Attached hereto as Exhibit 10 is a true and correct copy of a Warrant of

1  Removal pertaining to Arias-Ordonez executed July 18, 2006.

2      12. Attached hereto as Exhibit 11 is a true and correct copy of a Notice of
3  Intent to Reinstate Prior Order dated July 18, 2006, and a sworn statement by Arias-
4  Ordonez that is also dated July 18, 2006. This exhibit also includes a Spanish-language
5  Notice of Rights initialed, signed, and dated by Arias-Ordonez.

6      13. Attached hereto as Exhibit 12 is a true and correct copy of a Warrant of
7  Removal pertaining to Arias-Ordonez executed January 30, 2007.

8      14. Attached hereto as Exhibit 13 is a true and correct copy of a Notice of
9  Intent to Reinstate Prior Order dated January 29, 2007, and a sworn statement by Arias-
10 Ordonez that is also dated January 29, 2007.

11     15. Attached hereto as Exhibit 14 is a true and correct copy of a Warrant of
12 Removal pertaining to Arias-Ordonez executed July 9, 2007.

13     16. Attached hereto as Exhibit 15 is a true and correct copy of a Notice of
14 Intent to Reinstate Prior Order dated July 6, 2007.

15     17. Attached hereto as Exhibit 16 is a true and correct copy of a Notice of
16 Intent to Reinstate Prior Order dated November 2, 2007, and a sworn statement by Arias-
17 Ordonez dated November 2, 2007.

18

19     I swear under penalty of perjury according to the laws of the United States of
20 America that the foregoing is true and correct to the best of my knowledge.

21     Executed on May 13, 2007 in San Francisco, California.

_____
POLLY E. KAISER

DECL. OF POLLY KAISER RE: USA'S OPP. TO MTD
CR 07-0738 MMC

3