# EXHIBIT 1

U.S. Department of Justice
Immigration and Naturalization Service

# Wa__ant of Removal/Deportation

File No: **TUS0406000672**
**A079 637 965**

Date: **JUNE 21, 2004**

## To any officer of the United States Immigration and Naturalization Service:

**Noe ARIAS-ORDONEZ** ,
(Full name of alien)

who entered the United States at **Sasabe, Arizona** on **June 20, 2004**
(Place of entry)                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings
☐ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
**Section 241(a)(5) of the Immigration & Nationality Act, as amended.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
**Salaries and Expenses, "UNITED STATES GOVERNMENT 2004" including the expense of an attendant if necessary.**

**NATHAN LAGASSE**                    (A)PAIC
(Signature of INS official)

**FIELD OPERATIONS SUPERVISOR**
(Title of INS official)

**JUNE 21, 2004, Tucson, Arizona**
(Date and office location)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:

Name of alien being removed:

**Noe ARIAS-ORDONEZ**

Port, date, and manner of removal: NOGALES, AZ POE 6/22/07 (A Foot)



Photograph of alien
removed



Right index fingerprint
of alien removed

(Signature of alien being fingerprinted)

**PEJMAN ARAB, BORDER PATROL AGENT**
(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____.

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev 4-1-97)N

# EXHIBIT 2

U. S. Department of Justice
Immigration and Naturalization Service

# Notice of Intent/Dec ...on to Reinstate Prior Order

File No. **A079 637 965**
Case No: **TUS0406000672**

FIN #: 14482891    Date: **June 21, 2004**

Name: **Noe ARIAS-ORDONEZ**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of **Removal** _____ entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **June 6, 2003** at
(Date)

   **SAN FRANCISCO, CA** .
   (Location)

2. You have been identified as an alien who:

   [X] was removed on **November 6, 2003** pursuant to an order of deportation / exclusion / removal.
   (Date)

   [ ] departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **June 20, 2004** at or near **Sasabe, Arizona**
   (Date)                                                    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

**PEJMAN ARAB**
(Printed or typed name of official)

_____
(Signature of officer)

**BORDER PATROL AGENT**
(Title of officer)

## Acknowledgment and Response

I [ ] do [X] do not wish to make a statement contesting this determination.

**C-12-1/05**
(Date)

_Noe Arias C._
(Signature of Alien)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**June 21, 2004**        **TUCSON, AZ**
(Date)                   (Location)

_____
(Signature of authorized deciding INS official)

**NATHAN LAGASSE**
(Printed or typed name of official)

**FIELD OPERATIONS SUPERVISOR**
(Title)

Form I-871 (Rev. 6-5-97)

# EXHIBIT 3

Form I-215B
(Rev. 9-1-72)

## UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

### RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

IN RE: ARIAS-ORDONEZ, NOE                    Case No: TUS0406000672

EXECUTED AT TUCSON, AZ                       FILE NO. 079 637 965

Before the following officer of the U.S. Immigration and Naturalization Service: PEJMAN ARAB

in the SPANISH _____ language. Interpreter NONE _____ used.

I. NOE ARIAS-ORDONEZ _____ , acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: MY ILLEGAL RE-ENTRY

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God. I swear that I will tell the truth, the Being duly sworn, I make the following statement:

Q. WHERE WERE YOU BORN?

A. JALISCO, MEXICO.

Q. OF WHAT COUNTRY ARE YOU A CITIZEN?

A. MEXICO.

Q. WHERE WERE YOUR PARENTS BORN?

A. MEXICO.                                                    *N/A*

Q. IS EITHER OF THEM A UNITED STATES CITIZEN?

A. I DON'T KNOW, THEY ARE I-551 HOLDERS, AND ARE IN THE PROCESS OF OBTAINING THEIR CITIZENSHIP.

Q. HAVE YOU LIVED IN THE UNITED STATES FOR ANY PERIOD OF TIME IN THE PAST?

A. YES.

| Alien's Name | File Number | |
|---|---|---|
| ARIAS-ORDONEZ, NOE | Case No: TUS0406000672<br>079 637 965 | Date<br>June 21, 2004 |

Q. WHERE DID YOU LIVE?

A. SONOMA, CALIFORNIA.

Q. HOW LONG DID YOU LIVE THERE?

A. 14 YEARS.

Q. YOU WERE DEPORTED FROM THE UNITED STATES ON 06/06/2003, CORRECT?

A. YES.

Q. YOU WENT THROUGH A DEPORTATION HEARING PRIOR TO BEING DEPORTED, CORRECT?

A. NO. I DID NOT SHOW UP FOR MY HEARING.

Q. WHEN DID YOU RETURN TO THE UNITED STATES?

A. YESTERDAY.

Q. HOW DID YOU GET ACROSS THE BORDER?

A. WALKING.

Q. YOU DIDN'T APPLY FOR PERMISSION TO RETURN TO THE UNITED STATES, DID YOU?          *NA*

A. NO.

Q. DO YOU FEAR HARM OR PERSECUTION FROM THE MEXICAN GOVERNMENT UPON RETURNING TO YOUR COUNTRY?

A. NO.

I have read (or have had read to me) the foregoing statement consisting of ___2___ pages.
I affirm that the answers attributed to me herein are true and correct to the best of my

| Signature | | |
|---|---|---|
| | Title  BPA | |

| Alien's Name | File Number | |
|---|---|---|
| ARIAS-ORDONEZ, NOE | Case No: TUS0406000672<br>079 637 965 | Date<br>June 21, 2004 |

knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement.

Signature of alien: _Noe Arias O_

Subscribed and sworn to me at: _Tucson, AZ_ on _6/21/04_

_____
(Signature of Immigration Officer)

_____
(Signature of Witness)

| Signature | Title |
|---|---|
| | BPA |

# EXHIBIT 4

**U.S. Department of Justice**

Immigration and Naturalization Service                    **Warrant of Removal/Deportation**

---

XSF0604000015
File No: **A079 637 965**

Date: **APRIL 11, 2006**

## To any officer of the United States Immigration and Naturalization Service:

**Noe ARIAS-ORDONEZ aka: ARIAS, NOE ORDONEZ** ,
(Full name of alien)

who entered the United States at **UNKNOWN PLACE**                    on **June 22, 2004**
(Place of entry)                                               (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
**241 (a) (5)**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
**Salaries and Expenses, Immigration and Naturalization Service 2006.**

_____
(Signature of INS official)

FIELD OFFICE DIRECTOR
(Title of INS official)

SFR / 4/11/06
(Date and office location)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:

Name of alien being removed:

**Noe ARIAS-ORDONEZ**

Port, date, and manner of removal:



Photograph of alien
removed

Right index fingerprint
of alien removed

_(Signature of alien being fingerprinted)_

_(Signature and title of INS official taking print)_

Departure witnessed by:

_(Signature and title of INS official)_

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by:

_(Signature and title of INS official)_

Form I-205 (Rev 4-1-97)N

# EXHIBIT 5

U. S. Department of Justice

Immigration and Naturalization Service

# Notice of Intent/Decision to Reinstate Prior Order

File No. **A079 637 965**

**Case No: XSF0604000015**

Date: **April 11, 2006**

Name: **Noe ARIAS-ORDONEZ AKA: ARIAS, NOE ORDONEZ**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of _____**Removal**_____ entered against you. This intent is based on the following determinations.

(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on _____**June 6, 2003**_____ at

**SAN FRANCISCO, CA** _____ .                                                                                          (Date)
(Location)

2. You have been identified as an alien who:

   ☒ was removed on _____**June 22, 2004**_____ pursuant to an order of deportation / exclusion / removal.
                                              (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                                              (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about _____**June 22, 2004**_____ at or near **UNKNOWN PLACE** _____ .
                                              (Date)                                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

_Jime Liu_
(Printed or typed name of official)

_June Liu_
(Signature of officer)

_IEA_
(Title of officer)

---

## Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

**4-11-2006**
(Date)

_Noé Arias_
(Signature of Alien)

---

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**April 11, 2006**
(Date)

**SAN FRANCISCO, CA**
(Location)

_Signature of authorized deciding INS official_
(Signature of authorized deciding INS official)

**FRANCISCO E. FERNANDEZ** _Juan Bustos_
(Printed or typed name of official)

_SDDS_
(Title)

Form I-871 (Rev. 6-5-97)



**DEPARTMENT OF HOMELAND SECURITY**
IMMIGRATION AND CUSTOMS ENFORCEMENT
RECORD OF SWORN STATEMENT

OFFICE: San Francisco    A File number: **A79 637 965**
Before: IEA June Liu                                    Date: **4/11/2006**
Statement by: **Noe Arias-Ordonez**    In the case of: _____
Language:   English   Spanish                          Interpreter: Not used

I, **Noé Arias**_____, have a clear understanding that the officer before me has identified himself as an officer of the United States Department of Homeland Security, Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Naturalization laws of the United States.

*Yo _____, tienen una comprensión clara que el oficial antes de que se haya identificado como oficial del departamento de Estados Unidos de la seguridad de la patria, de la inmigración y de la aplicación de los costumbres, autorizada por la ley para administrar juramentos y para tomar testimonio en la conexión con la aplicación de los leyes de la inmigración y de la naturalización de los Estados Unidos.*

I desire to take a statement regarding *(Deseo tomar una declaración tocante)*:
1. Your Name *(Su nombre)*
2. Your country of birth *(Su país de nacimiento)*
3. Your parents name *(Los Nombres sus padres)*
4. Your parents country of birth *(El país de nacimiento de sus padres)*
5. Your criminal record *(Su archivo criminal)*
6. Your immigration record *(Su archivo de inmigracion)*

Before I ask you any questions you must understand your rights.
*Antes de que la hagamos cualquier pregunta, usted debe de comprender sus derechos*

N/A ◆ You have the right to remain silent.
*Usted tiene el derecho de guardar silencio*

N/A ◆ Anything you say can be used against you in a court, or any immigration or administrative proceeding.
*Cualquier cosa que usted diga puede ser usada en su contra en juzgado de leys o en cualquier procedimiento administrativo o de inmigracion.*

N/A ◆ You have the right to talk to a lawyer for advice before we ask you any question and to have him with you during questioning.
*Usted tiene el derecho de hablar con un abogado, se le puede obtener uno antes de que le hagamos alguna pregunta,, y de tenerlo presente con usted durante las preguntas.*

N/A ◆ If you cannot afford a lawyer, one will be appointed to you before questioning if you wish
*Si usted no tiene el dinero para emplear a un abogado, se le puede obtener uno antes de que le hagamos alguna pregunta, se usted lo desea.*

N/A ◆ If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.
*Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre fendra usted el derecho de dejar de contestar cuando guste. Usted tambien tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.*

N/A ◆ Any statement you make must be given freely and voluntary. Do you under stand your rights?   Yes or no   **Yes**
*Cualquier declaracion que usted haga debe de hacerlo libre y voluntariamente. Entiende sus derechos?  Si o no*_____

1.  Are you willing to answer my questions at this time? *Este usted dispuesto a contestar mi preguntas en este momento?*
    A **Yes**

2.  Do you swear that all the statements that you are about to make will be the truth, the whole truth, and nothing but the truth?
    *Jura usted que las declaraciones que va a hacer, seran la verdad, la verdad entera, y nada mas que la verdad?*
    A **Yes**

3.  What is your true and correct name? *Cual es su verdadero y correcto nombre?*
    A **Noé Arias**

4.  Have you used any other names?  A usado otros nombres?
    A **No**

5.  Where and when were you born?  Of what country are you a citizen?
    *Cuando y donde fue su nacimiento? De que pais es usted ciudadano?*
    A **Guadalajara  2-10-81   Mexico**

6. What are your parent's names and of what country are your parents citizens?
   *Cuales son los nombres de sus padres y de que pais son sus padres ciudadanos?*

   A. *Delfino Arias — Sofia Arias Ordonez   Mexico*

7. Were you deported from the United States? When/ Where? *Fue usted deportado de los Ustados Unidos? Cuando? Donde?*

   A. *Nogales Jun 21 2004*

8. Did you illegally enter the United States? When? Where *Entro usted ilegalmente a los Estados Unidos? Cuando? Donde?*

   A. *Yes Nogales Jun 21 2004*

9. What crimes have you been convicted of in the United States? *De que crimenes ha sido usted convicto en los Estados Unidos?*

   A. *Trafic violations an Misdemeanor*

10. Have you ever applied for immigration benefits? What Kind/ When?
    *Ha usted aplicadopara beneficios de immigracion? Que Clase? Cuando?*

    A. *No*

11. Have you ever applied to the attorney general of the United States for permission to re-enter the United States?
    *Ha solicitado usted alguna vez al procurado general de los Estados Unidos para permiso para entrar a los Estados Unidos?*

    A. *No*

12. Do you have any fear of persecution or torture should you be removed from the United States?
    *Tiene usted miedo de persecucion o tortura si es expulsado de los Estados Unidos?*

    A. *No*

13. Do you wish to make any other statement? *Usted Desea hacer otros declaraciones?*

    A. *No*

I have read (or read to me) the foregoing statement. I state that the answers made by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation of the date indicated by the above named officer of Immigration and Customs Enforcement. I have initialed each page of this statement and any corrections

*Yo he liedo (o me lo han leido) esta declaracion. Yo he declarado que mis respuestas en este documento son verdicas y correctas de acuerdo a mi conocimiento y se que esta declaracion es un acta verdica y correcta de mi interrogacion en la fecha indicada por el official de inmigracion y custombres mencionado arriba. Yo he puesto mis iniciales en cada de las paginas de este declaración y la(s) correcion(s),*

Aliens signature *Firma del extranjero* *Noé Arias*

Subscribed and sworn to me at *San Francisco* on *4/11/06*
*Ante mi presencia firmo y jup en la ciudad de*                    *en*

_*June Liu*_                              _*June Liu*_
signature                                 print name and title

_____                         _____
witness                                   print name and title

| Right thumb | Right index |
|---|---|

# EXHIBIT 6

**U.S. Department of Justice**

Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: **SFR0607000155**
**A079 637 965**

Date: **JULY 5, 2006**

## To any officer of the United States Immigration and Naturalization Service:

**Noe ARIAS-Ordonez**

(Full name of alien)

who entered the United States at **San Ysidro, California** on **May 1, 2006**

(Place of entry)    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
**241(a)(5)**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
**Salaries and Expenses, Immigration and Naturalization Service 2006.**

_Nancy Alcantar_
(Signature of INS official)

_Field Office Director_
(Title of INS official)

_7-5-06    San Francisco, CA_
(Date and office location)

Form I-205 (Rev 4-1-97)N

**To be completed by Service officer executing the warrant:**

Name of alien being removed:

Noe ARIAS-Ordonez

Port, date, and manner of removal: DEPORTED SYS

JUL 0 3 2006

KMW
11-9-07
08-00862
EX 1-8
#B 2 1Kw

AFOOT



Photograph of alien removed



Right index fingerprint of alien removed

+ Noe Arias O
(Signature of alien being fingerprinted)

(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of INS official)

# EXHIBIT 7

U. S. Department of Justice
Immigration and Naturalization Service

**Notice of Intent/Decision to Reinstate Prior Order**

File No. **A079 637 965**
Case No: **SFR0607000155**
Date: **July 5, 2006**

Name: **Noe ARIAS-Ordonez**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of ____**Removal**____ entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ____**June 6, 2003**____ at
(Date)
____**San Francisco, California**____.
(Location)

2. You have been identified as an alien who:

   [X] was removed on ____**April 12, 2006**____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   [ ] departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____**May 1, 2006**____ at or near ____**San Ysidro, California**____
(Date)                                                    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __**ENGLISH/SPANISH**__ *language.*

**JUNE LIU**
(Printed or typed name of official)

_(Signature of officer)_

IEA
(Title of officer)

---

**Acknowledgment and Response**

I [ ] do [X] do not wish to make a statement contesting this determination.

7-5-06
(Date)

_(Signature of Alien)_

---

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**July 5, 2006**            **SAN FRANCISCO, CALIFORNIA**
(Date)                        (Location)

**ISAAC ERICKSON**                                    _(Signature of authorized deciding INS official)_
(Printed or typed name of official)        **SUPERVISORY DEPORTATION OFFICER**
(Title)

Form I-871 (Rev. 6-5-97)



DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT
RECORD OF SWORN STATEMENT

OFFICE: San Francisco    A File number: 79 637 965
Before: June Liu IEA                                    Date: 7/6/06
Statement by: Noe Arias ORDONEZ In the case of: _____
Language: English  Spanish              Interpreter: Not used

I, _Noé Arias O_____, have a clear understanding that the officer before me has identified himself as an officer of the
United States Department of Homeland Security, Immigration and Customs Enforcement, authorized by law to administer oaths and take
testimony in connection with the enforcement of the Immigration and Naturalization laws of the United States.

Yo _____, tienen una comprensión clara que el oficial antes de que se haya identificado como oficial del
departamento de Estados Unidos de la seguridad de la patria, de la inmigración y de la aplicación de los costumbres, autorizada por la ley para
administrar juramentos y para tomar testimonio en la conexión con la aplicación de los leyes de la inmigración y de la naturalización de los
Estados Unidos.

I desire to take a statement regarding (Deseo tomar una declaración tocante):
1. Your Name (Su nombre)
2. Your country of birth (Su país de nacimiento)
3. Your parents name (Los Nombres sus padres)
4. Your parents country of birh (El país de nacimiento de sus padres)
5. Your criminal record (Su archivo criminal)
6. Your immigration record (Su archivo de immigracion)

Before I ask you any questions you must understand your rights.
Antes de que la hagamos, cualquier pregunta, usted debe de comprender sus derechos.

NA  ◆ You have the right to remain silent.
NA     Usted tiene el derecho de guardar silencio
    ◆ Anything you say can be used against you in a court, or any immigration or administrative proceeding.
NA     Cualquier cosa que usted diga puede ser usada en su contra en juzgado de leys o en cualquier procedimiento
       administativo o de immigracion.
    ◆ You have the right to talk to a lawyer for advice before we ask you any question and to have him with you during
       questioning.
NA     Usted tiene el derecho de hablar con un abogado, se le puede obtener uno antes de que le hagamos alguna pregunta,, y de tenerlo
       presente con usted durante las preguntas.
    ◆ If you cannot afford a lawyer, one will be appointed to you before questioning if you wish
NA     Si usted no tiene el dinero para emplear a un abogado, se le puede obtener uno antes de que le hagamosalguna pregunta, se usted
       lo desea.
NA  ◆ If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You
       also have the right to stop answering at any time until you talk to a lawyer.
       Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendra usted el derecho de dejar de
       contestar cuando guste. Usted tambien tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un
       abogado.
NA  ◆ Any statement you make must be given freely and voluntary. Do you under stand your rights?  Yes or no  YES
       Cualquier declaracion que usted haga debe de hacerlo libre y voluntariamente. Entiende sus derechos? Si or no  Yes

1.  Are you willing to answer my questions at this time? Este usted dispuesto a contestar mi preguntas en este momento?
    A  Yes

2.  Do you swear that all the statements that you are about to make will be the truth, the whole truth, and nothing but the truth?
    Jura usted que las declaraciones que va a hacer, seran la verdad, la verdad entera, y nada mas que la verdad?
    A  Yes

3.  What is your true and correct name? Cual es su verdadero y correcto nombre?
    A  Noé Arias Ordonez

4.  Have you used any other names?  A usado otros nombres?
    A  No

5.  Where and when were you born? Of what country are you a citizen?
    Cuando y donde fue su nacimiento? De que pais es usted ciudadano?
    A  02-10-81  San Jose de Gracia Jalisco

6. What are your parent's names and of what country are your parents citizens?
*Cuales son los nombres de sus padres y de que pais son sus padres ciudadanos?*

A. the Delfino Arias Castaneda Sofia Arias Ordonez Mexico

7. Were you deported from the United States? When/ Where? *Fue usted deportado de los Ustados Unidos? Cuando? Donde?*

A. April 2006 San Icidro

8. Did you illegally enter the United States? When? Where *Entro usted ilegalmente a los Estados Unidos? Cuando? Donde?*

A. Driving with no licence NA Yes san Icidro Mayo 1st 2006

9. What crimes have you been convicted of in the United States? *De que crimenes ha sido usted convicto en los Estados Unidos?*

A. Driving with out a licence

10. Have you ever applied for immigration benefits? What Kind/ When?
*Ha usted aplicadopara beneficios de inmigracion? Que Clase? Cuando?*

A. No

11. Have you ever applied to the attorney general of the United States for permission to re-enter the United States?
*Ha solicitado usted alguna vez al procurado general de los Estados Unidos para permiso para entrar a los Estados Unidos?*

A. No

12. Do you have any fear of persecution or torture should you be removed from the United States?
*Tiene usted miedo de persecucion o tortura si es expulsado de los Estados Unidos?*

A. No

13. Do you wish to make any other statement? *Usted Desea hacer otros declaraciones?*

A. No

I have read (or read to me) the foregoing statement. I state that the answers made by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation of the date indicated by the above named officer of Immigration and Customs Enforcement. I have initialed each page of this statement and any corrections
*Yo he liedo (o me lo han leido) esta declaracion. Yo he declarado que mis respuestas en este documento son verdicas y correctas de acuerdo a mi conocimiento y se que esta declaracion es un acta verdica y correcta de mi interrogacion en la fecha indicada por el official de inmigracion y custombres mencionado arriba. Yo he puesto mis iniciales en cada de las paginas de este declaración y la(s) correction(s).*

Aliens signature *Firma del extranjero* Noe Arias Ordonez

Subscribed and sworn to me at San Francisco, CA on 7/5/06
*Ante mi presencia firmo y jury en la cuidad de                    en*

_____ June Liu                    June Liu IEA
signature                             print name and title

_____                    _____
witness                              print name and title


Right thumb


Right index

# EXHIBIT 8

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: CAX0607000438
A079 637 965

Date: JULY 15, 2006

## To any officer of the United States Immigration and Naturalization Service:

Noe ARIAS-ORDONEZ                                                              ,
(Full name of alien)

who entered the United States at Calexico, California          on July 15,2006
(Place of entry)                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings
☐ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
The Department of Homeland security

HANS T. WELLS JR
(Signature of INS official)

PATROL AGENT IN CHARGE (ACTING)
(Title of INS official)

JULY 15, 2006,  Calexico, California
(Date and office location)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:

Name of alien being removed:

**Noe ARIAS-ORDONEZ**

Port, date, and manner of removal: **Calexico, Cal, 07/15/20 AFOOT**



KMW
11·9·07
08·00862
8×1.7
∅ ≠ 2 Km

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

**KATHLEEN A. BEGG, BORDER PATROL AGENT**
(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev 4-1-97)N

# EXHIBIT 9

U. S. Department of Justice
Immigration and Naturalization Service

# Notice of Intent/Decision to Reinstate Prior Order

File No. **A079 637 965**

Case No: CAX0607000438

**FIN #: 14482891**

Date: **July 15, 2006**

Name: **Noe ARIAS-ORDONEZ**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of **Removal** _____ entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations.

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **June 6, 2003** at
(Date)
**SAN FRANCISCO, CALIFORNIA**.
(Location)

2. You have been identified as an alien who:

   ☒ was removed on **April 12, 2006** _____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **July 15, 2006** at or near **Calexico, California**
(Date)                                                          (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

**KATHLEEN A. BEGG**
(Printed or typed name of official)

(Signature of officer)

**BORDER PATROL AGENT**
(Title of officer)

---

## Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

**07-15-06**
(Date)

(Signature of Alien)

---

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**July 15, 2006**
(Date)

**CALEXICO, CALIFORNIA**
(Location)

(Signature of authorized deciding INS official)

**HANS T. WELLS JR**
(Printed or typed name of official)

**PATROL AGENT IN CHARGE (ACTING)**
(Title)

Form I-871 (Rev. 6-5-97)

Form I-215B
(Rev. 9-1-72)

# UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

### RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

IN RE: Noe ARIAS-Ordonez

EXECUTED AT CALEXICO, CA

Case No:  CAX0607000438

FILE NO.  079 637 965

DATE  July 15, 2006

Before the following officer of the U.S. Immigration and Naturalization Service: KATHLEEN A. BEGG

in the Spanish language.  Interpreter NONE used.

I, NOE ARIAS-ORDONEZ , acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: my illegal entry into the United Steates after being previously removed.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present.  I swear that I will tell the truth, the whole truth, and nothing but the truth,  so help me,  God.

Being duly sworn, I make the following statement:

Q. Are you willing to answer these questions without an attorney present?
A. No.

Q. What is your true and correct name?
A.

Q. Have you used any other names?
A.

Q. Of what country are you a citizen?
A.

Q. What is your date and place of birth?
A.

Q. When did you last enter the United States?
A.

Q. Have you ever been ordered deported, excluded, or removed from the United States?
A.

Q. How and where did you enter the United States at that time?
A.

| Alien's Name | File Number | Date |
|---|---|---|
| Noe ARIAS-Ordonez | Case No: CAX0607000438<br>079 637 965 | July 15, 2006 |

Q.  After you were ordered deported, excluded, or removed, were you removed by the INS or did you leave the United States voluntarily?
A.

Q.  Have you ever applied to the Attorney General of the United States for permission to re-enter the United States after you were deported, excluded, or removed from the United States?
A.

Q.  Do you understand, that if you have been previously ordered deported, you may be prosecuted for re-entry into the United States after deportation under Title 8, Section 1326.  If convicted of re-entry or attempted re-entry into the United States, you may be imprisoned for up to (20) twenty years and be fined up to $250,000.  (This may result in further detention after your Deportation becomes final.)
A.

Q.  Do you have any fear of persecution or torture should you be removed from the United States?
A.

Q.  Is there anything else you would like to say at this time?
A.


I have read (or have had read to me) the foregoing statement consisting of 2 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement.

Signature of alien: ___Noe Order___

Subscribed and sworn to me at:   Calexico, California on 07/15/2006.

_____
(Signature of Immigration Officer)

_____
(Signature of Witness)

| Signature | Title |
|---|---|
| | Border Patrol Agent |

Form I-831 Continuation Page (Rev. 6/12/92)

**U.S. Department of Justice**

Immigration and Naturalization Service

# Notificación de Derechos y Solicitud de Resolución

FIN #: 14482891     Case No: CAX0607000438
Expediente No: A079 637 965

Nombre: **Noe ARIAS-ORDONEZ**

## NOTIFICACIÓN DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigración, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opción de solicitar el regreso a su país a la brevedad posible, sin celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, is funcionario que le haya entregado esta Notificación le dará una lista de las asociaciones jurídicas que podrían representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su país. Puede usar el teléfono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualguier momento anterior a su salida de los Estados Unidos.

## SOLICITUD DE RESOLUCION

☐ Solicito una audiencia ante el Tribunal de Inmigración que resuelva si puedo o no permanecer en
Iniciales    los Estados Unidos.

☐ Considero que estaría en peligro se regreso a mi pais. Mi caso se trasladará al Tribunal de
Iniciales    Inmigración para la celebración de una audiencia.

☒ Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro se regreso
Iniciales    a mi pais. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar a mi pais en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta mi salda.

_____
Firma del sujeto

07-15-2006
Fecha

## CERTIFICATION OF SERVICE

☒ Notice read by subject

☐ Notice read to subject by _____ , in the _____ language.

**KATHLEEN A. BEGG**
_____
Name of Service Officer (Print)

_____
Name of Interpreter (Print)

_____
Signature of Officer

**July 15, 2006  5:30 AM**
Date and Time of Service

Form I-826 (4/1/97)N

Reason for no IDENT  ☐ Juvy <14    ☐ IDENT Down    ☐ VR In Field    ☐ ENFORCE down ☐          No IDENT ☐
Type of assistance: ( Air - ATV - K-9 - MDU - SCU - Scope - Sensor - RVS )

| Enforce Event# | CAX 06 ☐ 0438 1 of 2 | | 10-20 | ll chek |
|---|---|---|---|---|
| DOB: | 2 2 81 ( ) | Date / Time of Entry: | 7 1 1 06 0840 hrs. | |
| SEX: | ☒ M  ☐ F | Date / Time of App. | 7 1 1 06 0055 hrs. | |
| Place of Birth: | JAL , Mexico | Officer Method of App. | ☒ PB   ☐ OA   ☐ K9 | |
| Father's Name | Delcra | Entry Zone \App. Zone | Z- 16   Z-1 C | |
| Mother's Name | Solile | Apprehending Agent | C-301 | |

U.S. Department of Homeland Security                                   Customs and Border Protection

## Notificación de Derechos y Solicitud de Resolución

| Name: Arias- Cordenas | Noe |
|---|---|
| 1. Ha viajado usted con alguien que no parecia ser nativo de su pais? | |
| 2. Se le ha acercado alguien a usted alguna vez para tratar de influir sus creencias religiosas? | Y / N |
| 3 Durante su viaje a los Estados Unidos, encontro usted a alguien que hablaba un idioma que usted no entiende? | Y / N |

| A# 079 637 965 | FBI# | FINS# 14482891 |
|---|---|---|

### NOTIFICACIÓN DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Usted tiene derecho a una audiencia ante el Tribunal de Inmigracion, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opcion de solicitar el regreso a su pais a la brevedad posible, sin que celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, el funcionario que le haya entregado esta Notificacion le dara una lista de las asociaciones juridicas que podrian representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su pais. Puede usar el telefono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

### SOLICITUD DE RESOLUCION

_____ ☐ Solicito una audiencia ante el Tribunal de Inmigración que resuelva si puedo o no permanecer en
Initiales   los Estados Unidos.

_____ ☐ Considero que estaria en peligro si regreso a mi pais. Mi caso se trasladará al Tribunal de
Initiales   Inmigración para la celebración de una audiencia.

NA ☒ Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro si regreso
Initiales   a mi pais. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar
a mi pais en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta
mi salida.

| _Noé Arias_ | 7 1 5 /06 |
|---|---|
| Firma del sujeto | Fecha |

### CERTIFICATION OF SERVICE

☒ Notice read by subject above.
☒ Notice read to subject by

| Lucas Jasko | , in the Spanish language. |
|---|---|
| Name of Service Officer (Print) | None |
| | Name of Interpreter (Print) |
| _signature_ | 7 5 /06 |
| Signature of Officer | Date and Time of Service |

# EXHIBIT 10

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: **CAX0607000536**
**A079 637 965**

Date: **JULY 18, 2006**

## To any officer of the United States Immigration and Naturalization Service:

**Noe ARIAS-Ordonez**
(Full name of alien)

who entered the United States at **Calexico, California**     on **July 18, 2006**
(Place of entry)                              (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings
☐ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
**241(a)(5)**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
**Department of Homeland Security**

_Ramon Robert Chavez_
**RAMON R. CHAVEZ JR**
(Signature of INS official)

**PATROL AGENT IN CHARGE (ACTING)**
(Title of INS official)

**JULY 18, 2006, Caliexico, Californi**
(Date and office location)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:

Name of alien being removed:

**Noe ARIAS-Ordonez**

Port, date, and manner of removal: **CAL, 07/18/2006, AFOOT**



*Kmv*
*11-9-07*
*08.00862*
*Ex 1.6*

*0 # 2 Kmv*

Photograph of alien
removed

Right index fingerprint
of alien removed

*Noe Arias O*
(Signature of alien being fingerprinted)

**CHARLES MARSHALL, BORDER PATROL AGENT**
(Signature and title of INS official taking print)

Departure witnessed by: _____  SBPA ( Acting)
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev 4-1-97) N

U.S. Department of Justice

Immigration and Naturalization Service

# Notificación de Derechos y Solicitud de Resolución

FIN #: 14482891    Case No: CAX0607000536

Expediente No: A079 637 965

Nombre: Noe ARIAS-Ordonez

## NOTIFICACIÓN DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigración, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opción de solicitar el regreso a su país a la brevedad posible, sin celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, is funcionario que le haya entregado esta Notificación le dará una lista de las asociaciones juridícas que podrían representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su pais. Puede usar el teléfono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

## SOLICITUD DE RESOLUCION

_____ ☐ Solicito una audiencia ante el Tribunal de Inmigración que resuelva si puedo o no permanecer en
Iniciales      los Estados Unidos.

_____ ☐ Considero que estaría en peligro se regreso a mi pais. Mi caso se trasladará al Tribunal de
Iniciales      Inmigración para la celebración de una audiencia.

_NA_ ☒ Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro se regreso
Iniciales      a mi pais. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar
a mi pais en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta
mi salda.

_____                                    _7/18/06_____
Firma del sujeto                                                              Fecha

## CERTIFICATION OF SERVICE

☒ Notice read by subject

☒ Notice read to subject by CHARLES MARSHALL , in the   Spanish   language.

CHARLES MARSHALL

_____                            _____
Name of Service Officer (Print)                                Name of Interpreter (Print)

_____                            _7/18/06    0600_____
Signature of Officer                                              Date and Time of Service

Form I-826 (4/1/97)N

Reason for no IDENT □ Juv □ 14 □ IDENT Down □ VR In Field □ ENFORCE down □ _____    No IDENT □

Type of assistance ( Air - ATV - K-9 - MDU - SCU - Scope - Sensor - RVS )

| Enforce Event# | CAX 06  07 536 | 1 of | 7 | 10-20 | Gunterman |
|---|---|---|---|---|---|

| DOB: | 2 10 81 ( ) | Date/ Time of Entry: | 7 18 /06 0040 hrs. |
|---|---|---|---|
| SEX: | ☒ M  □ F | Date / Time of App. | 7 18 /06 0100 hrs. |
| Place of Birth: | JALISCO , Mexico | Officer Method of App. | ☒ PB  □ OA  □ K9 |
| Father's Name | DELFINO | Entry Zone \App. Zone | Z- 16  Z- 16 |
| Mother's Name | SOFIA | Apprehending Agent | C-292/ C359 |

U.S. Department of Homeland Security                    Customs and Border Protection

## Notificación de Derechos y Solicitud de Resolución

Name:  ARIAS - ~~ORDOÑES~~ ORDONEZ, NOE

| 1. Ha viajado usted con alguien que no parecía ser nativo de su país? | Y / N |
|---|---|
| 2. Se le ha acercado alguien a usted alguna vez para tratar de influir sus creencias religiosas? | Y / N |
| 3. Durante su viaje a los Estados Unidos, encontro usted a alguien que hablaba un idioma que usted no entiende? | Y / N |

| A# 079637965 | FBI# 918173 PB3 | FINS# 1448289l |
|---|---|---|

### NOTIFICACIÓN DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Usted tiene derecho a una audiencia ante el Tribunal de Inmigracion, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opcion de solicitar el regreso a su pais a la brevedad posible, sin que celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, el funcionario que le haya entregado esta Notificacion le dara una lista de las asociaciones juridicas que podrian representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su pais. Puede usar el telefono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

### SOLICITUD DE RESOLUCION

_____ □  Solicito una audiencia ante el Tribunal de Inmigracion que resuelva si puedo o no permanecer en
Initiales      los Estados Unidos.

_____ □  Considero que estaria en peligro si regreso a mi pais. Mi caso se trasladará al Tribunal de
Initiales      Inmigración para la celebración de una audiencia.

NA  ☒  Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro si regreso
Initiales      a mi pais. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar
a mi pais en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta
mi salida.

_Noé Arias O_ _____                              _7 18 06_
Firma del sujeto                                        Fecha

### CERTIFICATION OF SERVICE

☒ Notice read by subject above.

☒ Notice read to subject by _____ , in the  Spanish  language.

Fernando Gurrola                                       None
Name of Service Officer (Print)                        Name of Interpreter  (Print)

_____                                        7 18 /06
Signature of Officer                                   Date and Time  of Service

Form I-826 (4/1.97)  JUVENILE ACCOMPANIED BY:                    RELATIONSHIP: