# EXHIBIT 11

U. S. Department of Justice
Immigration and Naturalization Service

**Notice of Intent/Decision to Reinstate Prior Order**

File No. **A079 637 965**

Case No: **CAX0607000536**

FIN #: 14482891    Date: **July 18, 2006**

Name: **Noe ARIAS-Ordonez**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of ___**Removal**___ entered against you. This intent is based on the following determinations:

      (Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ___**June 6, 2003**___ at
                                                                            (Date)
___**San Francisco, California**___.
    (Location)

2. You have been identified as an alien who:

    ☒   was removed on ___**April 12, 2006**___ pursuant to an order of deportation / exclusion / removal.
                                (Date)

    ☐   departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                                        (Date)
       after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ___**July 18, 2006**___ at or near ___**Calexico, California**___.
                                              (Date)                 (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* ___**SPANISH**___ *language.*

**CHARLES MARSHALL**
(Printed or typed name of official)

                                           (Signature of officer)

**BORDER PATROL AGENT**
                                       (Title of officer)

---

## Acknowledgment and Response

I ☐ do  ☒ do not  wish to make a statement contesting this determination.

___7/18/2006___
(Date)

*Noe Arias O*
(Signature of Alien)

---

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**July 18, 2006**
(Date)

**RAMON R. CHAVEZ JR**
(Printed or typed name of official)

**CALEXICO, CALIFORNIA**
(Location)

*Ramon Robert Chvez*
(Signature of authorized deciding INS official)

**PATROL AGENT IN CHARGE (ACTING)**
(Title)

Form I-871 (Rev. 6-5-97)

Form I-215B
(Rev. 9-1-72)

# UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

## RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

IN RE: Noe, ARIAS-Ordonez

EXECUTED AT CALEXICO, CA

Case No: CAX0607000536

FILE NO. 079 637 965

DATE July 18, 2006

Before the following officer of the U.S. Immigration and Naturalization Service: CHARLES MARSHALL

in the spanish language. Interpreter NOT used.

I, NOE ARIAS-ORDONEZ , acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: my illegal entry into the United States after being previously deported

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

Q. Are you willing to answer these questions without an attorney present?
A. YES. NA

Q. What is your true and correct name?
A. Noe, ARIAS-Ordonez

Q. Have you used any other names?
A. No.

Q. Of what country are you a citizen?
A. MEXICO

Q. What is your date and place of birth?
A. 02/10/81, San Jose, Jalisco

Q. When did you last enter the United States?
A. On Friday

Q. Have you ever been ordered deported, excluded, or removed from the United States?
A. Yes.

Q. How and where did you enter the United States at that time?
A. Through Juarez, walking the mountains.

**U.S. Department of Justice**
Immigration and Naturalization Service 00738-MMC     Document 31     Filed 05/14/2008     Page 4 of 23
Continuation     ge for Form     I-215B

| Alien's Name | File Number | Date |
|---|---|---|
| Noe, ARIAS-Ordonez | Case No: CAX0607000536 079 637 965 | July 18, 2006 |

**Q.** After you were ordered deported, excluded, or removed, were you removed by the INS or did you leave the United States voluntarily?
**A.** Yes.

**Q.** Have you ever applied to the Attorney General of the United States for permission to re-enter the United States after you were deported, excluded, or removed from the United States?
**A.** No.

**Q.** Do you understand, that if you have been previously ordered deported, you may be prosecuted for re-entry into the United States after deportation under Title 8, Section 1326. If convicted of re-entry or attempted re-entry into the United States, you may be imprisoned for up to (20) twenty years and be fined up to $250,000. (This may result in further detention after your Deportation becomes final.)
**A.** Yes.

**Q.** Do you have any fear of persecution or torture should you be removed from the United States?
**A.** No.

**Q.** Is there anything else you would like to say at this time?
**A.** No, nothing.

I have read (or have had read to me) the foregoing statement consisting of 2 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s)

Signature of alien: _Noe Arias O_

Subscribed and sworn to me at:   Calexico, California on 07/18/2006

_____
(Signature of Immigration Officer)

_____
(Signature of Witness)

| Signature | Title |
|---|---|
|  | Border Patrol Agent |

_2_ of _2_ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

# EXHIBIT 12

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: SFR0701001862
A079 637 965

Date: JANUARY 29, 2007

## To any officer of the United States Immigration and Naturalization Service:

Noe ARIAS-Ordonez
(Full name of alien)

who entered the United States at Nogales, Arizona on July 2006
(Place of entry) (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings
☐ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Immigration and Naturalization Service 2007.

NANCY ALCANTAR
(Signature of INS official)

FIELD OFFICE DIRECTOR
(Title of INS official)

JANUARY 29, 2007, San Francisco, CA
(Date and office location)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:
Name of alien being removed:

**Noe ARIAS-Ordonez**

Port, date, and manner of removal: _____



KMW
11-9-07
08-00862
Ex1.5

08 2 KMW

RTED-SYS

JAN 3 0 2007

AFOOT



Photograph of alien
removed

Right index fingerprint
of alien removed

*Noe Arias*
(Signature of alien being fingerprinted)

(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev 4-1-97)N

# EXHIBIT 13

U. S. Department of Justice

Immigration and Naturalization Service                **Notice of Intent/Decision to Reinstate Prior Order**

================================================================

File No.  **A079 637 965**

**Case No:** SFR0701001862

Date:  **January 29, 2007**

Name: **Noe ARIAS-Ordonez**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR241.8, you are hereby notified that the Attorney General intends to reinstate the order of   **Removal**                        entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ___**June 6, 2003**___ at
(Date)

   **San Francisco, California** .
   (Location)

2. You have been identified as an alien who:

   ☒  was removed on   **July 18, 2006**              pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐  departed voluntarily on _____ pursuant to an order of  deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **July 2006**              at or near **Nogales, Arizona**
   (Date)                                            (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally  reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion,  deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making  a writen or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **ENGLISH**              *language.*

**ERIK JOHNSON**
(Printed or typed name of official)

(Signature of officer)

**IMMIGRATION  ENFORCEMENT  AGENT**
(Title of officer)

---

### Acknowledgment and Response

I ☐ do, ☒ do not  wish to make a statement contesting this determination.    *Noé Arias Ordonez*

1/27/07
(Date)                                                        (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order in accordance with section 241(a)(5) of the Act.

**January 29, 2007**            **SAN FRANCISCO, CA**
(Date)                           (Location)                                    (Signature of authorized deciding INS official)

**JUAN BUSTOS**                                **SDDO**
(Printed or typed name of official)                        (Title)

Form I-871 (Rev. 6-5-97)



# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT
### RECORD OF SWORN STATEMENT

OFFICE: San Francisco   A File number: A79 637 965

Before: Erik Johnson                                    Date: 01/29/2007

Statement by: Noe ARIAS-Ordonez       In the case of: ARIAS-Ordonez, Noe

Language:   English   Spanish           Interpreter: Not used

I, _____, have a clear understanding that the officer before me has identified himself as an officer of the United States Department of Homeland Security, Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Naturalization laws of the United States.

Yo _Noe Arias_, tienen una comprensión clara que el oficial antes de que se haya identificado como oficial del departamento de Estados Unidos de la seguridad de la patria, de la inmigración y de la aplicación de los costumbres, autorizada por la ley para administrar juramentos y para tomar testimonio en la conexión con la aplicación de los leyes de la inmigración y de la naturalización de los Estados Unidos.

I desire to take a statement regarding  (Deseo tomar una declaracion tocante):
1. Your Name (Su nombre)
2. Your country of birth (Su pais de nacimiento)
3. Your parents name (Los Nombres sus padres)
4. Your parents country of birth (El pais de nacimiento de sus padres)
5. Your criminal record (Su archivo criminal)
6. Your immigration record (Su archivo de inmigracion)

Before I ask you any questions you must understand your rights.
Antes de que la hagamos cualquier pregunta, usted debe de comprender sus derechos
◆ You have the right to remain silent.
    Usted tiene el derecho de guardar silencio
◆ Anything you say can be used against you in a court, or any immigration or administrative proceeding.
    Cualquier cosa que usted diga puede ser usada en su contra en juzgado de leys o en cualquier procedimiento administrativo o de inmigracion.
◆ You have the right to talk to a lawyer for advice before we ask you any question and to have him with you during questioning.
    Usted tiene el derecho de hablar con un abogado, se le puede obtener uno antes de que le hagamos alguna pregunta,, y de tenerlo presente con usted durante las preguntas.
◆ If you cannot afford a lawyer, one will be appointed to you before questioning if you wish
    Si usted no tiene el dinero para emplear a un abogado, se le puede obtener uno antes de que le hagamosalguna pregunta, se usted lo desea.
◆ If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.
    Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendra usted el derecho de dejar de contestar cuando guste. Usted tambien tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.
◆ Any statement you make must be given freely and voluntary. Do you under stand your rights?  Yes or no ___Yes___
    Cualquier declaracion que usted haga debe de hacerlo libre y voluntariamente. Entiende sus derechos?  Si o no _____

1.  Are you willing to answer my questions at this time?  Este usted dispuesto a contestar mi preguntas en este momento?
    A  _Yes_

2.  Do you swear that all the statements that you are about to make will be the truth, the whole truth, and nothing but the truth?
    Jura usted que las declaraciones que va a hacer, seran la verdad, la verdad entera, y nada mas que la verdad?
    A  _Yes_

3.  What is your true and correct name?  Cual es su verdadero y correcto nombre?
    A  _Noe Arias Ordonez_

4.  Have you used any other names?  A usado otros nombres?
    A  _Rio_

5.  Where and when were you born?  Of what country are you a citizen?
    Cuando y donde fue su nacimiento? De que pais es usted ciudadano?
    A  _San Jose de Gracia Jalisco Mexico 2-1081_

6. What are your parent's names and of what country are your parents citizens?
   *Cuales son los nombres de sus padres y de que pais son sus padres ciudadanos?*

A. Delfino Arias Castaneda Mexico Sofia Arias Ordonez

7. Were you deported from the United States? When/ Where? *Fue usted deportado de los Ustados Unidos? Cuando? Donde?*

A. San Francisco 2006

8. Did you illegally enter the United States? When? Where *Entro usted ilegalmente a los Estados Unidos? Cuando? Donde?*

A. 2006 Nogales Julio

9. What crimes have you been convicted of in the United States? *De que crimenes ha sido usted convicto en los Estados Unidos?*

A. Mistiminor Driving without a licence

10. Have you ever applied for immigration benefits? What Kind/ When?
    *Ha usted aplicadopara beneficios de immigracion? Que Clase? Cuando?*

A. No

11. Have you ever applied to the attorney general of the United States for permission to re-enter the United States?
    *Ha solicitado usted alguna vez al procurado general de los Estados Unidos para permiso para entrar a los Estados Unidos?*

A. No

12. Do you have any fear of persecution or torture should you be removed from the United States?
    *Tiene usted miedo de persecucion o tortura si es expulsado de los Estados Unidos?*

A. No

13. Do you wish to make any other statement? *Usted Desea hacer otros declaraciones?*

A. No

I have read (or read to me) the foregoing statement. I state that the answers made by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation of the date indicated by the above named officer of Immigration and Customs Enforcement. I have initialed each page of this statement and any corrections
*Yo he ltedo (o me lo han leido) esta declaracion. Yo he declarado que mis respuestas en este documento son verdicas y correctas de acuerdo a mi conocimiento y se que esta declaracion es un acta verdica y correcta de mi interrogacion en la fecha indicada por el official de immigracion y custombres mencionado arriba. Yo he puesto mis iniciales en cada de las paginas de este declaración y la(s) correction(s).*

Aliens signature *Firma del extranjero* Noe Arias Ordonez

Subscribed and sworn to me at SFR on 01/29/2007
*Ante mi presencia firmo y jury en la cudad de* en

_____      Erik Johnson IEA
signature                      print name and title

_____      DANIEL J. MARTINEZ IEA
witness                        print name and title


Right thumb


Right index

# EXHIBIT 14

U.S. Department of Justice
I immigration and Naturalization Service

# Warrant of Removal/Deportation

File No:  A079637965
Event No:  SFR0707000219
Date:  July 6, 2007

## To any officer of the United States Immigration and Naturalization Service:

Noe ARIAS ORDONEZ

(Full name of alien)

> **ACTION COMPLETED**
> **APPROVED FOR FILING**
> Initials: ~~DTH~~ Date: 7/20/07
> FCO/Unit SFR/DRO

who entered the United States at NOGALES, AZ        on  February 1, 2007

(Place of entry)                                        (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐  an immigration judge in exclusion, deportation, or removal proceedings

☒  a district director or a district director's designated official

☐  the Board of Immigration Appeals

☐  a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the
Attorney General under the laws of the United States and by his or her direction, command you
to take into custody and remove from the United States the above-named alien, pursuant to law,
at the expense of:

Salaries and Expenses, Department of Homeland Security 2007.

ANTHONY AIELLO

(Signature of INS official)

ASSISTANT FIELD OFFICE DIRECTOR

(Title of INS official)

July 6, 2007, SAN FRANCISCO, CA

(Date and office location)

Form I-205 (Rev. 4-1-97)N

To be completed by Service officer executing the warrant:
Name of alien being removed:

Noe ARIAS ORDONEZ

**Port, date, and manner of removal:**



Photograph of alien
removed



Right index fingerprint
of alien removed

(Signature of alien being fingerprinted)

(Signature and title of INS official taking print)

Departure witnessed by: _____

(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by: _____

(Signature and title of INS official)

Form I-205 (Rev 4-1-97)N

# EXHIBIT 15

U.S. Department of Justice

Immigration and Naturalization Service

## Notice of Intent/Decision to Reinstate Prior Order

File No. A079 637 965

Event No: SFR0707000219

**FIN #: 14482891**

Date: July 6, 2007

Name: Noe ARIAS ORDONEZ

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Attorney General intends to reinstate the order of _____ Removal _____ entered against you. This intent is based on the following determinations:

(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on _____ June 6, 2003 _____ at

SAN FRANCISCO, CA
(Location)

(Date)

2. You have been identified as an alien who:

   ☐ was removed on _____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about _____ February 1, 2007 _____ at or near NOGALES, AZ
   (Date)                                                                               (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **ENGLISH** *language.*

RODERICK ARCE
(Printed or typed name of official)

(Signature of officer)

Deportation Officer
(Title of officer)

---

### Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

7-6-07
(Date)

*Noé Arias O*
(Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

7-6-07
(Date)

SFR
(Location)

(Signature of authorized deciding INS official)

DANIEL BIBLE
(Printed or typed name of official)

SDDO
(Title)

Form I-871 (Rev. 6-5-97)

# EXHIBIT 16

U.S. Department of Homeland Security                    **Notice of Intent/Decision to Reinstate Prior Order**

File No. **A079 637 965**

FIN #: 14482891          Event No: SFR0810001963

Date: **November 2, 2007**

Name:  **Noe ARIAS-ORDONEZ**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____**Removal**_____ entered against you. This intent is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on _____**June 6, 2003**_____ at
   _**San Francisco, California**_
   (Location)                                                    (Date)

2. You have been identified as an alien who:

   ☒ was removed on ____**July 9, 2007**____ pursuant to an order of deportation / exclusion / removal.
                              (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / **exclusion** / removal on or
                                          (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____**July 15, 2007**____ at or near **Nogales, Arizona**
                                                                   (Date)                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order.  You may contest this determination by making a written or oral statement to an immigration officer.  You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **ENGLISH** *language.*

_____**RICHARD SEALANA JR**_____                    _____
(Printed or typed name of official)                        (Signature of officer)

                                                            **IMMIGRATION ENFORCEMENT AGENT**
                                                            (Title of officer)

---

### Acknowledgment and Response

I ☒ do  ☐ do not  wish to make a statement contesting this determination.        _____

_11-6-207_                                                          _____
(Date)                                                              (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.  _11-6-2007_

**November 2, 2007**          **SAN FRANCISCO, CALIFORNIA**          _____
(Date)                        (Location)                        (Signature of authorized deciding official)

**JORGE PERRY**                                                          **SDDO**
(Printed or typed name of official)                                      (Title)

Form I-871 (Rev. 08/01/07)

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT
### RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

ARIAS-ORDONEZ, NOE

EXECUTED AT: San Francisco, California

FILE NO: A 079 637 965

DATE: November 2nd, 2007

Before the following officer of the U.S. Immigration and Naturalization Service:

Richard Sealana Jr. _____ in the SPANISH / ENGLISH language.  Interpreter was not used.

Deportation Officer

Yo, _Noe_ _____,
tengo claro conocimiento de que el investigador antes nombrado se me ha identificado a mí como oficial del Servicio de Inmigración y Naturalización de los Estados Unidos y que él está autorizado por la ley para administrar juramentos y tomar testimonio con relación a la ejecución de las leyes de Inmigración y Nacionalidad de los Estados Unidos.  El me ha informado que el desea tomar mi declaración bajo juramento con relación a mi estado de Inmigración en los Estados Unidos.

Él me ha dicho que mi declaración tiene que ser dada libre y voluntariamente y el me ha informado de estos derechos:

1. Usted tiene el derecho de guardar silencio.
2. Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de Inmigración.
3. Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que la hagamos alguna pregunta y de tenerlo presente con usted durante las preguntas.
4. Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea.
5. Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar las preguntas cuando usted guste.
6. Usted también tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.
7. Usted puede hablar con los oficiales del cónsulado y oficiales diplomáticos de su país o nacionalidad.

_____ ¿Entiende Ud. sus derechos?

_____ ¿Usted está dispuesto a hacer una declaración sin nadien mas presente?

_____ ¿Jura usted decir la verdad, la verdad entera y nada mas que la verdad así que lo ayude Dios?

_Noé Arias O_

Signature of Alien / Firma del extranjero

_JEM 3795_

Signature of Officer / Firma del official

_#3149_

Signature of Witness / Firma del testigo

I, _Noe Arias Ordonez_ _____,
acknowledge that the above-named officer has identified himself as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and to take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States.  He has informed me that he desires to take my sworn statement regarding my immigration status in the United States.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

1. You have the right to remain silent.
2. Anything you say can be used against you in court, or in any immigration or administrative proceeding.
3. You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
4. If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
5. If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at anytime.
6. You also have the right to stop answering at anytime until you talk to a lawyer.
7. You may talk to the consular or diplomatic officers of your country or nationality.

_Yes_ Do you understand your rights?

_Yes_ Are you willing to make a statement without anyone else present?

_Yes_ Do you swear to tell the truth, the whole truth, and nothing but the truth, so help you God?

_11-2-2007 / 1524 HRS_

Date & time / Fecha y hora

11-13-07
08-00862
EX 1.12

L.I.    &    R.I.

Ø#7 KNW    ØØ2 KNW

SEE ATTACHED CONTINUATION SHEET FOR SWORN STATEMENT

**Being duly sworn, I make the following statement:**
*Siendo debidamente puesto bajo juramento, yo hago la siguiente declaración:*

1) Q. What is your true, correct, and complete name?
   *¿Cual es su nombre completeo, exacto y verdadero?*

   Noé Arias Ordonez

2) Q. Have you ever used any other names?
   *¿Alguna vez ha usado Ud. otros nombres?*

   No

3) Q. Of what country are you a citizen?
   *¿De que país es Ud. ciudadano?*

   Mexico

4) Where were you born?
   *¿Donde nacio Ud.?*

   Mexico

5) What is your date of birth?
   *¿Cual es su fecha de nacimiento?*

   2-10-81

6) Q. Have you ever naturalized to become a United States citizen?
   *¿Ud. alguna vez se ha naturalizado como ciudadano de los EE. UU?*

   No

7) Q. What is your **father's** name?
   *¿Cual es el nombre completo de su papá?*

   Delfino

8) Q. Where was he born?
   *¿Donde nacio el?*

   Mexico

9) Q. Of what country is he a citizen?
   *¿De que país es el ciudadano?*

   Mexico

10) Q. Has he ever naturalized to become a United States citizen?
    *¿Alguna vez el se ha naturalizado como ciudadano de los EE.UU?*

   NA ~~Yes~~ No

KMW
11-13-07
08-00862
Ex.1.12

Page 2 of 5

Go to the next page. *Vaya a la pagina siguiente.*
Initials / *Iniciales.*

*11)* Q. What is your **mother's** name?
    *¿Cual es el nombre completo de su mamá?*

Sofia Arias Ordonez

12) Q. Where was she born?
    *¿Donde nacio ella?*

Mexico

13) Q. Of what country is she a citizen?
    *¿De que país es ella ciudadana?*

Mexico

14) Q. Has she ever naturalized to become a United States citizen?
    *¿Alguna vez ella se ha naturalizado como ciudadana de los EE. UU. ?*

No

*15)* Q. What is your wife's name?
    *¿Cual es el nombre completo de su esposa?*

None NA

16) Q. Where was she born?
    *¿Donde nacio ella?*

No NA

17) Q. Of what country is she a citizen?
    *¿De que país es ella ciudadana?*

No NA

*18)* Q. Has she ever naturalized to become a United States citizen?
    *¿Alguna vez ella se ha naturalizado como ciudadania de los EE. UU. ?*

NA

*19)* Q. How many minor children do you have?
    *¿Cuántos hijos menores de edad tiene Ud.?*

1

20) Q. Where were your children born?
    *¿Dónde nacieron sus hijo?.*

U.S.A

KMW
11-13-07
08-00862
EX 1.12
∅ #7 KMW
L.I.
∅ #2 KMW
R.I.

Go to the next page. *Vaya a la página siguiente.*
Initials / *Iniciales:* _____

21) Q. When did you last enter the United States?
*¿Cuando fué la ultima vez que Ud. entró a los EE. UU. ?*

July 15 2007

22) Q. How did you enter the United States at that time?
*¿Como entró Ud. a los EE. UU. esa vez?*

At Walket

23) Q. Where did you enter the United States at that time?
*¿Por donde entró Ud. a los EE. UU. esa vez?*

Nogales Arisona

24) Q. If you showed a legal document to enter the United States, what kind of document did you show to enter the United States?
*¿Si Ud. tenia un documento legal para entrar los EEUU, que clase de documento tenia para entrar?*

N/A

25) Q. Have you ever been deported from the United States?
*¿Ha sido Ud deportado alguna vez de los EEUU?*

Yes

26) Q. How many times?
*¿Cuantas veces?*

I dont know

27) Q. When and where were you deported from the United States?
*¿Cuando y por donde fue deportado de los EEUU?*

San Francisco

28) Q. If you were previously deported from the United States, have you ever applied to the Attorney General or the Department of Homeland Security for permission to re-enter the United States?
*Si Ud. fue deportado anteriormente de los EEUU, ¿ha solicitado Ud. alguna vez algun permiso del procurador general o del Departamento de Seguridad Interna para volver a los EEUU?*

No

L.T.   KMW
11-13-07
08-00862
EX 1.12
#8 7 KMW          #82 KMW          R I

Case 3:07-cr-00738-MMC   Document ... Filed ...14/2008   Page 23 of 23

29) **Q.** Do you have any fear of persecution or torture if you return to your country of citizenship?

*¿Tiene Ud. miedo de persecucion política o de tortura si Ud. .regresa a su pais de ciudadania?*

*No*

30) **Q.** Do you have anything else to add to your Sworn Statement?

*¿Ud tiene algo más que añadir a su declaración bajo juramento?*

**A.** Yes. I was brogth to the US as a little ~~kind~~ boy and I wish I can Fix my ligal problem.

NA

---

**STOP! Wait for further instructions.**          *¡ALTO! Espere por insturcciónes adicionales.*

I have read the foregoing (or it has been read to me in the **English** language) and solemnly swear it is the true and correct record of the statement made by me on this day and that all the statements are true and correct.

*Yo he leído lo anterior (o esto me ha sido leído en Español) y solemnemente juro que esto es el registro correcto y verdadero de mi declaración hecha por mi en este dia y que todas las declaraciones hechas son correctas y verdaderas.*

_Noé Arias O_____
Signature of alien/*Firma del extranjero*

_11·2·2007 / 1545 HB_____
Date and time/*Fecha y hora*

_Of  FEA 3795_____
Signature of Officer / *Firma del official*

Kmw
11-13-07
08·00862
Ex 1.12

_Polly U Vanover ) #3149_____
Signature of Witness / *Firma del testigo*

L.I.          &          R.I.

Go to the next page. *Vaya a la pagina siguiente.*
Initials / *Iniciales.*_____