UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: MAY 28 2008

Case No. CR-07-0738 MMC         JUDGE: Maxine M. Chesney

Defendant: NOE ARIAS-ORDONEZ    Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: OWEN MARTIKAN    ATTORNEY FOR DEFENDANT: Elizabeth Falk

Deputy Clerk: TRACY LUCERO       Reporter: Kelly Beyce

### PROCEEDINGS

REASON FOR HEARING: Continued Hearing on ∆'s motion to Dismiss Indictment

RESULT OF HEARING: Court grants ∆'s motion for the reasons stated on the record.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(20 min)