1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARIAS-ORDONEZ

**Filed**

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-738 MMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER |
| NOE ARIAS-ORDONEZ, | ) |
| Defendant. | ) |

The Court has dismissed the one-count indictment against defendant Noe Arias-Ordonez.

IT IS HEREBY ORDERED that defendant Noe Arias-Ordonez be released from U.S. Marshal custody today, May 28, 2008, to be returned to the custody of Immigration and Customs Enforcement forthwith.

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

*Arias-Ordonez*, 07-738 MMC
ORDER FOR RELEASE          1