1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   OWEN P. MARTIKAN (CABN 177104)
    Assistant United States Attorney
5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7241
7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov
8
    Attorneys for Plaintiff
9

10
                       UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )    No. CR 07-0738 MMC
                                        )
15         Plaintiff,                   )    **THE UNITED STATES' *EX PARTE***
                                        )    **MOTION FOR STAY OF ORDER**
16      v.                              )    **RE: DISMISSAL & RELEASE**
                                        )    **PENDING APPEAL AND**
17  NOE ARIAS-ORDONEZ,                  )    **[PROPOSED] ORDER**
                                        )
18         Defendant.                   )
    _____ )
19

20

21         The United States hereby moves the Court *ex parte*, pursuant to Northern District

22  Local Rule 47-3, to stay the execution of its May 28, 2008 order of dismissal and release

23  pertaining to defendant Noe Arias-Ordonez for 30 days, so that the United States can seek

24  review of this Court's Order.

25         The reason for the requested stay is that Arias-Ordonez is subject to removal

26  pursuant to an ICE detainer if they stay is not granted, rendering any review of this

27  //

28
    USA'S EX PARTE MOTION FOR STAY & [PROPOSED] ORDER
    CR 07-0738 MMC

1  Court's Order moot.

2

3  DATED: May 28, 2008                    Respectfully Submitted,

4                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

5

6                                         ____/s/_____Owen Martikan_____
                                          OWEN P. MARTIKAN

7                                         Assistant United States Attorney

8

9

10                        **[PROPOSED] ORDER**

11        Pursuant to the United States' motion and for good cause shown, the Court hereby stays

12  execution of its Order of Dismissal and Release pertaining to defendant Noe Arias-Ordonez for

13  30 days, so that the United States may seek review of its Order.

14        SO ORDERED.

15                                         _____
                                          HON. MAXINE M. CHESNEY

16                                         United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28