IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>NOE ARIAS-ORDONEZ,<br><br>    Defendant | No. CR-07-0738 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON UNITED STATES' MOTION FOR STAY OF ORDER OF RELEASE** |

    By order filed earlier on today's date, the Court stayed its May 28, 2008 order releasing defendant to the custody of Immigration and Customs Enforcement, pending a hearing on the United States' "Ex Parte Motion for Stay of Order Re: Dismissal & Release Pending Appeal."

    In connection with said hearing, the Court hereby sets the following schedule:

    1. No later than May 30, 2008, by 4:00 p.m., the United States shall file a supplemental memorandum, in which it shall, <u>inter</u> <u>alia</u>, cite the authority upon which it relies for the relief sought.

    2. No later than June 2, 2008, defendant shall file any response thereto.

    3. The hearing will be conducted on June 4, 2008, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: May 29, 2008

                                                 MAXINE M. CHESNEY<br>
                                                 United States District Judge