1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

08 JUN -4 AM 9: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,           )   No. CR 07-0738 MMC
                                        )
14          Plaintiff,                  )   UNITED STATES' NOTICE OF
                                        )   APPEAL
15      v.                              )
                                        )
16  NOE ARIAS-ORDONEZ,                  )
                                        )
17          Defendant.                  )
                                        )
18

19      Pursuant to 18 U.S.C. § 3731, the United States hereby appeals to the United
20  States Court of Appeals for the Ninth Circuit the oral order of the district court issued
21  May 28, 2008, dismissing the indictment in the above-captioned case.

22

23  DATED: June 3, 2008                 Respectfully submitted,

24                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
25

26

27                                      OWEN P. MARTIKAN
                                        Assistant United States Attorney
28

United States' Notice of Appeal
CR 07-0738 MMC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California, is a person over 18 years of age and discretion to be competent to serve papers, and is not a party of the within action.. The undersigned certifies that she caused a copy of

## UNITED STATES' NOTICE OF APPEAL

in the case of **UNITED STATES v. NOE ARIAS-ORDONEZ**, CR 07-0738 MMC to be served on the party or parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Elizabeth Falk, AFPD**
**Federal Public Defender's Office**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By USPS Regular Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct, and executed in San Francisco, California.

Dated: June 4, 2008

HUI CHEN
United States Attorney's Office