UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 0 4 2008

Case No. CR-07-0738 MMC    JUDGE: Maxine M. Chesney

NOE ARIAS-ORDONEZ
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

OWEN MARTIKAN
U.S. ATTORNEY

ELIZABETH FALK
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: MARGO GURULE

## PROCEEDINGS

REASON FOR HEARING  Gov't's motion for stay of order of Release - Continued.

RESULT OF HEARING  Any supplemental filings due no later than 6/13/08.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
              (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to  6/18/08 @ 2:30  for Continued Hearing on Gov't's motion to Detain

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(35 min)