Exhibit A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

FILED

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Vs.<br><br>NOE ORDONEZ ARIAS<br><br>_____Defendant | ) SCR 479120<br>) IC 1/4/06<br>)<br>)<br>) FELONY COMPLAINT<br>) Section 496(a) PC<br>)<br>) |

JAN 0 4 2006

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA
By_____ DEPUTY CLERK

**NOTICE:** Conviction for these offenses may require you to provide specimens and samples pursuant to Penal Code Section 296 if you are convicted of a felony offense or have a prior qualifying offense in your criminal background. Willful refusal to provide the specimens and samples is a crime.

THE UNDERSIGNED, being duly sworn, deposes and says, upon information and belief, that the said defendant, **NOE ORDONEZ ARIAS**, did, in the County of Sonoma, State of California, on or about the **1st day of January, 2006**, violate Section **496(a)** of the PENAL CODE, a **felony**, in that he did unlawfully buy, receive, conceal, sell, withhold, and aid in concealing, selling, and withholding property, to wit, CREDIT CARDS AND IDENTIFICATION DOCUMENTS, which had been stolen and obtained by extortion, knowing that said property had been stolen and obtained by extortion.

Complainant therefore prays that a warrant issue and that said defendant be dealt with according to law.

_____
DEPUTY DISTRICT ATTORNEY

Subscribed and sworn to before me this ___ Day of _____, 20___

_____
Clerk of the Superior Court

1/03/2006
JJM/MB
SCY 060101012
DAR-520858

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SONOMA

THE PEOPLE OF THE STATE OF CALIFORNIA

                              Plaintiff

vs.

**NOE O. ARIAS**

                              Defendant

No. SCR-479120

**NOTICE OF BAIL FORFEITURE**

Please be advised that Bail Bond #LG5377272 in the amount of $5000 which was posted by you on behalf of the above defendant has been ordered forfeited by the Court for failure to appear on January 18, 2006.

By: ERICA MCKINNEY, Deputy Clerk, on 01/18/06

## CLERK'S CERTIFICATE OF MAILING

My business address is 600 Administration Drive, Santa Rosa, CA 95403. I am over the age of eighteen years, and not a party to the action. I served the Notice of Forfeiture by depositing a true copy thereof in a sealed envelope, postage fully prepaid, addressed as shown below. The notice was mailed at Santa Rosa on **JAN 1 9 2006**.

I declare under penalty of perjury that the foregoing is true and correct.

Denise Gordon, Executive Officer

By: **A. FERRARI**, Deputy Clerk, on **JAN 1 9 2006**

ALADDIN BAIL BONDS SAN JOSE
2025 Gateway Place
San Jose CA  95441

LINCOLN GENERAL INSURANCE CO
1959 PALOMAR OAKS WAY # 200
CARLSBAD CA  92009-1314

1  STEPHAN R. PASSALACQUA, #138293
   District Attorney, County of Sonoma
2  SHARMALEE . RAJAKUMARAN, #226857
   Deputy District Attorney
3  Hall of Justice, Room 212-J
   600 Administration Drive
4  Santa Rosa, CA 95403
   (707) 565-2311
5
   Attorney for The People
6
            SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA
7
   THE PEOPLE OF THE STATE OF CALIFORNIA,  )   COURT NO.  SCR-479120
8                                Plaintiff, )   D.A. NO.   DAR-520858
                                            )
9      vs.                                  )
                                            )
10                                          )   INFORMATION
   NOE ORDONEZ ARIAS                        )   496(a) PC
11                                          )
                                            )
12  _____ Defendant )

13  **NOTICE: Conviction for these offenses may require you to provide specimens and samples
    pursuant to Penal Code Section 296 if you are convicted of a felony offense or have a prior
14  qualifying offense in your criminal background. Willful refusal to provide the specimens and
    samples is a crime.**
15

16                                        COUNT I

17      The said defendant, **NOE ORDONEZ ARIAS,** is accused by the District Attorney of and for

18  the County of Sonoma, State of California, by this Information, of a **felony**, in that on or about the **1st**

19  **day of January, 2006,** in the County of Sonoma, State of California, the said defendant, **NOE**

20  **ORDONEZ ARIAS,** did violate Section **496(a)** of the PENAL CODE, in that he did unlawfully

21  buy, receive, conceal, sell, withhold, and aid in concealing, selling, and withholding property, to wit,

22  CREDIT CARDS AND IDENTIFICATION DOCUMENTS, which had been stolen and obtained by

23  extortion, knowing that said property had been stolen and obtained by extortion.

24

25

26

                                              1

Contrary to the form, force and effect of the Statute in such case made and provided and against the peace and dignity of the People of the State of California.

          STEPHAN R. PASSALACQUA, DISTRICT ATTORNEY
          County of Sonoma, State of California

BY: _____
for  SHARMALEE RAJAKUMARAN
     Deputy District Attorney

00001431

**Superior Court**
**State of California**
**County of Sonoma**

DEFENDANT'S WAIVER OF
CONSTITUTIONAL RIGHTS PRIOR TO
ENTRY OF GUILTY OR NO CONTEST PLEA

For Court Use Only

**FILED**

APR -7 2006

Clerk of the Superior Court of California
County of Sonoma
By _____
Deputy Clerk

Honorable **René A Chouteau**
(SUPERIOR COURT JUDGE)

Case No:   MCR   (SCR) **479120**

Defendant's Name **Noe Ordonez Arias**

Date of Birth **2/10/81**

Attorney's Name **Charles G. Ogulnik**

Bar # **77623**

---

DEFENDANT: PLEASE READ AND PLACE YOUR INITIALS IN THE BOXES AFTER READING AND UNDERSTANDING EACH OF THE STATEMENTS. IF THERE IS ANYTHING THAT YOU DO NOT UNDERSTAND, ASK YOUR ATTORNEY ABOUT IT BEFORE INITIALING.

As the defendant in the above entitled case, I personally declare the following:

[NOA] 1. My name and date of birth as listed above are complete, true and correct.

[NOA] 2. I am not currently under the influence of anything that impairs my ability to understand these proceedings.

[NOA] 3. Of those charges now filed against me in this case, I plead (circle one)   GUILTY   (NO CONTEST)   to the following offense(s) and admit the following enhancement(s), allegation(s), and prior conviction(s):

**I** Count: **496(a) a felony** (NOA)

Count: _____

Count: _____

Count: _____

Count: _____

Page 1 of 4

**Constitutional Rights**

 4. I understand that I am entitled to a speedy and public trial by court or by jury as to all charges, allegations and prior convictions. I understand and give up each of the following rights:

   a. The right to see, hear, and question all witnesses who would testify against me at trial.

   b. The right to present evidence in defense of the charges.

   c. The right to have the Court order my witnesses to attend my trial at no expense to me.

   d. The right against self incrimination. I can remain silent and require the District Attorney's Office to prove the case against me beyond a reasonable doubt. I cannot be forced to testify against myself, but I also have the right to testify in my own defense if I choose to do so.

   e. The right to be represented by a lawyer at all court appearances relating to any trial. I can hire a lawyer or the Court will appoint a lawyer for me if I cannot afford one.

 5. I FREELY AND VOLUNTARILY GIVE UP MY RIGHT TO A COURT AND JURY TRIAL.

 6. I understand that a no contest plea will be treated as a guilty plea and I will be sentenced as if guilty.

 7. All promises made to me are written on this form, or stated here in open court. There have been no other promises, or suggestions made in order to get me to enter this/these plea(s).

 8. No one has made any threats to me or anyone else, or placed any pressure of any kind on me in order to make me plead guilty/no contest.

9. I have had enough time to discuss with my attorney my constitutional rights, any defenses I may have to the charges and the consequences of this/these plea(s).

**Consequences of Plea**

10. I understand that the maximum punishment I may receive as a result of this plea is:

indeterminate term in state prison of _____

determinate term in state prison of ___3___ years and ___0___ month(s)

followed by parole for   (3 to 4 years)   (5 to 7 years)   (life) with return to prison for every parole violation;

a fine of $_____; a mandatory restitution fine of $200 to $10,000; a parole restitution fine in the same amount which will be suspended pending successful completion of parole; restitution directly to any victim(s).

 11. I understand that if I am not sentenced to prison, I may receive probation for a period up to 5 years, or for a period equal to the maximum prison term, whichever is greater. As conditions of probation, I may be given county jail custody, plus the fine and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison.

12. I understand that as a convicted felon, I will not be able to own, possess, or have under my custody or control any firearm or ammunition.

 13. I understand that if I am not a citizen of the United States, conviction of the offense(s) may/will (circle one) have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States. (Note: If convicted of an *aggravated felony*, defendant *will be deported*.)

 14. I understand that if I am currently on probation for any other matter, this conviction will act as a violation of that probation and I could be given a separate and additional sentence in that case.

[NO] 15. I understand that there are also the following consequences of my plea(s):
(circle letter of all applicable consequences)

a. Mandatory prison

b. Presumptive prison

c. Commitment to CYA

d. Reduced conduct credits
   i. Violent Felony (no credit to max. 15%)
   ii. Prior Strike(s) (no credit to max. 20%)
   iii. Murder (no credit)

e. Prior Enhancement (increased penalties for future offenses)

f. Registration as an arson / sex / narcotic offender

g. Sexual Violent Predator law

h. **Blood test and saliva sample** (circled)

i. Loss of driving privilege

j. AIDS education program

k. Commitment to CRC (California Rehabilitation Center)

Other: _____

**Open Plea**

[ ] 16. I understand that there is no agreement or indication as to the sentence I will receive on this matter. I could be sentenced up to the maximum penalty as stated above.

**Indicated Sentence**

[ ] 17. I understand that, although the Court has indicated a sentence, there is no agreement with the District Attorney's Office and the Court will not decide what my sentence will be until it has read and considered a report from the probation office.

**Dismissed Charges**

[ ] 18. I understand that the following charges will be dismissed: _____

[ ] 19. I further understand that the Court can consider the dismissed charges in determining the appropriate sentence in my case and in ordering restitution to the victim(s) of the dismissed charges.

**Negotiated Disposition pursuant to PC 1192.5**

[NO] 20 a. I am entering into an agreement with the District Attorney's Office. Pursuant to this agreement, I am pleading guilty/no contest as stated above.

b. My plea(s) are conditioned on receiving the following consideration as to sentence:

(Probation) (circle one):   will be denied   (will be granted) NO   (imposition of judgment suspended) NO

___ sentence imposed and execution of sentence suspended

___ to be determined by the court

The custody term will be for the stipulated term of _____

c. other: all pending misdemeanors to be dismissed 484409 460738 - on probation 478090 474326 481396 483193 483546

People not to file CR 051223-009 against Defendant.

d. I understand that if the court declines to accept this negotiated disposition, I may withdraw my plea(s) of guilty/no contest, re-enter my not guilty plea(s), and go to trial on all counts as originally charged.

e. I understand that if pending sentencing I commit another crime, violate any condition of a Supervised O.R. release, or willfully fail to appear for my sentencing hearing, this agreement will be canceled, I will be sentenced unconditionally and I will not be allowed to withdraw my guilty/no contest plea(s).

[NO] 21. I AM FREELY AND VOLUNTARILY ENTERING MY PLEA(S)

I declare that the initials that appear above are my own and that I have read and understand each statement that I have initialed.

Date: April 7, 2006      Signature: _Noe Ordonez_
                                    Defendant

**Certificate of Interpreter**
I declare that I translated the entire contents of this form from English to _____ in the presence of and directly to the defendant in this case and that the defendant wrote on this document in my presence.

Date: _____      Signature: _____
                                    Interpreter

**Defense Attorney Statement**
I am the attorney of record for the above named defendant. I have explained each of the above rights to the defendant and have discussed the facts, consequences and possible defenses to the charge(s) with him/her. I concur with his/her waiver of rights and entry of guilty/no contest plea(s). I further stipulate that there is a factual basis for the plea(s) and that this document may be received by the court as evidence of the defendant's intelligent waiver of these rights and that it shall be filed by the clerk as a permanent record of that waiver. I have witnessed the reading, initialing and signing of this form by the defendant.

Date: April 7, 2006      Signature: _____
                                    Attorney for the Defendant

**District Attorney Statement**
The above information correctly reflects the position of the District Attorney's Office as to this case:

Date: April 7, 2006      Signature: _____
                                    Deputy District Attorney

---

**Court Findings and Orders**

Having questioned the defendant concerning his/her plea(s) of Guilty/No Contest and concerning any admissions of prior conviction(s), enhancements, and allegation(s), the Court finds that:
- The defendant understands and voluntarily and intelligently waives the constitutional rights listed above;
- The defendant's plea(s) and admission(s) are freely and voluntarily made;
- The defendant understands the nature of the charges and the consequences of the plea(s) and admission(s); and
- There is a factual basis for the plea(s).

The Court accepts the defendant's plea(s) and admission(s) and finds the defendant guilty of the offense(s) pled to and the special allegation(s), enhancement(s) and prior conviction(s) admitted.

Date: 4-8-06      Signature: _____
                             Judge of the Sonoma County Superior Court

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SONOMA**

COURT FILE COPY

1/04/06     4/04/0[?]

Case # SCR-479120     Date: 1/13/06  Time: 0900a  Courtroom # 4     1st App:     Target:
Judge: Rene A. Chouteau                      Reporter: S. STANDISH     Sworn Interpreter: _____ INT
Deputy D.A.: PML                             Clerk: Christine Roger   [I12] _____ Interpreter needed next date
PEOPLE VS.                    [DE 1]                                  [A32] Probation Officer present _____
ARIAS, NOE ORDONEZ                                                    [A] gives oral report to court

Agency # SCY-060101012     DDL: CA B6301052     DOB: 2/10/81
Charges: 1) F 496(a) PC

**READINESS CONFERENCE**

| N | **NATURE OF PROCEEDINGS:** |
|---|---|

**DEFENDANT** [1] present [2] not present (3) present in custody [4] not present in custody [A] pro per [5] waiver of personal appearance filed
(6) Pub. Def. CO _____ [7] appointed [8] relieved  [22] True name is _____
[9] Defense Csl. _____ [10] generally [11] relieved  [23] Defendant advised of charges/allegations [24] Stipulates to arraignment
[12] Conflict Csl. _____ [14] appointed [15] relieved  [25] Advised of constitutional rights [26] Waives reading of Information
[16] Complaint [17] Information [A] filed [B] _____ amended  [A] Complaint [B] Constitutional rights [C] Alien advisement given per 1016.5 PC
[18] Defense provided with [A] Complaint [B] Discovery  **Complaint not filed** [27] Defendant discharged [28] Continued for complaint
[19] Complaint amended to _____  [29] Mutual discovery granted by _____ [30] Judge recuses self per 170.1 CCP
[20] Charge(s) amended to _____  [31] 170.6 CCP filed re: Judge _____ by [A] DA [B] Defense
[21] Ct(s). _____ deemed misd. per [A] 17b4 PC [B] 17b5 PC  [32] Defendant advised of [A] PD reg fee [B] possible fee assessment for counsel

| O | **BAIL/CUSTODIAL STATUS** |
|---|---|

**WARRANT** [15] **RECALLED**  [18] remains out
**DEFENDANT** [1] **REMANDED** [2] **RELEASED FROM CUSTODY**   [19] Bail set $ _____ [A] as set [20] NO BAIL
**BAIL** [3] forfeited [4] reinstated [5] exonerated    Bail [21] increased to $ _____ [22] reduced to $ _____
[6] Reassumption of liability filed [7] Bail reinstated and exonerated   Mtn. for [24] OR [25] Sup. OR [A] granted [B] denied [C] conditions attached
[8] Bench warrant to issue per _____ Bail $ _____    [26] OR [27] Sup. OR [A] reinstated [B] revoked [C] terminated [D] continued
[9] D.A. to prepare declaration & warrant [10] **EXECUTION STAYED**   [28] Summary judgment extended to _____

| P | **DEF. PLEADS** |
|---|---|

[1] **Not Guilty** [2] **NGI** [3] Not guilty plea w/drawn   **COURT FINDS** [19] factual basis for plea [20] admission [21] Def.
[4] Prior(s) denied [5] Enhancements/allegations denied   knowingly, intelligently, freely, voluntarily waives rights [22] Defendant guilty
Advised of [6] max. penalties [7] future consequences [8] understands &  [23] People's motion to dismiss counts remaining at time of sentencing granted
waives each right [9] Defense Csl joins in waiver [10] TAHL waiver filed  [24] Plea per 1192.5 PC [25] Fingerprint form filed
[11] **GUILTY** [12] **NO CONTEST** _____   [26] Defendant to be booked, fingerprinted, and released forthwith
[13] Priors _____ dated _____ [A] admitted [B] stricken  [27] People recommend CT1, no init. State prison
[14] Prison Priors _____ dated _____ [A] admitted [B] stricken  [28] Court indicates _____
[15] Enhancements _____ dated _____ [A] admitted [B] stricken
[16] Strikes _____ dated _____ [A] admitted [B] stricken  [29] Def. enters [A] Arbuckle [B] Harvey waiver re: _____
[17] Spec. circumstances _____ [A] admitted [B] stricken  [30] VC Priors _____ found constitutionally [A] valid [B] invalid
Def. stipulates to [18] factual basis for plea [A] probable cause for arrest  [31] **Motor vehicle used in the commission of a felony** (for DMV reporting)

| E | **PROBATION** |
|---|---|

[1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] VOP [D] NBRC [E] Post Sentence [F] Other
[7] Cont. to _____ Ctrm _____ [9] Report due _____ [10] Transcript due _____ [11] Prob. Report filed

| R | **CALENDAR SETTINGS/WAIVERS** |   DNA test[DNA1] ordered _____ [DNA2] Previously done    Qualifying offense _____ |
|---|---|

**DEFENDANT** [1] waives time to _____ [A] plus _____ days  **MOTION** [24] 1538.5 PC [25] 995 PC [26] 1050 PC [27] 1275 PC Bail Source
[2] does not waive time [3] withdraws time waiver   [28] Change Venue [29] Vacate judgment [30] Marsden [31] Other _____
Waives time for [4] sentencing [5] referral [6] prelim [A] 10 [B] 60 days  [A] Filed [B] Set _____ Ctrm _____ [C] **HELD**
[7] advised of right to prelim [8] waives same [9] People waive prelim  [D] granted [E] denied [F] taken under submission [G] withdrawn
(10) Prelim. hrg. set 1-18-06 930 Ctrm 4 [A] **HELD**  [33] Dr. _____ appointed to examine defendant
[11] The **Complaint** will be deemed the **Information** for all purposes  [34] Report due _____; appointment per _____
[12] Cert per 1368 PC for hrg. _____ Ctrm _____ [A]  **DEF.** [35] committed to [A] CDC for 90 day diagnostic per 1203.03 PC
[13] Proceeding suspended & case Certified to Juvenile Court   [B] CYA for 90 day observation per 707.2 W&I
[14] Cert. to Trial Dept. for hrg. _____ Ctrm _____ [A]  [36] found mentally [A] competent [B] incompetent [37] Refer to Mental Health
(15) Jury Trial set _____ Ctrm _____ [A]  [38] committed to _____ State Hosp. [A] contested [B] uncontested
[16] Pretrial set _____ Ctrm _____ [A]  [39] If sentenced to prison, term would be _____ yrs/mos. Credits _____
(17) Readiness set _____ Ctrm _____ (A)  **CRIMINAL PROCEEDINGS** [40] suspended [41] reinstated
[18] Hearing set _____ Ctrm _____ [A]  [42] Refer to Project Intercept - contact within 48 hrs. [43] Report filed
[19] Trial date confirmed _____ [20] Time estimate _____  [44] P.I. [45] NBRC on ct(s) _____ [A] accepted [B] denied [C] vacate
[21] **VACATED** _____  Terminate [46] successfully [47] unsuccessfully [A] P.I. [B] NBRC
[22] Criminal Protective Order [A] issued & filed [B] vacated [C] served  [48] **Guilty** plea for deferred entry of judgment on ct(s) _____
[23] Cont to _____ Ctrm _____  [49] Referral for HIV test per [A] 1524.5 PC [B] 1202.1 PC ordered & filed
                                                                          [50] Plea of guilty/conviction set aside [51] Case dismissed per 1203.4 PC
Bail transferred to [XFRS] SCR case [XFRM] MCR case   [52] Case [53] Cts. _____ **DISMISSED** [A] People's motion
                                                                          [54] _____ [55] Booking Fee $ 123 B

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SONOMA**

COURT FILE COPY
1/04/06    4/06/0

Case # SCR-479120   7   Date: 2/01/06  Time: 0930a  Courtroom # 4   1st App: _____ Target: _____
Judge: Rene A. Chouteau          Reporter: S.S.           Sworn Interpreter: _____ INT
Deputy D.A.: F.S.R.              Clerk: BRENDA WESSON     [I12] _____ Interpreter needed next date
PEOPLE VS.                       [DE 1]                   [A32] Probation Officer present _____
    ARIAS, NOE ORDONEZ                                    [A] gives oral report to court

Agency # SCY-060101012    DDL: CA B6301052    DOB: 2/10/81
Charges: 1) F 496(a) PC

**N  NATURE OF PROCEEDINGS:**  PRELIMINARY

**DEFENDANT** [1] present [2] not present [3] present in custody [4] not present in custody [A] pro per [5] waiver of personal appearance filed
(6) Pub. Def. C.O. _____ [7] appointed [8] relieved  [22] True name is _____
[9] Defense Csl. _____ [10] generally [11] relieved  [23] Defendant advised of charges/allegations [24] Stipulates to arraignment
[12] Conflict Csl. _____ [14] appointed [15] relieved  [25] Advised of constitutional rights [26] Waives reading of Information
[16] Complaint [17] Information [A] filed [B] _____ amended  [A] Complaint [B] Constitutional rights [C] Alien advisement given per 1016.5 PC
[18] **Defense provided with** [A] Complaint [B] Discovery  **Complaint not filed** [27] Defendant discharged [28] Continued for complaint
[19] Complaint amended to _____  [29] Mutual discovery granted by _____ [30] Judge recuses self per 170.1 CCP
[20] Charge(s) amended to _____  [31] 170.6 CCP filed re: Judge _____ by [A] DA [B] Defense
[21] Ct(s). _____ deemed misd. per [A] 17b4 PC [B] 17b5 PC  [32] Defendant advised of [A] PD reg fee [B] possible fee assessment for counsel

**O  BAIL/CUSTODIAL STATUS**                               **WARRANT** [15] **RECALLED** [18] remains out
**DEFENDANT** [1] **REMANDED** [2] **RELEASED FROM CUSTODY**  [19] Bail set $ _____ [A] as set [20] NO BAIL
**BAIL** [3] forfeited [4] reinstated [5] exonerated       Bail [21] increased to $ _____ [22] reduced to $ _____
[6] Reassumption of liability filed [7] Bail reinstated and exonerated   Mtn. for [24] OR [25] Sup. OR [A] granted [B] denied [C] conditions attached
[8] Bench warrant to issue per _____ Bail $ _____          [26] OR [27] Sup. OR [A] reinstated [B] revoked [C] terminated [D] continued
[9] D.A. to prepare declaration & warrant  [10] **EXECUTION STAYED**  [28] Summary judgment extended to _____

**P  DEF. PLEADS** [1] **Not Guilty** [2] **NGI** [3] Not guilty plea w/drawn  **COURT FINDS** [19] factual basis for plea [20] admission [21] Def.
[4] **Prior(s) denied** [5] **Enhancements/allegations denied**   knowingly, intelligently, freely, voluntarily waives rights [22] Defendant guilty
Advised of [6] max. penalties [7] future consequences [8] understands &  [23] People's motion to dismiss counts remaining at time of sentencing granted
waives each right [9] Defense Csl joins in waiver [10] TAHL waiver filed  [24] Plea per 1192.5 PC [25] Fingerprint form filed
[11] **GUILTY** [12] **NO CONTEST** _____  [26] Defendant to be booked, fingerprinted, and released forthwith
[13] Priors _____ dated _____ [A] admitted [B] stricken  [27] People recommend _____
[14] Prison Priors _____ dated _____ [A] admitted [B] stricken  [28] Court indicates _____
[15] Enhancements _____ dated _____ [A] admitted [B] stricken
[16] Strikes _____ dated _____ [A] admitted [B] stricken  [29] Def. enters [A] Arbuckle [B] Harvey waiver re: _____
[17] Spec. circumstances _____ [A] admitted [B] stricken  [30] VC Priors _____ found constitutionally [A] **valid** [B] **invalid**
Def. stipulates to [18] factual basis for plea [A] probable cause for arrest  [31] **Motor vehicle used in the commission of a felony** (for DMV reporting)

**E  PROBATION** [1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] VOP [D] NBRC [E] Post Sentence [F] Other
[7] Cont. to _____ Ctrm _____ [9] Report due _____ [10] Transcript due _____ [11] Prob. Report filed

**R  CALENDAR SETTINGS/WAIVERS**   DNA test[DNA1] ordered _____  [DNA2] Previously done   Qualifying offense _____
**DEFENDANT** [1] waives time to _____ [A] plus _____ days   **MOTION** [24] 1538.5 PC [25] 995 PC [26] 1050 PC [27] 1275 PC Bail Source
[2] does not waive time [3] withdraws time waiver   [28] Change Venue [29] Vacate judgment [30] Marsden [31] Other _____
Waives time for [4] sentencing [5] referral [6] prelim [A] 10 [B] 60 days  [A] Filed [B] Set _____ Ctrm _____ [C] HELD
[7] advised of right to prelim [8] waives same [9] People waive prelim   [D] granted [E] denied [F] taken under submission [G] withdrawn
                                                       HELD  [33] Dr. _____ appointed to examine defendant
(10) Prelim. hrg. set Called @ 10:02 AM Ctrm _____ [A]
[11] The **Complaint** will be deemed the **Information** for all purposes  [34] Report due _____; appointment per _____
[12] Cert per 1368 PC for hrg. _____ Ctrm _____ [A]  **DEF** [35] committed to [A] CDC for 90 day diagnostic per 1203.03 PC
[13] Proceeding suspended & case Certified to Juvenile Court   [B] CYA for 90 day observation per 707.2 W&I
[14] Cert. to Trial Dept. for hrg. _____ Ctrm _____ [A]  [36] found mentally [A] competent [B] incompetent [37] Refer to Mental Health
[15] Jury Trial set _____ Ctrm _____ [A]  [38] committed to _____ State Hosp. [A] contested [B] uncontested
[16] Pretrial set _____ Ctrm _____ [A]  [39] If sentenced to prison, term would be _____ yrs/mos. Credits _____
[17] Readiness set _____ Ctrm _____ [A]  **CRIMINAL PROCEEDINGS** [40] suspended [41] reinstated
[18] Hearing set _____ Ctrm _____ [A]  [42] Refer to Project Intercept - contact within 48 hrs. [43] Report filed
[19] Trial date confirmed _____ [20] Time estimate _____  [44] P.I. [45] NBRC on ct(s) _____ [A] accepted [B] denied [C] vacated
[21] **VACATED**   Terminate [46] successfully [47] unsuccessfully [A] **P.I.** [B] NBRC
[22] Criminal Protective Order [A] issued & filed [B] vacated [C] served  [48] **Guilty** plea for deferred entry of judgment on ct(s) _____
[23] Cont to _____ Ctrm _____   [49] Referral for HIV test per [A] 1524.5 PC [B] 1202.1 PC ordered & filed
_____  [50] Plea of guilty/conviction set aside [51] Case dismissed per 1204.4 PC
Bail transferred to [XFRS] SCR case [XFRM] MCR case   [52] Case [53] Cts _____   **DISMISSED** [A] People's motion
_____  [54]   [55] Booking Fee $  123  B

CASE # 479120  NAME: ARIAS, Noe  DATE: 2-1-06

SCR

| TABLE ITEM | (CONTINUATION OF PROCEEDINGS) |
|---|---|
| | Pre Lim |
| K6 | Pro calls S.C.S.O. Deputy Michael Moriarity, sworn + testifies @ 10:04 AM. |
| T | no cross by Defense |
| K13 | Witness excused |
| K25 | Defense argues |
| K26 | Submitted |
| K27 | Def held to answer to Ct 1 - 496 (a) PC |
| K30 | Info to be filed on 2-15-06 0830 Dept 4 |
| K32 | Bail status remains the same. |

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SONOMA

COURT FILE COPY

2/15/06     6/05/0

Case # SCR-479120     Date: 4/07/06  Time: 0900a  Courtroom # 4     1st App:     Target:

Judge: Rene A. Chouteau     Reporter: S STANDISH     Sworn Interpreter: _____ INT
Deputy D.A.: ACM     Clerk: Christine Roger     [I12] _____ Interpreter needed next date
PEOPLE VS. ARIAS, NOE ORDONEZ     [DE 1]     [A32] Probation Officer present
     [A] gives oral report to court

Agency # SCY-060101012     DDL: CA B6301052     DOB: 2/10/81
Charges: 1) F 496(a) PC

**NATURE OF PROCEEDINGS:** PRETRIAL CONFIRMATION

**DEFENDANT** [1] present [2] not present [3] present in custody [4] not present in custody [A] pro per [5] waiver of personal appearance filed
[6] Pub. Def. _____ [7] appointed [8] relieved [22] True name is _____
[9] Defense Csl. _____ [10] generally [11] relieved [23] Defendant advised of charges/allegations [24] Stipulates to arraignment
[12] Conflict Csl. _____ [14] appointed [15] relieved [25] Advised of constitutional rights [26] Waives reading of Information
[16] Complaint [17] Information [A] filed [B] _____ amended [A] Complaint [B] Constitutional rights [C] Alien advisement given per 1016.5 PC
[18] Defense provided with [A] Complaint [B] Discovery   Complaint not filed [27] Defendant discharged [28] Continued for complaint
[19] Complaint amended to _____ [29] Mutual discovery granted by _____ [30] Judge recuses self per 170.1 CCP
[20] Charge(s) amended to _____ [31] 170.6 CCP filed re: Judge _____ by [A] DA [B] Defense
[21] Ct(s). _____ deemed misd. per [A] 17b4 PC [B] 17b5 PC [32] Defendant advised of [A] PD reg fee [B] possible fee assessment for counsel

**BAIL/CUSTODIAL STATUS**     WARRANT [15] RECALLED     [18] remains out
**DEFENDANT** [1] REMANDED [2] RELEASED FROM CUSTODY [19] Bail set $ _____ [A] as set [20] NO BAIL
BAIL [3] forfeited [4] reinstated [5] exonerated     Bail [21] increased to $ _____ [22] reduced to $ _____
[6] Reassumption of liability filed [7] Bail reinstated and exonerated     Mtn. for [24] OR [25] Sup. OR [A] granted [B] denied [C] conditions attached
[8] Bench warrant to issue per _____ Bail $ _____ [26] OR [27] Sup. OR [A] reinstated [B] revoked [C] terminated [D] continued
[9] D.A. to prepare declaration & warrant [10] EXECUTION STAYED [28] Summary judgment extended to _____

**DEF. PLEADS** [1] Not Guilty [2] NGI [3] Not guilty plea w/drawn     **COURT FINDS** [19] factual basis for plea [20] admission [21] Def.
[4] Prior(s) denied [5] Enhancements/allegations denied     knowingly, intelligently, freely, voluntarily waives rights [22] Defendant guilty
Advised of [6] max. penalties [7] future consequences [8] understands & [23] People's motion to dismiss counts remaining at time of sentencing granted
waives each right [9] Defense Csl joins in waiver [10] TAHL waiver filed [24] Plea per 1192.5 PC [25] Fingerprint form filed
[11] GUILTY [12] NO CONTEST G/-F496(a)R [26] Defendant to be booked, fingerprinted, and released forthwith
[13] Priors _____ dated _____ [A] admitted [B] stricken [27] People recommend 1192.5 - Dismiss all trailing cases
[14] Prison Priors _____ dated _____ [A] admitted [B] stricken [28] Court indicates _____
[15] Enhancements _____ dated _____ [A] admitted [B] stricken
[16] Strikes _____ dated _____ [A] admitted [B] stricken [29] Def. enters [A] Arbuckle [B] Harvey waiver re: _____
[17] Spec. circumstances _____ [A] admitted [B] stricken [30] VC Priors _____ found constitutionally [A] valid [B] invalid
Def. stipulates to [8] factual basis for plea [A] probable cause for arrest [31] Motor vehicle used in the commission of a felony (for DMV reporting)

**PROBATION** [1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] VOP [D] NBRC [E] Post Sentence [F] Other
[7] Cont. to 5-11-06 9am Ctrm 4 [9] Report due 5-24-06 [10] Transcript due _____ [11] Prob. Report filed

**CALENDAR SETTINGS/WAIVERS**     DNA test [DNA1] ordered _____ [DNA2] Previously done     Qualifying offense _____
**DEFENDANT** [1] waives time to _____ [A] plus _____ days     **MOTION** [24] 1538.5 PC [25] 995 PC [26] 1050 PC [27] 1275 PC Bail Source
[2] does not waive time [3] withdraws time waiver     [28] Change Venue [29] Vacate judgment [30] Marsden [31] Other _____
Waives time for [4] sentencing [5] referral [6] prelim [A] 10 [B] 60 days     [A] Filed [B] Set _____ Ctrm _____ [C] HELD
[7] advised of right to prelim [8] waives same [9] People waive prelim     [D] granted [E] denied [F] taken under submission [G] withdrawn
_____ HELD     [33] Dr. _____ appointed to examine defendant
[10] Prelim. hrg. set _____ Ctrm _____ [A]
[11] The Complaint will be deemed the Information for all purposes     [34] Report due _____; appointment per _____
[12] Cert per 1368 PC for hrg. _____ Ctrm _____ [A]     **DEF:** [35] committed to [A] CDC for 90 day diagnostic per 1203.03 PC
[13] Proceeding suspended & case Certified to Juvenile Court     [B] CYA for 90 day observation per 707.2 W&I
[14] Cert. to Trial Dept. for hrg. _____ Ctrm _____ [A]     [36] found mentally [A] competent [B] incompetent [37] Refer to Mental Health
[15] Jury Trial set Vac 4-20-06 930 Ctrm 4 [A]     [38] committed to _____ State Hosp. [A] contested [B] uncontested
[16] Pretrial set _____ Ctrm _____ [A]     [39] If sentenced to prison, term would be _____ yrs/mos. Credits
[17] Readiness set Vac 4-14-06 930 Ctrm 4 [A]     **CRIMINAL PROCEEDINGS** [40] suspended [41] reinstated
[18] Hearing set _____ Ctrm _____ [A]     [42] Refer to Project Intercept - contact within 48 hrs. [43] Report filed
[19] Trial date confirmed _____ [20] Time estimate _____     [44] P.I. [45] NBRC on ct(s) _____ [A] accepted [B] denied [C] vacate
[21] VACATED _____     Terminate [46] successfully [47] unsuccessfully [A] P.I. [B] NBRC
[22] Criminal Protective Order [A] issued & filed [B] vacated [C] served     [48] Guilty plea for deferred entry of judgment on ct(s) _____
[23] Cont to _____ Ctrm _____     [49] Referral for HIV test per [A] 1524.5 PC [B] 1202.1 PC ordered & filed
     [50] Plea of guilty/conviction set aside [51] Case dismissed per 1203.4 PC
Bail transferred to [XFRS] SCR case [XFRM] MCR case     [52] Case [53] Cts. _____ DISMISSED [A] People's motion
     [54] _____ [55] Booking Fee     50R   123

ORIGINAL

Name ARIAS, Noe ORDONEZ  Page 2
Case SCR-479,120, S484409, SC460738, S474326, S478090, S481396, S483193, S483546
Date 4-7-06

## CONDITIONS OF SUPERVISED OWN RECOGNIZANCE RELEASE
### CONTACT PROBATION IMMEDIATELY UPON RELEASE

H3  ✓  Make all court appearance & appointments
H4  ✓  Report to your Probation Officer as directed or immediately upon release.  *Monday 4/10/06 @ 11 AM at SOR Office*
H2  ___  _____ meetings per week by _____
H5  ✓  Maintain a curfew as directed by the Probation Department
        ( ) of _____ p.m. to _____ a.m.
H20 ✓  Do not possess or use any alcohol
H21 ✓  controlled substances or associated paraphernalia without valid prescription.
H12 ✓  Do not contact victim directly or indirectly.  *Stay away from 18068 Myrtle Lane Boyes, CA.*
H63 ___  Do not be in the company of minors unless another responsible adult is present.
H11A ___ Do not molest, attack, strike, threaten, harass, stalk, sexually assault, or batter victim, and do not disturb victim's peace.
H19 ✓  Submit to random chemical tests.
H18 ✓  Submit to warrantless search and seizure of person, property, and vehicle at any time of the day or night.
H18A ✓ residence any time of the day or **reasonable** hour of the night by any Probation or Law Enforcement Officer.
H18B ___ residence **any** time of the day or night by any Probation or Law Enforcement Officer.
H25 ✓  Do not be in a place where alcohol is the primary item of sale (no bars or liquor stores).
H1  ✓  Commence and continue any education, counseling, or other rehabilitation program as directed by your Probation Officer.
H22 ✓  Do not own, possess, or use any firearms   H23 ✓ weapons   H23A ✓ ammunition
H10 ✓  Seek and maintain employment/education/training.
H50 ✓  Inform your Probation Officer as to your residence and employment.
H51 ✓  Inform your Probation Officer of your court dates.
H52 ___  Reside with/at _____.
H14 ✓  Be of good conduct and abide by all laws.
H27 ✓  Do not drive without valid California drivers license and insurance.
H54 ___  Do not congregate/frequent locations associated with gang members or wear gang attire/colors.
H64 ___  Take all medications as prescribed by treating physician.
H56 ___  Attend each scheduled appointment with treating physician.
H57 ___  Meet with mental health case manager as directed.
H58 ___  Attend CLC/Adult Day Treatment and/or other mental health support program as recommended by
H58A ___ treating physician/case manager.
H59 ___  Sign mental health, Alcohol Drug Treatment Services, and Probation release of information forms to facilitate communication.
H60 ___  If hospitalization is suggested/required by treating doctor/case manager, comply with request and remain in the hospital;
H60A ___ comply with all treatment recommendations until released by treating doctor.
H61 ___  Maintain satisfactory living arrangements as approved by treating physician/case manager.
H62 ___  Comply with all treatment recommendations by Mental Health staff.
H55 ✓  Defendant agrees to terms and conditions of Supervised Own Recognizance Release.

Additional conditions: _____

Defendant's Signature *Noe Ordonez*

Date: 4-7-06    Judge _____

CtClks-3 (Revised 3-10-2003)

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SONOMA

Case # SCR-479120  6   Date: 6/05/06   Time: 0900   Courtroom # 4   1st App: 2/15/2006

Judge: Rene A. Chouteau   Reporter: SB SB   Sworn Interpreter: _____ INT
Deputy D.A.: ACM   Clerk: CP   [I12] _____ Interpreter needed next date
PEOPLE VS. ARIAS, NOE ORDONEZ   [DE 1] Probation # 120360 [A32] Probation Officer present _____
[A] gives oral report to court

Charges: 1) F 496(a) PC

**N | NATURE OF PROCEEDINGS: PROBATION/CONDITIONAL SENTENCE ORDER   RPO/PRESENTENCE**

DEFENDANT [1] present [2] not present (3) present in custody [4] not present in custody [A] pro per [6] PD (9) Counsel _____ present

**O | BAIL/CUSTODY STATUS**   WARRANT [15] RECALLED [18] remains out
DEFENDANT [1] REMANDED [2] RELEASED FROM CUSTODY   [19] Bail set $_____ [20] NO BAIL
BAIL [3] forfeited [4] reinstated [5] exonerated   Bail [21] increased to _____ [22] reduced to _____
[6] Reassumption of liability filed [7] Bail reinstated & exonerated   Mtn. For [24] OR [25] Sup. OR [A] granted [B] denied [C] conditions attached
[8] Bench warrant to issue per _____ Bail $ _____   [26] OR [27] Sup. OR [A] reinstated [B] revoked [C] terminated [D] continued
[10] EXECUTION STAYED   [28] Summary judgment extended to _____

**Q | PROBATION** [1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] VOP [D] Restitution [E] Other _____
[3] Cont. To _____ Ctrm _____ [4] Report Due _____ [5] Transcript due _____ (6) Prob. Report filed
[7] PROBATION SUMMARILY REVOKED Defendant [8] Informed of right to VOP hrg [9] waives VOP hrg [10] Admits VOP [11] Denies VOP
[12] Vio. Probation hrg. set _____ Ctrm _____ [A] VOP hrg HELD [13] Court finds Defendant in Violation of Probation

**S | PROBATION/CONDITIONAL SENTENCE ORDER**   [E5] See PO Today [E6] Test Today
(1) Court has read & reviewed report(s) & other documents. Defendant waives formal arraignment (2) No legal cause why judgment should not be pronounced. [3] Defendant having been convicted, **COURT PRONOUNCES SENTENCE** [4] **Defendant sentenced**
(5) Imposition of sentence suspended [6] **STATE PRISON** [6A] Sentence modified [7] Sentence amended [8] Amended abstract to be prepared [9] Def. waives time for sentencing

| Case No. | Ct | Violation | F/M | Prior | Enhancement | Stayed | L/M/U | Cons | Conc | Base Term | Total Term |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

[10] Execution of sentence suspended   TOTAL AGGREGATE TERM: _____
[11] Ct(s) _____ is/are principal term [12] all but 1/3 the midterm of Ct(s) _____ stayed [13] Circumstances balanced
[14] Mitigation factors outweigh those in aggravation [15] Aggravation factors outweigh those in mitigation [16] Stated on the record
[17] Defendant advised regarding [A] appellate rights [B] parole rights **CRIMINAL PROCEEDINGS** [18] suspended [19] reinstated

**G**
[4] CONDITIONAL SENTENCE   (5) FORMAL PROBATION   [6] SENTENCE MODIFIED   [2] PROBATION DENIED
(A) Granted 36 mos. [7] Extended _____ mos. [A] from today's date [B] to _____ [8] Modified [9] Revoked [10] Reinstated
Convert to [11] formal probation [12] conditional sentence [A] upon _____
To [17] terminate [13] successfully [14] unsuccessfully [A] upon payment of fine [B] upon completion of jail time [C] On date: _____
[15] Terminated [A] successfully [B] unsuccessfully   [16] All other terms & conditions remain in full force & effect

**T**
[1] Defendant may be released to _____ for placement in a residential treatment program if/when bed space becomes available.
[A] Prior to completion of sentence   [B] After completion of sentence
[C] Remain in custody until bed space becomes available
(3) Participate/complete residential drug rehabilitation program and do not leave without prior written consent of P.O./Program Director
[4] Although not a condition of probation, defendant **waives all custody credits** [A] while in residential treatment program
[B] while awaiting placement   [C] _____ previously served
[D] towards time in any penal institution
[5] Defendant waives time previously served _____
[6] Defendant enters Johnson Waiver
(7) Participate/complete programs of assistance & counseling as directed by Prob. Officer (A) not to leave without prior written consent
(8) Complete 40 hrs. work thru Sonoma Co. Volunteer Center as directed by _____ [A] vacated [B] in lieu of _____ [C] Contact by _____

Do not [9] harm, harass, or annoy victim [A] molest, attack, strike, stalk, threaten, sexually assault, batter, & do not disturb victim's peace
Do not contact either directly or indirectly [10] victim [11] co-defendant(s)
[12] any minors [13] Abide by any protective orders [14A] CPO issued & filed
[14] CPO vacated [15] Do not congregate/frequent locations or associate with gang members, wear gang attire or colors, or possess gang paraphernalia
[16] Register per [A] 290 PC [B] 11590 H&S [C] 457.1 PC [D] 186.30(a) PC
(17) Provide two blood & saliva samples per 296 PC for DNA testing
(18) **Defendant to submit to warrantless search & seizure of**
   (A) person, property, personal business, vehicle any time of day or night
   (B) residence any time of day or reasonable hour of night by any Probation or Law Enforcement Officer
[19] Motion for New Trial set _____ Ctrm _____ [A] HELD
   [B] granted [C] denied
[20] Cont. to _____ Ctrm. _____
for _____

FELONY PROBATION/CONDITIONAL SENTENCE (PAGE 1)   ✓ SEE NEXT PAGE

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

COURT FILE COPY

Case # SCR-479120         Date: 6/05/2006         PAGE 2

PEOPLE VS. ARIAS, NOE ORDONEZ         [DE 1]

[T] - Continued  [21] Submit to random chemical tests
(22) **Do not possess or use any** (A) **alcohol** (B) **controlled substances or associated paraphernalia** without valid prescription.
(23) Stay out of places where alcohol is the primary item of sale
[24] Complete Drug Abuse & HIV Epidemic course [A] HIV test ordered
[25] Do not drive without California license & insurance in effect
[26] FODDP referral [A] vacated [27] MODDP referral [A] vacated
[28] Enroll within 21 days & complete as directed
[29] MODDP re-referral [30] DL-104 2nd offender re-referral
[31] Referred to Orenda Center for Alcohol/Other Drug Assessment Program w/in 30 days & pay $100 assessment fee
[H33B] Court orders DMV **not** to issue a restricted license
License [H33] suspended per DMV regulations [H33A] surrendered to Court
[35] **Interlock** [A] advisement given [B] to be installed [C] waived, not in the Interest of Justice
[36] DL-309 - Habitual Traf. Offender [37] DL-310 - Verbal suspension ntc

**DUI Conviction involves** [38] Commercial vehicle [39] HAZMAT
[40] Corrected abstract [41] Declaration per 23212 & 23103.5 VC filed
[43] **Motor vehicle used in commission of a felony** (for DMV reporting)
[44] Not accept a job handling checks and/or cash without first advising employer of this conviction [A] Not open any checking account [B] Not possess any check not payable to defendant
[45] Seek/maintain employment or enroll in educational program
(46) **Do not own, possess, have under custody or control** any firearms or ammunition per Federal & State law. [47] Possess **NO** weapons
[48] **Be of good conduct & obey all laws.**
[49] Do not own or possess cellular phone, scanner, or pager without written permission of Probation Officer
(50) Defendant ordered to report to Probation Dept. by [A] _____ (B) within 2 working days of release from custody
SEE STANDARD PROBATION TERMS ON REVERSE SIDE

[U] **FINE AND FEE SECTION**
[1] $ _____ Alcohol Prevention program fee
[2] $ _____ Drug Prevention program fee
[3] $ _____ Habitual Offender fine per 290.3 PC
[4] $ _____ Domestic Violence fund per 1203.097 PC
[5] $ _____ Restitution per 1214(b), deemed civil judgement
[6] $ _____ Restitution per 1203(j), deemed civil judgement
(7) $ 660- Restitution fine per (A) 1202.4(a)(3)(b) [B] 294 PC [C] 1202.4 PC [D] stayed pending successful completion of probation per 1202.4 PC (E) which includes a 10% Administration fee
[8] $ 660 Restitution fine per 1202.45 PC, suspended unless parole is revoked
(8A) $ 660. Restitution fine per 1202.44 PC, suspended unless probation is revoked.
(9) $ 325. Report preparation fee (not a condition of probation)
(10) $ 250. Probation supervision fee (not a condition of probation)
[11] $ _____ Court Costs [12] $ _____ FTA Fine

(13) Fine $ 20.- ( _____ + _____ ) PA
Note: Fine includes Court Security Fee
[14] Previous balance $ _____
[15] Vacate $ _____
[16] Suspend $ _____

(34) Booking Fee $ 123 BFE

Payable [17] by _____ [18] at $ _____ per mo. beginning _____ [19] as directed by Probation Officer
plus processing fee thru [A] **Probation Dept** (if formal) [B] **Clerk's Office** (if conditional)
**Restitution** [20] in an amount & manner to be determined by the Probation Dept [A] issue reserved [B] jointly & severally liable with co-defendant(s)
[21] $ _____ [22] at $ _____ per mo. beginning _____ [23] as directed by Probation Officer [24] **10% Administrative fee will be assessed**
[25] Defendant advised of right to restitution hearing per 1214 PC (Cervantes) within 90 days
[26] Remaining balance of restitution deemed a civil judgement upon completion of probation
[27] Remaining fines/fees are [A] referred to Central Collections [B] vacated
[28] All fines, fees, &/or restitution to be paid as directed by Probation
[29] $ _____ fee per 987.8 PC for [A] Appointed Counsel [B] Public Defender payable through Central Collections
[30] Cts. _____ **DISMISSED** [A] People's motion [31] Plea of guilty/conviction set aside [32] Case dismissed per 1203.4 PC
DNA test[DNA1] ordered _____ [DNA2] previously done   Qualifying offense _____

_If deported, file written report every 30 days - report upon returning to U.S._

[M] **JAIL SECTION** (1) Defendant sentenced to serve 6 months _____ in Sonoma County Jail [X] in any penal institution
[X] **All but** _____ suspended [X] Consecutive to [X] Concurrent with _____
[X] Jail time of _____ suspended [X] With credit for time served (CTS) of 139 days ( 95 actual + 44 conduct)
[X] Stayed to _____ by _____ p.m. [X] Surrender to NCDF [X] forthwith [X] previously imposed [X] Defendant given credit for time served
Refer to [X] Work release - contact within 10 days [X] Work furlough [X] Supervised Electronic Confinement [X] consecutive 48 hour periods
[X] Day for day credits allowed while in residential treatment program [X] Release to program representative when bed space becomes available
[21] Sentenced to jail time on _____ cases this date [X] Jail alternative programs denied [X] Jail to calculate credits

Defendant's Signature _Noe Arias_         Phone 707-935-7650
Address: 140 North ___ Ave
City: Sonoma   State: Ca   Zip: 95476   JUDGE _____

FELONY PROBATION/CONDITIONAL SENTENCE (PAGE 2)

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SONOMA

Case # SCR-479120   6   Date: 10/02/06  Time: 0900   Courtroom # 4   1st App: 2/15/2006

Judge: Rene A. Chouteau    Reporter: S STANDISH    Sworn Interpreter: _____ INT
Deputy D.A.: A. McMahon    Clerk: BRENDA WESSON    [12] _____ Interpreter needed next date
PEOPLE VS.                  [DE 1] Probation # 120360 [A32] Probation Officer present
ARIAS, NOE ORDONEZ                                    [A] gives oral report to court  Dewitt
Charges: 1) F 496(a) PC

| N | NATURE OF PROCEEDINGS: PROBATION/CONDITIONAL SENTENCE ORDER   RPO RE VOP |

**DEFENDANT** [1] **present** [2] not present [3] **present in custody** [4] not present in custody [A] pro per [6] **PD** [9] Counsel _____ present

| O | BAIL/CUSTODY STATUS |

**DEFENDANT** [1] **REMANDED** [2] **RELEASED FROM CUSTODY**          **WARRANT** [15] **RECALLED** [18] remains out
**BAIL**  [3] forfeited  [4] reinstated  [5] exonerated                [19] Bail set $_____  [20] **NO BAIL**
[6] Reassumption of liability filed [7] Bail reinstated & exonerated   **Bail** [21] **increased to** _____ [22] **reduced to** _____
[8] Bench warrant to issue per_____ Bail $_____                    Mtn. For [24] **OR** [25] **Sup. OR** [A] granted [B] denied [C] conditions attached
[10] **EXECUTION STAYED**                                              [26] **OR** [27] **Sup. OR** [A] reinstated [B] revoked [C] terminated [D] continued
                                                                       [28] Summary judgment extended to _____

| Q | **PROBATION** [1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] **VOP** [D] Restitution [E] Other _____ |

[3] Cont. To 10/30 0830 Ctrm 4 [4] Report Due 10/23 [5] Transcript due _____ [6] Prob. Report filed
[7] **PROBATION SUMMARILY REVOKED** Defendant [8] Informed of right to VOP hrg [9] waives VOP hrg [10] **Admits VOP** [11] **Denies VOP**
[12] Vio. Probation hrg. set _____ Ctrm _____ [A] VOP hrg **HELD** [13] **Court finds Defendant in Violation of Probation**

| S | **PROBATION/CONDITIONAL SENTENCE ORDER**   [E5] See PO Today [E6] Test Today |

[1] Court has read & reviewed report(s) & other documents. Defendant waives formal arraignment. [2] No legal cause why judgment should not be pronounced. [3] Defendant having been convicted, **COURT PRONOUNCES SENTENCE** [4] **Defendant sentenced**
[5] Imposition of sentence suspended [6] **STATE PRISON** [6A] Sentence modified [7] Sentence amended [8] Amended abstract to be prepared [9] Def. waives time for sentencing                           SCR-494163

| Case No. | Ct | Violation | F/M | Prior | Enhancement | Stayed | L/M/U | Cons | Conc | Base Term | Total Term |
|----------|----|-----------|-----|-------|-------------|--------|-------|------|------|-----------|------------|
|          |    |           |     |       |             |        |       |      |      |           |            |
|          |    |           |     |       |             |        |       |      |      |           |            |
|          |    |           |     |       |             |        |       |      |      |           |            |
|          |    |           |     |       |             |        |       |      |      |           |            |
|          |    |           |     |       |             |        |       |      |      |           |            |

[10] Execution of sentence suspended                              **TOTAL AGGREGATE TERM:** _____
[11] Ct(s) _____ is/are principal term [12] all but 1/3 the midterm of Ct(s) _____ stayed [13] Circumstances balanced
[14] Mitigation factors outweigh those in aggravation [15] Aggravation factors outweigh those in mitigation [16] Stated on the record
[17] Defendant advised regarding [A] appellate rights [B] parole rights **CRIMINAL PROCEEDINGS** [18] suspended [19] reinstated

| G | xxxxxxxxxxxxxxxxxxxx          Revoked Summ on 8/22/2006 |

[4] **CONDITIONAL SENTENCE**  [5] **FORMAL PROBATION**  [6] **SENTENCE MODIFIED**  [2] **PROBATION DENIED**
   [A] **Granted** _____ mos. [7] **Extended** _____ mos. [A] from today's date [B] to _____ [8] **Modified** [9] **Revoked** [10] **Reinstated**
**Convert to** [11] formal probation [12] conditional sentence [A] upon _____
**To** [17] **terminate** [13] successfully [14] unsuccessfully [A] upon payment of fine [B] upon completion of jail time [C] On date: _____
[15] **Terminated** [A] successfully [B] unsuccessfully         [16] All other terms & conditions remain in full force & effect

| T |

[1] Defendant may be released to _____ for placement in a              **Do not** [9] harm, harass, or annoy victim [A] molest, attack, strike
residential treatment program if/when bed space becomes available.        stalk, threaten, sexually assault, batter, & do not disturb victim's peace
[A] Prior to completion of sentence  [B] After completion of sentence    **Do not contact** either directly or indirectly [10] victim [11] co-defendant(s)
[C] Remain in custody until bed space becomes available                  [12] any minors [13] Abide by any protective orders [14A] CPO issued & filed
[3] Participate/complete residential drug rehabilitation program and do  [14] CPO vacated [15] Do not congregate/frequent locations or associate with
    not leave without prior written consent of P.O./Program Director      gang members, wear gang attire or colors, or possess gang paraphernalia
[4] Although not a condition of probation, defendant **waives all custody** [16] Register per [A] 290 PC [B] 11590 H&S [C] 457.1 PC [D] 186.30(a) PC
    **credits** [A] while in residential treatment program               [17] Provide two blood & saliva samples per 296 PC for DNA testing
[B] while awaiting placement [C] _____ previously served               [18] **Defendant to submit to warrantless search & seizure of**
[D] towards time in any penal institution                                    [A] person, property, personal business, vehicle any time of day or night
[5] Defendant waives time previously served _____                          [B] residence any time of day or reasonable hour of night by any
[6] Defendant enters Johnson Waiver                                          Probation or Law Enforcement Officer
[7] Participate/complete programs of assistance & counseling as directed [19] Motion for New Trial set _____ Ctrm _____ [A] **HELD**
    by Prob. Officer [A] not to leave without prior written consent          [B] granted [C] denied
[8] Complete _____ hrs. work thru Sonoma Co. Volunteer Center as directed [20] Cont. to _____ Ctrm. _____
    by _____ [A] vacated [B] in lieu of _____ [C] Contact by              for _____

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SONOMA**
COURT FILE COPY

Case # SCR-479120                Date: 10/02/2006                PAGE 2

PEOPLE VS. ARIAS, NOE ORDONEZ    [DE 1]

| T | - Continued [21] Submit to random chemical tests |

[22] **Do not possess or use any** [A] alcohol [B] controlled substances or associated paraphernalia without valid prescription.
[23] Stay out of places where alcohol is the primary item of sale
[24] Complete Drug Abuse & HIV Epidemic course [A] HIV test ordered
[25] Do not drive without California license & insurance in effect
[26] FODDP referral [A] vacated [27] MODDP referral [A] vacated
[28] Enroll within 21 days & complete as directed
[29] MODDP re-referral [30] DL-104 2nd offender re-referral
[31] Referred to Orenda Center for Alcohol/Other Drug Assessment Program w/in 30 days & pay $100 assessment fee
[H33B] Court orders DMV **not** to issue a restricted license
License [H33] suspended per DMV regulations [H33A] surrendered to Court
[35] **Interlock** [A] advisement given [B] to be installed [C] waived, not in the Interest of Justice
[36] DL-309 - Habitual Traf. Offender [37] DL-310 - Verbal suspension ntc

**DUI Conviction involves** [38] Commercial vehicle [39] HAZMAT
[40] Corrected abstract [41] Declaration per 23212 & 23103.5 VC filed
[43] **Motor vehicle used in commission of a felony** (for DMV reporting)
[44] Not accept a job handling checks and/or cash without first advising employer of this conviction [A] Not open any checking account [B] Not possess any check not payable to defendant
[45] Seek/maintain employment or enroll in educational program
[46] **Do not own, possess, have under custody or control** any firearms or ammunition per Federal & State law. [47] Possess **NO** weapons
[48] **Be of good conduct & obey all laws.**
[49] Do not own or possess cellular phone, scanner, or pager without written permission of Probation Officer
[50] Defendant ordered to report to Probation Dept. by [A] _____
[B] within 2 working days of release from custody
SEE STANDARD PROBATION TERMS ON REVERSE SIDE

| U | **FINE AND FEE SECTION** |

[1] $ _____ Alcohol Prevention program fee
[2] $ _____ Drug Prevention program fee
[3] $ _____ Habitual Offender fine per 290.3 PC
[4] $ _____ Domestic Violence fund per 1203.097 PC
[5] $ _____ Restitution per 1214(b), deemed civil judgement
[6] $ _____ Restitution per 1203(j), deemed civil judgement
[7] $ _____ Restitution fine per [A] 1202.4(a)(3)(b) [B] 294 PC [C] 1202.4 PC [D] stayed pending successful completion of probation per 1202.4 PC [E] which includes a 10% Administration fee
[8] $ _____ Restitution fine per 1202.45 PC, suspended unless parole is revoked
[8A] $ _____ Restitution fine per 1202.44 PC, suspended unless probation is revoked.
[9] $ _____ Report preparation fee (not a condition of probation)
[10] $ _____ Probation supervision fee (not a condition of probation)
[11] $ _____ Court Costs [12] $ _____ FTA Fine
[13] Fine $ _____ ( _____ + _____ PA)
Note: Fine includes Court Security Fee
[14] Previous balance $ _____
[15] Vacate $ _____
[16] Suspend $ _____

In Re: SCR 494163

**Payable** [17] by _____ [18] at $ _____ per mo. beginning _____ [19] as directed by Probation Officer
plus processing fee thru [A] **Probation Dept** (if formal) [B] **Clerk's Office** (if conditional)
Restitution [20] in an amount & manner to be determined by the Probation Dept [A] issue reserved [B] jointly & severally liable with co-defendant(s)
[21] $ _____ [22] at $ _____ per mo. beginning _____ [23] as directed by Probation Officer [24] **10% Administrative fee will be assessed**
[25] Defendant advised of right to restitution hearing per 1214 PC (Cervantes) within 90 days
[26] Remaining balance of restitution deemed a civil judgement upon completion of probation
[27] Remaining fines/fees are [A] referred to Central Collections [B] vacated
[28] All fines, fees, &/or restitution to be paid as directed by Probation
[29] $ _____ fee per 987.8 PC for [A] Appointed Counsel [B] Public Defender payable through Central Collections
[30] Cts. _____ DISMISSED    [A] People's motion [31] Plea of guilty/conviction set aside [32] Case dismissed per 1203.4 PC
DNA test[DNA1] ordered _____ [DNA2] previously done   Qualifying offense _____

_Vacate all previous fines & fees._

| M | **JAIL SECTION** | [1] Defendant sentenced to serve _6 months in addition to any time served_ in Sonoma County Jail [X] in any penal institution

[X] **All but** _____ suspended [X] Consecutive to [X] Concurrent with _____
[X] Jail time of _____ suspended [ ] With credit for time served (CTS) of _____ days ( _____ actual + _____ conduct)
[X] Stayed to _____ by _____ p.m. [X] Surrender to NCDF [X] forthwith [X] previously imposed [X] Defendant given credit for time served
Refer to [X] Work release - contact within 10 days [X] Work furlough [X] Supervised Electronic Confinement [X] consecutive 48 hour periods
[X] Day for day credits allowed while in residential treatment program [X] Release to program representative when bed space becomes available
[21] Sentenced to jail time on _2_ cases this date [X] Jail alternative programs denied [X] Jail to calculate credits

Defendant's Signature _Noe Arias_                                     Phone _707-935-7658_
Address: _140 Northside_
City: _Sonoma_          State _CA_ Zip _95476_    JUDGE _____

**FELONY PROBATION/CONDITIONAL SENTENCE (PAGE 2)**

COURT FILE COPY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

Case # SCR-479120  Date: 10/30/06  Time: 0830  Courtroom # 4  1st App: 2/15/200_
Judge: Rene A. Chouteau  Reporter: S STANDISH  Sworn Interpreter: _____ INT
Deputy D.A.: A. McMahon  Clerk: BRENDA WESSON  [12] _____ Interpreter needed next date
PEOPLE VS. ARIAS, NOE ORDONEZ  [DE 1] Probation # 120360 [A32] Probation Officer present ✓
  [A] gives oral report to court DeWitt
Charges: 1) F 496(a) PC

| N | NATURE OF PROCEEDINGS: PROBATION/CONDITIONAL SENTENCE ORDER RPO/RESTITUTION |
|---|---|

DEFENDANT [1] present [2] not present [3] present in custody [4] not present in custody [A] pro per [6] PD [9] Counsel _____ present

| O | BAIL/CUSTODY STATUS |
|---|---|

DEFENDANT [1] REMANDED [2] RELEASED FROM CUSTODY        WARRANT [15] RECALLED [18] remains out
BAIL  [3] forfeited  [4] reinstated  [5] exonerated     [19] Bail set $_____ [20] NO BAIL
[6] Reassumption of liability filed [7] Bail reinstated & exonerated   Bail [21] increased to _____ [22] reduced to _____
[8] Bench warrant to issue per_____ Bail $_____       Mtn. For [24] OR [25] Sup. OR [A] granted [B] denied [C] conditions attached
[10] EXECUTION STAYED                                    [26] OR [27] Sup. OR [A] reinstated [B] revoked [C] terminated [D] continued
                                                         [28] Summary judgment extended to _____

| Q | PROBATION [1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] VOP [D] Restitution [E] Other _____ |
|---|---|

[3] Cont. To _____ Ctrm _____ [4] Report Due _____ [5] Transcript due _____ [6] Prob. Report filed
[7] PROBATION SUMMARILY REVOKED Defendant [8] Informed of right to VOP hrg [9] waives VOP hrg [10] Admits VOP [11] Denies VOP
[12] Vio. Probation hrg. set _____ Ctrm _____ [A] VOP hrg HELD [13] Court finds Defendant in Violation of Probation

| S | PROBATION/CONDITIONAL SENTENCE ORDER | [E5] See PO Today [E6] Test Today |
|---|---|---|

[1] Court has read & reviewed report(s) & other documents. Defendant waives formal arraignment. [2] No legal cause why judgment should not be pronounced. [3] Defendant having been convicted, COURT PRONOUNCES SENTENCE [4] Defendant sentenced
[5] Imposition of sentence suspended [6] STATE PRISON [6A] Sentence modified [7] Sentence amended [8] Amended abstract to be prepared [9] Def. waives time for sentencing

| Case No. | Ct | Violation | F/M | Prior | Enhancement | Stayed | L/M/U | Cons | Conc | Base Term | Total Term |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Court orders def to pay $1000 to Vict Comp. Board. | | | | | | | | | | | |

[10] Execution of sentence suspended                    TOTAL AGGREGATE TERM: _____
[11] Ct(s) _____ is/are principal term [12] all but 1/3 the midterm of Ct(s) _____ stayed [13] Circumstances balanced
[14] Mitigation factors outweigh those in aggravation [15] Aggravation factors outweigh those in mitigation [16] Stated on the record
[17] Defendant advised regarding [A] appellate rights [B] parole rights CRIMINAL PROCEEDINGS [18] suspended [19] reinstated

| G | Reinstated, to Terminate 7/16/2009 |
|---|---|

[4] ~~CONDITIONAL SENTENCE~~  [5] FORMAL PROBATION  [6] SENTENCE MODIFIED  [2] PROBATION DENIED
[A] Granted _____ mos. [7] Extended _____ mos. [A] from today's date [B] to _____ [8] Modified [9] Revoked [10] Reinstated
Convert to [11] formal probation [12] conditional sentence [A] upon _____
To [17] terminate [13] successfully [14] unsuccessfully [A] upon payment of fine [B] upon completion of jail time [C] On date: _____
[15] Terminated [A] successfully [B] unsuccessfully    [16] All other terms & conditions remain in full force & effect

| T | |
|---|---|

[1] Defendant may be released to _____ for placement in a        Do not [9] harm, harass, or annoy victim [A] molest, attack, strike
  residential treatment program if/when bed space becomes available.  stalk, threaten, sexually assault, batter, & do not disturb victim's peace
[A] Prior to completion of sentence  [B] After completion of sentence  Do not contact either directly or indirectly [10] victim [11] co-defendant(s)
[C] Remain in custody until bed space becomes available           [12] any minors [13] Abide by any protective orders [14A] CPO issued & filed
[3] Participate/complete residential drug rehabilitation program and do  [14] CPO vacated [15] Do not congregate/frequent locations or associate with
  not leave without prior written consent of P.O./Program Director    gang members, wear gang attire or colors, or possess gang paraphernalia
[4] Although not a condition of probation, defendant waives all custody  [16] Register per [A] 290 PC [B] 11590 H&S [C] 457.1 PC [D] 186.30(a) PC
  credits [A] while in residential treatment program                [17] Provide two blood & saliva samples per 296 PC for DNA testing
[B] while awaiting placement  [C] _____ previously served          [18] Defendant to submit to warrantless search & seizure of
[D] towards time in any penal institution                             [A] person, property, personal business, vehicle any time of day or night
[5] Defendant waives time previously served _____                    [B] residence any time of day or reasonable hour of night by any
[6] Defendant enters Johnson Waiver                                     Probation or Law Enforcement Officer
[7] Participate/complete programs of assistance & counseling as directed  [19] Motion for New Trial set _____ Ctrm. _____ [A] HELD
  by Prob. Officer [A] not to leave without prior written consent    [B] granted [C] denied
[8] Complete _____ hrs. work thru Sonoma Co. Volunteer Center as directed  [20] Cont. to _____ Ctrm.
  by _____ [A] vacated [B] in lieu of _____ [C] Contact by _____    for _____

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

COURT FILE COPY

Case # SCR-479120　　　　　　　　　Date: 10/30/2006　　　　　　　　PAGE 2

PEOPLE VS. ARIAS, NOE ORDONEZ　　　　[DE 1]

| T | - Continued　[21] Submit to random chemical tests

[22] **Do not possess or use any** [A] alcohol [B] controlled substances or associated paraphernalia without valid prescription.
[23] Stay out of places where alcohol is the primary item of sale
[24] Complete Drug Abuse & HIV Epidemic course [A] HIV test ordered
[25] Do not drive without California license & insurance in effect
[26] FODDP referral [A] vacated [27] MODDP referral [A] vacated
[28] Enroll within 21 days & complete as directed
[29] MODDP re-referral [30] DL-104 2nd offender re-referral
[31] Referred to Orenda Center for Alcohol/Other Drug Assessment Program w/in 30 days & pay $100 assessment fee
[H33B] Court orders DMV **not** to issue a restricted license
License [H33] suspended per DMV regulations [H33A] surrendered to Court
[35] **Interlock** [A] advisement given [B] to be installed [C] waived, not in the Interest of Justice
[36] DL-309 - Habitual Traf. Offender [37] DL-310 - Verbal suspension ntc

**DUI Conviction involves** [38] Commercial vehicle [39] HAZMAT
[40] Corrected abstract [41] Declaration per 23212 & 23103.5 VC filed
[43] **Motor vehicle used in commission of a felony** (for DMV reporting)
[44] Not accept a job handling checks and/or cash without first advising employer of this conviction [A] Not open any checking account [B] Not possess any check not payable to defendant
[45] Seek/maintain employment or enroll in educational program
[46] **Do not own, possess, have under custody or control** any firearms or ammunition per Federal & State law. [47] Possess **NO** weapons
[48] **Be of good conduct & obey all laws.**
[49] Do not own or possess cellular phone, scanner, or pager without written permission of Probation Officer
[50] Defendant ordered to report to Probation Dept. by [A] _____
[B] within 2 working days of release from custody
　　　SEE STANDARD PROBATION TERMS ON REVERSE SIDE

| U | **FINE AND FEE SECTION**

[1] $ _____ Alcohol Prevention program fee
[2] $ _____ Drug Prevention program fee
[3] $ _____ Habitual Offender fine per 290.3 PC
[4] $ _____ Domestic Violence fund per 1203.097 PC
[5] $ _____ Restitution per 1214(b), deemed civil judgement
[6] $ _____ Restitution per 1203(j), deemed civil judgement
[7] $ _____ Restitution fine per [A] 1202.4(a)(3)(b) [B] 294 PC [C] 1202.4 PC [D] stayed pending successful completion of probation per 1202.4 PC
　　　[E] which includes a 10% Administration fee
[8] $ _____ Restitution fine per 1202.45 PC, suspended unless parole is revoked
[8A] $ _____ Restitution fine per 1202.44 PC, suspended unless probation is revoked. of $600 to
[9] $ _____ Report preparation fee (not a condition of probation)　　　Vict. Comp. Board.
[10] $ _____ Probation supervision fee (not a condition of probation)
[11] $ _____ Court Costs [12] $ _____ FTA Fine
[13] **Fine** $ _____ ( _____ + _____ PA)
　　Note: Fine includes Court Security Fee
[14] Previous balance $ _____
[15] Vacate $ _____
[16] Suspend $ _____

Payable [17] by _____ [18] at $ _____ per mo. beginning _____ [19] as directed by Probation Officer
plus processing fee thru [A] **Probation Dept** (if formal) [B] **Clerk's Office** (if conditional)
Restitution [20] in an amount & manner to be determined by the Probation Dept [A] issue reserved [B] jointly & severally liable with co-defendant(s)
[21] $ _____ [22] at $ _____ per mo. beginning _____ [23] as directed by Probation Officer [24] **10% Administrative fee will be assessed**
[25] Defendant advised of right to restitution hearing per 1214 PC (Cervantes) within 90 days
[26] Remaining balance of restitution deemed a civil judgement upon completion of probation
[27] Remaining fines/fees are [A] referred to Central Collections [B] vacated
[28] All fines, fees, &/or restitution to be paid as directed by Probation
[29] $ _____ fee per 987.8 PC for [A] Appointed Counsel [B] Public Defender payable through Central Collections
[30] Cts. _____ **DISMISSED** [A] People's motion [31] Plea of guilty/conviction set aside [32] Case dismissed per 1203.4 PC
DNA test [DNA1] ordered _____ [DNA2] previously done   Qualifying offense _____

| M | **JAIL SECTION**　[1] Defendant sentenced to serve _____
_____ in Sonoma County Jail [X] in any penal institution
[X] All but _____ suspended [X] Consecutive to [X] Concurrent with _____
[X] Jail time of _____ suspended [ ] With credit for time served (CTS) of _____ days ( _____ actual + _____ conduct)
[X] Stayed to _____ by _____ p.m. [X] Surrender to NCDF [X] forthwith [X] previously imposed [X] Defendant given credit for time served
Refer to [X] Work release - contact within 10 days [X] Work furlough [X] Supervised Electronic Confinement [X] consecutive 48 hour periods
[X] Day for day credits allowed while in residential treatment program [X] Release to program representative when bed space becomes available
[21] Sentenced to jail time on _____ cases this date [X] Jail alternative programs denied [X] Jail to calculate credits

Defendant's Signature _Noe Arias Ordonez_　　　Phone _707-___  227-5289_
Address: _HO PO Box 1060 Boys Hot Springs_
City: _Sonoma_　　　State _Ca_　Zip _95476_　JUDGE _____

　　　　　FELONY PROBATION/CONDITIONAL SENTENCE (PAGE 2)