# EXHIBIT 6

************************************************************

**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SONOMA**
**WARRANT FOR CONTEMPT OF COURT ON FELONY**

************************************************************

The People of the State of California vs.

| | |
|---|---|
| Defendant Name: ARIAS,NOE ORDONEZ | Control Number: 5354804 |
| Address: 145 5TH ST W | Case Number: SCR-521772 |
| SONOMA CA 95476 | Original Agency #: SCY-071022036 |
| Other: | Violation Date: 10/25/2007 |
| DOB: 02/10/1981 | |
| DLN: B6301052  CA | |

| Class | Code | Section | Description |
|---|---|---|---|
| F | PC | 12021(a)(1) | FELON/ETC POSS FIREARM |
| F | PC | 12021(a)(1) | FELON/ETC POSS FIREARM |
| F | PC | 12021(a)(1) | FELON/ETC POSS FIREARM |
| F | PC | 12021(a)(1) | FELON/ETC POSS FIREARM |
| F | PC | 12316(b)(1) | PROHIBTD OWN/ETC AMMO/ETC |
| F | HS | 11350(a) | POSSESS NARCOTIC CNTL SUB |

The People of the State of California, to any peace officer of this state:
The above named and described defendant was convicted in this court of the offense set forth above; or an order was issued; or an accusation was filed charging the defendant with the offense set forth above and the above named defendant subsequently failed to obey the order of the court or other requirements of law, to wit : CONTEMPT OF COURT
You are ordered to arrest the defendant forthwith and bring him before me, or in the case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

DEFENDANT TO BE ADMITTED TO BAIL in the FULL amount of      *     $20,000     *
BAIL MAY NOT BE FORFEITED
MAY BE SERVED ANYTIME
DO NOT CITE

_____                                 11/02/2007
Rene A. Chouteau                                                Issue Date
Issuing Department: COURTROOM 4

Remarks: