# EXHIBIT 4

*E071025-026*

```
SCR-521772    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page   1
                        CRIMINAL DOCKET       Printed  6/09/2008   12:12
```

<u>Docket of</u>
DE 1    ARIAS,NOE ORDONEZ                        Offense Date: 10/25/2007
DOB 02/10/1981 DLN CA B6301052                   DA #: DAR-562878

   <u>Filed Charges</u>
   F PC 12021(a)(1) 4 Counts Pending      F PC 12316(b)(1) Pending
   F HS 11350(a) Pending

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT          Agency #: SCY-071022036
Box Number:                                             DA Location:
================================================================================

<u>10/25/2007 DE 1</u>
   ADDED TO CALENDAR BY JAIL - 10/26/2007 at 8:30am 4, ON VIEW

<u>10/26/2007 DE 1    Courtroom Minutes of Department 4</u>

   HON: Rene A. Chouteau  DDA: Victoria I. Shanahan  REP: S STANDISH  CLK: BW
   Defendant present in custody
   Complaint/Information not filed, continued for filing
   Bail set at $10000
   CONTINUED TO - 10/29/2007 at 8:30am 4, COMPLAINT TO BE FILED,
    ARRAIGNMENT, PLEA, APPOINT COUNSEL
   To file complaint, arraignment, plea, counsel

<u>10/29/2007 DE 1    Courtroom Minutes of Department 4</u>

   HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: KLK
    INT: GENEVIEVE NAVAR - SPAN/FRENCH
   Defendant present in custody
   Complaint/Information not filed, continued for filing
   Release from Custody on this matter
   CONTINUED TO - 11/02/2007 at 8:30am 4, COMPLAINT TO BE FILED

<u>11/02/2007 DE 1    Courtroom Minutes of Department 4</u>

   HON: Rene A. Chouteau  DDA: ROBERT J.WANER  REP: S STANDISH  CLK: BW
   Defendant not present
   COMPLAINT FILED
   F PC 12021(a)(1) 2 Counts
   Bench Warrant to issue for $20,000
   B/W #5354804 issued in the amount of $20,000 for Contempt for
   Failure to Appear

        *****   End of Docket   *****

**001**

```
SCR-494163      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page   1
                          CRIMINAL DOCKET        Printed  6/09/2008  12:12
```

Docket of
```
 DE 1     ARIAS,NOE ORDONEZ                       Offense Date: 08/18/2006
 DOB 02/10/1981 DLN CA B6301052                   DA #: DAR-535463
```

Filed Charges
```
   F PC 459 Dismissed                 M PC 602.5(a) Convicted
   M PC 148(a)(1) Convicted
```

```
Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT        Agency #: SCY-060818025
Box Number:                                           DA Location: 12766
```
===============================================================================

08/18/2006 DE 1
```
    ADDED TO CALENDAR BY JAIL - 08/22/2006 at 8:30am 4, ON VIEW
```

08/22/2006 DE 1     Courtroom Minutes of Department 4

```
    HON: L.G. ANTOLINI  DDA: Rosanne Darling  REP: VB[  CLK: KLK
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Public Defender appointed
    COMPLAINT FILED
    F PC 459                         M PC 602.5(a)
    M PC 148(a)(1)
    Defense provided with copy of complaint
    Defense provided with Discovery
    Stipulates to arraignment
    Defendant waives reading of Complaint
    Defendant waives advisement of Constitutional rights
    Defendant pleads Not Guilty to count II PC 602.5(a)
    Defendant pleads Not Guilty to count III PC 148(a)(1)
    Case Referred to Probation Department for RPO Re: Release on Own
    Recognizance or Bail Reduction
    CONTINUED TO - 08/24/2006 at 8:30am 4, RPO/BAIL REDUCTION
    Preliminary Examination set - 09/06/2006 at 9:30am 4, PRELIMINARY
    Readiness Conference Set - 08/31/2006 at 9:00am 4, READINESS
       CONFERENCE
```

08/24/2006 DE 1     Courtroom Minutes of Department 4

```
    HON: L.G. ANTOLINI  DDA: Alexander J. McMahon  REP: VALERIE B PAPALE  CLK: KL
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Bail remains as set
    Probation report filed
```

SCR-494163     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 2

08/24/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Preliminary Examination set - 09/06/2006 at 9:30am 4, PRELIMINARY
    Readiness Conference Set - 08/31/2006 at 9:00am 4, READINESS
      CONFERENCE

08/31/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Rafael E. Donnelly   REP: S STANDISH  CLK: JT1
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant informed of Right to confront/cross exam witnesses
    Defendant informed of Right Against Self-Incrimination
    Defendant informed of Right to Jury and/or Court Trial
    Defendant waives each right
    Defendant withdraws plea of not guilty and enters plea of GUILTY to
    count II PC 602.5(a)
    CONVICTED TO COUNT II PC 602.5(a)
    Defendant withdraws plea of not guilty and enters plea of GUILTY to
    count III PC 148(a)(1)
    CONVICTED TO COUNT III PC 148(a)(1)
    Defendant stipulates to factual basis for plea
    Court finds factual basis for plea
    Court finds Defendant knowingly, intelligently, freely and
    voluntarily waives rights
    People's motion to dismiss remaining counts at time of sentencing
    granted
    People offer ct 2, c 3, restitution, and admission of VOP in 479120
    Case Referred to Probation Department for RPO Re: Presentence
    People state that there may be restitution issues
    CONTINUED TO - 10/02/2006 at 9:00am 4, RPO/PRESENTENCE
    Report due 09-25-2006
    Readiness Conference Held
    Vacated - 09/06/2006 at 9:30am 4

10/02/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon   REP: Deanne Murphey   CLK: B
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Probation report filed
    Count I PC 459 Dismissed
    Probation Denied
    Sentenced to serve 30 days in Jail, forthwith.
    Serve concurrent to SCR-479120
    Defendant sentenced to jail time on 2 cases this date

**003**

SCR-494163     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 3

10/03/2006 DE 1
     AUTOMATED 8715 REPORT ISSUED

*****     End of Docket     *****

```
SCR-487372     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page   1
                        CRIMINAL DOCKET        Printed  6/09/2008   12:12


Docket of
  DE 1     ARIAS,NOE ORDONEZ                    Offense Date: 05/05/2006
  DOB 02/10/1981 DLN CA B6301052                     DA #: DAR-528489


    Filed Charges
  M PC 148.9(a) Dismissed

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT          Agency #: SCY-060505037
Box Number: C00792                                    DA Location: 12655
==============================================================================

05/05/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, ON VIEW

05/08/2006 DE 1
    COMPLAINT FILED
    M PC 148.9(a)

05/09/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Stipulates to arraignment
    Defendant advised of constitutional rights
    Defendant waives reading of Complaint
    Defendant waives advisement of Constitutional rights
    Bail remains as set
    Defendant waives time
    Defendant pleads Not Guilty to count I PC 148.9(a)
    CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Public Defender appointed
    Case Dismissed - People's Motion

06/06/2006 DE 1
    AUTOMATED 8715 REPORT ISSUED


            *****  End of Docket  *****
```

**005**

```
SCR-484409     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page   1
                          CRIMINAL DOCKET          Printed  6/09/2008  12:12
```

Docket of
```
  DE 1     ARIAS, NOE                              Offense Date: 02/09/2006
  DOB 02/10/1981 DLN CA B6301052                         DA #: DAR-525435
```

Filed Charges
```
  M VC 14601.1(a) Dismissed             M VC 14601.2(a) Dismissed
  M VC 14601.5(a) Dismissed
```

```
Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT           Agency #: SCY-060209002
Box Number: C00798                                    DA Location: 12655
==================================================================================
```

02/09/2006 DE 1
    CITE FEE TO APPLY

03/23/2006 DE 1
```
    CONTINUED TO - 04/12/2006 at 8:30am 9, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT
    COMPLAINT FILED
    M VC 14601.1(a) w/ 3 Priors           M VC 14601.2(a) w/ 3 Priors
    M VC 14601.5(a) w/ 3 Priors
```

03/24/2006 DE 1
```
    DROPPED FROM CALENDAR - 04/12/2006 at 8:30am 9
     4/12/2006 DATE VACATED FOR DELAY REDUCTION  3/28/2006 - 03/28/2006
      at 8:30am 6, DELAY REDUCTION, CITED TO APPEAR, FIRST APPEARANCE,
```

03/28/2006 DE 1     Courtroom Minutes of Department 6

```
    HON: CFB  DDA: Ross W. Pytlik  CLK: YC
    Defendant present in custody
    Defendant waives time
    CONTINUED TO - 04/07/2006 at 9:00am 4, TO TRAIL, WITH OTHER CASES
```

04/07/2006 DE 1     Courtroom Minutes of Department 4

```
    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Public Defender appointed
    Motion for Supervised OR granted with standard terms
    Conditions of SOR attached.
    Release from Custody
    Make all Court appearances and appointments.
    Report to your Probation Officer as directed (or immediately upon
    release) - Monday, 4/10/2006, at 11am at SOR Office
```

**006**

SCR-484409    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

04/07/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Observe curfew as directed
    Do not possess or use any alcohol
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
     CA
    Submit to random chemical tests
    Defendant to submit to warrantless search and seizure of person,
    property, or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Commence/continue education, counseling and other rehabilitation
    programs as directed
    Not to own/possess/use any firearms
    Possess NO weapons
    Not to own/possess/use any weapons or any ammunition
    Seek/maintain employment or enroll in educational program
    Inform your Probation Officer as to your residence and employment
    Inform your Probation Officer of your court dates
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Defendant agrees to terms and conditions of Supervised Own
    Recognizance Release
    Defendant waives time
    CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL


04/07/2006 DE 1
    OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/18/2006 DE 1
    CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
     AT PROBATION REQUEST

04/19/2006 DE 1    Courtroom Minutes of Department 4


    HON: Rene A. Chouteau   DDA: Alexander J. McMahon   REP: S STANDISH   CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bench Warrant to issue for $1,000
    B/W #5328361 issued in the amount of $1,000 for Violation of
    Supervised OR


**007**

SCR-484409    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

04/19/2006 DE 1    Courtroom Minutes of Department 4    (continued)
     Supervised OR Revoked
     Probation report filed
     CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

05/05/2006 DE 1
     ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
        CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

     HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
     Defendant present in custody
     Counsel C. Ogulnik, Public Defender, appearing
     Warrant #5328361 Recalled
     Bail set at $1,000
     Defendant waives time
     DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
     CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

     HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
     Defendant present in custody
     Counsel C. Ogulnik, Public Defender, appearing
     Case Dismissed - People's Motion

07/05/2006 DE 1
     AUTOMATED 8715 REPORT ISSUED

*****  End of Docket  *****

**008**

```
SCR-483546      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA           Page    1
                       CRIMINAL DOCKET        Printed  6/09/2008   12:12
```

<u>Docket of</u>
DE 1    ORDONEZ, NOE ARIAS                            Offense Date: 02/28/2006
DOB 02/10/1981 DLN CA B6301052                        DA #: DAR-524913

   <u>Filed Charges</u>
   M VC 14601.5(a) Dismissed              M VC 14601.2(a) Dismissed
   I VC 16028(a) Dismissed

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT            Agency #: SCY-060228044
Box Number: C00798                                       DA Location: 12655
=================================================================================

<u>02/28/2006 DE 1</u>
   CITE FEE TO APPLY

<u>03/13/2006 DE 1</u>
   CONTINUED TO - 03/28/2006 at 8:30am 6, CITED TO APPEAR, FIRST
     APPEARANCE, ARRAIGNMENT
   COMPLAINT FILED
   M VC 14601.5(a) w/ 3 Priors            M VC 14601.2(a) w/ 3 Priors
   I VC 16028(a)

<u>03/28/2006 DE 1    Courtroom Minutes of Department 6</u>

   HON: CFB  DDA: Ross W. Pytlik  CLK: YC
   Defendant present in custody
   Counsel R. Lopez, Public Defender, appearing
   Public Defender appointed
   Defendant advised of charges/allegations
   Stipulates to arraignment
   Defendant advised of constitutional rights
   Defendant waives reading of Complaint
   Defendant waives advisement of Constitutional rights
   People offer Count 2 with 75 days
   Defendant waives time
   Defendant pleads Not Guilty to count I VC 14601.5(a)
   Defendant pleads Not Guilty to count II VC 14601.2(a)
   Defendant pleads Not Guilty to count III VC 16028(a)
   CONTINUED TO - 04/07/2006 at 9:00am 4, TO TRAIL, WITH OTHER CASES

**009**

SCR-483546    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 2

04/07/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson   REP: S STANDISH  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
Motion for Supervised OR granted with standard terms
Conditions of SOR attached.
Release from Custody
Make all Court appearances and appointments.
Report to your Probation Officer as directed (or immediately upon
release) - Monday, 4/10/2006, at 11am at SOR Office
Observe curfew as directed
Do not possess or use any alcohol
Not possess or use controlled substances or associated
paraphernalia without valid prescription
Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
  CA
Submit to random chemical tests
Defendant to submit to warrantless search and seizure of person,
property, or vehicle at any time day or night;
Submit to warrantless search/seizure of residence any time day or
reasonable hr. night by any Prob./Law Enforc. Off.
Stay out of places where alcoholic beverages are the primary item
of sale (no bars or liquor stores)
Commence/continue education, counseling and other rehabilitation
programs as directed
Not to own/possess/use any firearms
Possess NO weapons
Not to own/possess/use any weapons or any ammunition
Seek/maintain employment or enroll in educational program
Inform your Probation Officer as to your residence and employment
Inform your Probation Officer of your court dates
Be of good conduct and obey all laws
Do not drive without California Driver's License and Insurance in
effect
Defendant agrees to terms and conditions of Supervised Own
Recognizance Release
Defendant waives time
CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

04/07/2006 DE 1
    OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/18/2006 DE 1
    CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
      AT PROBATION REQUEST

**0010**

```
SCR-483546    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

04/19/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bench Warrant to issue for $1,000
    B/W #5328362 issued in the amount of $1,000 for Violation of
    Supervised OR
    Supervised OR Revoked
    CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

05/05/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
      CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Warrant #5328362 Recalled
    Bail set at $1,000
    Defendant waives time
    DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
    CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Case Dismissed - People's Motion

07/05/2006 DE 1
    AUTOMATED 8715 REPORT ISSUED




                    *****  End of Docket  *****
```

**0011**

```
SCR-483193     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page   1
                         CRIMINAL DOCKET        Printed  6/09/2008   12:12
```

Docket of
```
 DE 1   ARIAS,NOE ORDONEZ                           Offense Date: 03/06/2006
 DOB 02/10/1981 DLN CA B6301052                     DA #: DAR-524799
```

Filed Charges
```
 M PC 148.9(a) Dismissed
```

```
Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT          Agency #: SCY-060306024
Box Number: C00792                                      DA Location: 12655
=============================================================================
```

03/06/2006 DE 1
```
    ADDED TO CALENDAR BY JAIL - 03/08/2006 at 8:30am 9, ON VIEW
```

03/07/2006 DE 1
```
    DROPPED FROM CALENDAR - 03/08/2006 at 8:30am 9
    CONTINUED TO - 03/08/2006 at 8:30am 4, ON VIEW
    COMPLAINT FILED
    M PC 148.9(a)
```

03/08/2006 DE 1      Courtroom Minutes of Department 4

```
    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Public Defender appointed
    Stipulates to arraignment
    Defendant advised of constitutional rights
    Defendant waives reading of Complaint
    Bail set at $1,000
    Defendant pleads Not Guilty to count I PC 148.9(a)
    CONTINUED TO - 04/07/2006 at 9:00am 4, TO TRAIL
```

04/07/2006 DE 1      Courtroom Minutes of Department 4

```
    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Motion for Supervised OR granted with standard terms
    Conditions of SOR attached.
    Release from Custody
    Make all Court appearances and appointments.
    Report to your Probation Officer as directed (or immediately upon
    release) - Monday, 4/10/2006 at 11am at SOR Office
    Observe curfew as directed
    Do not possess or use any alcohol
```

**0012**

SCR-483193     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA     Page 2

04/07/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
    CA
    Submit to random chemical tests
    Defendant to submit to warrantless search and seizure of person,
    property, or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Commence/continue education, counseling and other rehabilitation
    programs as directed
    Not to own/possess/use any firearms
    Possess NO weapons
    Not to own/possess/use any weapons or any ammunition
    Seek/maintain employment or enroll in educational program
    Inform your Probation Officer as to your residence and employment
    Inform your Probation Officer of your court dates
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Defendant agrees to terms and conditions of Supervised Own
    Recognizance Release
    Defendant waives time
    CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

04/07/2006 DE 1
    OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/18/2006 DE 1
    CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
    AT PROBATION REQUEST

04/19/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bench Warrant to issue for $1,000
    B/W #5328364 issued in the amount of $1,000 for Violation of
    Supervised OR
    Supervised OR Revoked
    Probation report filed
    CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

**0013**

SCR-483193    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

05/05/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
        CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Warrant #5328364 Recalled
    Bail set at $1,000
    Defendant waives time
    DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
    CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Case Dismissed - People's Motion

06/06/2006 DE 1
    AUTOMATED 8715 REPORT ISSUED

                    *****  End of Docket  *****

**0014**

```
SCR-481396      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page   1
                          CRIMINAL DOCKET         Printed  6/09/2008   12:12
```

Docket of
```
 DE 1   ARIAS,NOE ORDONEZ                          Offense Date: 12/29/2005
 DOB 02/10/1981 DLN CA B6301052                       DA #: DAR-522772
```

Filed Charges
```
 M VC 14601.2(a) Dismissed            I VC 22450(a) Dismissed
```

```
Arresting Agency: CALIFORNIA HIGHWAY PATROL         Agency #: CHP-04202AQ
Box Number: C00798                                  DA Location: 12655
```
==========================================================================

12/29/2005 DE 1
    CITE FEE TO APPLY

02/07/2006 DE 1
    CONTINUED TO - 03/01/2006 at 8:30am 9, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT
    COMPLAINT FILED
    M VC 14601.2(a) w/ 3 Priors            I VC 22450(a)

03/01/2006 DE 1    Courtroom Minutes of Department 9

    HON: SJ  DDA: Pezhman Pakneshan  CLK: AP
    Defendant not present
    Bench Warrant to issue for $10,000
    B/W #5326018 issued in the amount of $10,000 for Failure to Appear
    on Citation per PC 853.7
    Do not cite out / OR
    Do Not Recalendar

03/06/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 03/08/2006 at 8:30am 9, WARRANT IN
      CUSTODYS

03/07/2006 DE 1
    DROPPED FROM CALENDAR - 03/08/2006 at 8:30am 9
    CONTINUED TO - 03/08/2006 at 8:30am 4, WARRANT IN CUSTODYS

03/08/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Public Defender appointed
    Stipulates to arraignment
    Defendant advised of constitutional rights

**0015**

SCR-481396    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page 2

<u>03/08/2006 DE 1    Courtroom Minutes of Department 4  </u> (continued)
    Defendant waives reading of Complaint
    Warrant #5326018 Recalled
    Bail set at $1,000
    Defendant pleads Not Guilty to count I VC 14601.2(a)
    Defendant pleads Not Guilty to count II VC 22450(a)
    CONTINUED TO - 04/07/2006 at 9:00am 4, TO TRAIL

<u>04/07/2006 DE 1    Courtroom Minutes of Department 4  </u>

    HON: Rene A. Chouteau  DDA: Anne Masterson   REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Motion for Supervised OR granted with standard terms
    Conditions of SOR attached.
    Release from Custody
    Make all Court appearances and appointments.
    Report to your Probation Officer as directed (or immediately upon
    release) - Monday, 4/10/2006, at 11am at SOR Office
    Observe curfew as directed
    Do not possess or use any alcohol
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
      CA
    Submit to random chemical tests
    Defendant to submit to warrantless search and seizure of person,
    property, or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Commence/continue education, counseling and other rehabilitation
    programs as directed
    Not to own/possess/use any firearms
    Possess NO weapons
    Not to own/possess/use any weapons or any ammunition
    Seek/maintain employment or enroll in educational program
    Inform your Probation Officer as to your residence and employment
    Inform your Probation Officer of your court dates
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Defendant agrees to terms and conditions of Supervised Own
    Recognizance Release
    Defendant waives time
    CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

**0016**

SCR-481396    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

04/07/2006 DE 1
   OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/18/2006 DE 1
   CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
     AT PROBATION REQUEST

04/19/2006 DE 1    Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
   Defendant not present
   Counsel C. Ogulnik, Public Defender, appearing
   Bench Warrant to issue for $1,000
   B/W #5328359 issued in the amount of $1,000 for Violation of
   Supervised OR
   Supervised OR Revoked
   Probation report filed
   CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

05/05/2006 DE 1
   ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
     CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
   Defendant present in custody
   Counsel C. Ogulnik, Public Defender, appearing
   Warrant #5328359 Recalled
   Bail set at $1,000
   Defendant waives time
   DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
   CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
   Defendant present in custody
   Counsel C. Ogulnik, Public Defender, appearing
   Case Dismissed - People's Motion

07/05/2006 DE 1
   AUTOMATED 8715 REPORT ISSUED


        *****    End of Docket    *****


**0017**

```
SCR-479120     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA       Page   1
                         CRIMINAL DOCKET        Printed  6/09/2008   12:12
```

<u>Docket of</u>
DE 1    ARIAS,NOE ORDONEZ
DOB 02/10/1981 DLN CA B6301052                Offense Date: 01/01/2006
                                                     DA #: DAR-520858

   <u>Filed Charges</u>
   F PC 496(a) Held to Answer          F PC 496(a) Convicted

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT        Agency #: SCY-060101012
Box Number:                                        DA Location: 12649
================================================================================

<u>01/01/2006 DE 1</u>
   ADDED TO CALENDAR BY JAIL - 01/04/2006 at 8:30am 4, ON VIEW

<u>01/04/2006 DE 1     Courtroom Minutes of Department 4</u>

   HON: Dean A. Beaupre  DDA: Robert M. LaForge  REP: Barrie Hart  CLK: CR
   Defendant present in custody
   Counsel C. Ogulnik, Public Defender, appearing
   Public Defender appointed
   COMPLAINT FILED
   F PC 496(a)
   Defense provided with copy of complaint
   Defense provided with Discovery
   Defendant's true name is ARIAS, NOE ORDONEZ
   Stipulates to arraignment
   Defendant waives reading of Complaint
   Defendant waives advisement of Constitutional rights
   Bail remains as set
   Defendant pleads Not Guilty to count I PC 496(a)
   Case Referred to Probation Department for RPO Re: Release on Own
   Recognizance or Bail Reduction
   CONTINUED TO - 01/06/2006 at 8:30am 4, RPO/BAIL REDUCTION
   Preliminary Examination set - 01/18/2006 at 9:30am 4, PRELIMINARY
   Readiness Conference Set - 01/13/2006 at 9:00am 4, READINESS
     CONFERENCE

<u>01/06/2006 DE 1     Courtroom Minutes of Department 4</u>

   HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: TERI HOSMER  CLK: JT1
   Defendant present in custody
   Counsel C. Ogulnik, Public Defender, appearing
   Bail remains as set

SCR-479120        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 2

01/06/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Preliminary Examination set - 01/18/2006 at 9:30am 4, PRELIMINARY
    Readiness Conference Set - 01/13/2006 at 9:00am 4, READINESS
        CONFERENCE

01/13/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: Ellen Cooper  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    People recommend ct 1, no initial state prison
    Preliminary Examination set - 01/18/2006 at 9:30am 4, PRELIMINARY
    Readiness Conference Held

01/17/2006 DE 1
    BAIL BOND REFERENCE #LG5377272 REC'D AND FILED IN THE AMOUNT OF
    $5000

01/18/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Sharmalee Rajakumaran  REP: S STANDISH  CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bail Declared Forfeited; Reference #LG5377272
    Bench Warrant to issue for $20,000
    B/W #5324110 issued in the amount of $20,000 for Contempt for
    Failure to Appear

01/18/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 01/20/2006 at 8:30am 4, WARRANT IN
        CUSTODYS

01/20/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Warrant #5324110 Recalled
    Bail set at $5,000
    CONTINUED TO - 01/23/2006 at 8:30am 4, FURTHER PROCEEDINGS
    TO SHOW COURT REASSMPTION LETTER OF BAIL

**0019**

SCR-479120       SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

01/23/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: BW
Defendant present in custody
Counsel C.Ogulnik, Public Defender, appearing
Bail Reinstated and Exonerated; Reference #LG5377272
Bail remains as set
Bail Bond company will not give Reassumption letter
Preliminary Examination set - 02/01/2006 at 9:30am 4, PRELIMINARY

02/01/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: JAMES PATRICK CASEY  REP: S STANDISH  CLK: BW
Defendant present in custody
Counsel C Ogulnik, Public Defender, appearing
Prelim hearing called at 10:02 am
People call Deputy Michael Morarity, sworn and testified at 10:04am
No cross by Defense
Witness excused
Defense argues
Submitted
Defendant Held to Answer to count I PC 496(a) as charged
Information to be filed - 02/15/2006 at 8:30am 4, INFORMATION TO BE
    FILED
Bail status remains the same

02/02/2006 DE 1
    REPORTER'S TRANSCRIPT FILED -FELONY HEARING 02/01/06

02/03/2006 DE 1
    BAIL BOND REFERENCE #LG5384717 REC'D AND FILED IN THE AMOUNT OF
$5000

02/15/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: BW
Defendant present
Counsel C. Ogulnik, Public Defender, appearing
INFORMATION FILED
F PC 496(a)
Defendant advised of charges/allegations
Stipulates to arraignment
Defendant advised of constitutional rights
Defendant waives reading of information
Defendant waives advisement of Constitutional rights
Defendant pleads Not Guilty to count I PC 496(a)

**0020**

SCR-479120      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 4

<u>02/15/2006 DE 1     Courtroom Minutes of Department 4</u>     (continued)
    Fingerprint form filed
    Defendant waives time to 3/7/2006 plus 60 days
    CONTINUED TO - 03/07/2006 at 8:30am 4, TO SET, FOR COUNSEL

<u>03/07/2006 DE 1     Courtroom Minutes of Department 4</u>

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    60th day is 5/8/2006.
    Defendant does not waive time
    Jury Trial Set - 04/20/2006 at 9:30am 4, JURY TRIAL
    Pretrial Confirmation Set - 04/07/2006 at 9:00am 4, PRETRIAL
        CONFIRMATION
    Readiness Conference Set - 04/14/2006 at 9:30am 4, READINESS
        CONFERENCE
    Time estimate 3 days
    Defendant withdraws time waiver.

<u>04/07/2006 DE 1     Courtroom Minutes of Department 4</u>

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Motion for Supervised OR granted with standard terms
    Conditions of SOR attached.
    Release from Custody
    Make all Court appearances and appointments.
    Report to your Probation Officer as directed (or immediately upon
    release) - Monday, 4/10/2006, at 11am at SOR Office
    Observe curfew as directed
    Do not possess or use any alcohol
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
        CA
    Submit to random chemical tests
    Defendant to submit to warrantless search and seizure of person,
    property, or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Commence/continue education, counseling and other rehabilitation
    programs as directed
    Not to own/possess/use any firearms
    Possess NO weapons

**0021**

SCR-479120      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 5

04/07/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Not to own/possess/use any weapons or any ammunition
    Seek/maintain employment or enroll in educational program
    Inform your Probation Officer as to your residence and employment
    Inform your Probation Officer of your court dates
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Defendant agrees to terms and conditions of Supervised Own
    Recognizance Release
    Defendant understands and waives each right
    Defense Counsel joins in Waiver of rights
    Tahl Waiver filed
    Defendant withdraws plea of not guilty and enters plea of NO
    CONTEST to count I PC 496(a)
    CONVICTED TO COUNT I PC 496(a)
    Defendant stipulates to factual basis for plea
    Court finds factual basis for plea
    Court finds Defendant knowingly, intelligently, freely and
    voluntarily waives rights
    Court finds Defendant guilty
    People recommend 1192.5 - dismiss all trailing cases
    Case Referred to Probation Department for RPO Re: Presentence
    CONTINUED TO - 05/11/2006 at 9:00am 4, RPO/PRESENTENCE
    Report due 5/4/2006
    Vacated - 04/20/2006 at 9:30am 4
    Pretrial Conference Held
    Vacated - 04/14/2006 at 9:30am 4
    Bail Exonerated; Reference #LG5384717

04/07/2006 DE 1
    OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/18/2006 DE 1
    CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
      AT PROBATION REQUEST

04/19/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Probation Officer M. Knox present
    Bench Warrant to issue for $20,000
    B/W #5328363 issued in the amount of $20,000 for Violation of
    Supervised OR
    Supervised OR Revoked
    Probation report filed

0022

SCR-479120      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 6

<u>04/19/2006 DE 1     Courtroom Minutes of Department 4</u>   (continued)
    Counsel informs Court Defendant was taken by INS but will return for
    sentencing
    CONTINUED TO - 05/11/2006 at 9:00am 4, RPO/PRESENTENCE, FOR
    SENTENCING

<u>04/21/2006 DE 1</u>
    REPORTER'S TRANSCRIPT FILED -CHANGE OF PLEA 04/07/06

<u>05/05/2006 DE 1</u>
    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
    CUSTODYS

<u>05/09/2006 DE 1     Courtroom Minutes of Department 4</u>

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Warrant #5328363 Recalled
    Bail set at $10,000
    Case Referred to Probation Department for RPO Re: Presentence
    CONTINUED TO - 06/05/2006 at 9:00am 4, RPO/PRESENTENCE
    Report due 05-30-2006
    Probation report filed
    Defendant waives time for sentencing
    DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4

<u>06/05/2006 DE 1     Courtroom Minutes of Department 4</u>

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
    Defendant present in custody
    Defense Counsel C. Ogulnik appearing
    Probation report filed
    Court has read & reviewed report(s) & other documents. Defendant
    waives formal arraignment.
    No legal cause why judgment should not be pronounced
    Imposition of sentence suspended
    Formal Probation Granted with standard terms for 36 Month(s)
    Participate/complete programs of assistance &counseling as
    directed by Probation & not leave w/o prior written consent
    Complete 40 hrs. volunteer work thru So. Co. Volunteer Center
    Provide two blood and saliva samples per 296 PC for DNA testing
    Submit to warrantless search and seizure of person, property,
    personal business or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Submit to random chemical tests
    Do not possess or use any alcohol

**0023**

SCR-479120      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 7

06/05/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Defendant not to own, possess, have custody or control of firearms
    or ammunition per Federal and State Law
    Defendant ordered to report to Probation Dept
    within 2 working days of release from custody
    Pay restitution fine of $660 pursuant to 1202.4(a)(3)(b)
    which includes a 10% Administration fee
    $660 Restitution fine per 1202.44 PC, suspended unless Probation
    is revoked
    Pay report preparation fee $325 (not a condition of probation)
    Pay $250 Probation supervision fee (not a condition of probation)
    Fine of $20
    Booking fee in the amount of $123 to be paid
    If deported, file written report every 30 days and report upon
    returning to the U.S.
    Sentenced to serve 6 months in Jail, 139 days credit for time
    served ( 95+44 ).

06/06/2006 DE 1
    AUTOMATED 8715 REPORT ISSUED

08/18/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 08/22/2006 at 8:30am 4, IN CUSTODY

08/22/2006 DE 1    Courtroom Minutes of Department 4

    HON: L.G. ANTOLINI   DDA: Rosanne Darling   REP: VALERIE B PAPALE   CLK: KLK
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Case Referred to Probation Department for RPO Re: Release on Own
    Recognizance or Bail Reduction
    CONTINUED TO - 08/24/2006 at 8:30am 4, RPO/BAIL REDUCTION
    Probation Summarily Revoked

08/24/2006 DE 1    Courtroom Minutes of Department 4

    HON: L.G. ANTOLINI   DDA: Alexander J. McMahon   REP: VALERIE B PAPALE   CLK: KL
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Probation Officer J.Ramos present
    NO BAIL

**0024**

SCR-479120    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 8

<u>08/24/2006 DE 1    Courtroom Minutes of Department 4   </u> (continued)
   Probation report filed
   CONTINUED TO - 08/31/2006 at 9:00am 4, VIOLATION OF PROBATION, TO
    TRAIL

<u>08/31/2006 DE 1    Courtroom Minutes of Department 4   </u>

   HON: Rene A. Chouteau  DDA: Rafael E. Donnelly  REP: S STANDISH  CLK: JT1
   Defendant present in custody
   Counsel C. Ogulinik, Public Defender, appearing
   Case Referred to Probation Department for RPO Re: Violation of
   Probation Report
   CONTINUED TO - 10/02/2006 at 9:00am 4, RPO RE VOP
   Report due 09-25-2006
   Court finds Defendant in violation of probation

<u>10/02/2006 DE 1 </u>
   Defendant present in custody
   Counsel C. Ogulnik, Public Defender, appearing
   Probation Officer N. Dewitt gives Oral Report
   Case Referred to Probation Department for RPO Re: Restitution
   CONTINUED TO - 10/30/2006 at 8:30am 4, RPO/RESTITUTION
   Report due 10-23-2006
   Probation report filed -in SCR494163
   Probation Modified
   Probation Reinstated
   Probation to terminate unsuccessfully upon completion of jail time
   Probation terminates upon release from custody
   All other terms and conditions remain in full force and effect
   Defendant enters Johnson waiver
   Restitution in an amount & manner to be determined by Probation
   -RE:SCR-494163
   Fines/fees vacated
   Sentenced to serve 6 months in Jail ( in addition to any time
   served ), forthwith.
   Defendant sentenced to jail time on 2 cases this date

<u>10/02/2006 DE 1    Courtroom Minutes of Department 4   </u>

   HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: Deanne Murphey  CLK: B

<u>10/03/2006 DE 1 </u>
   AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

**0025**

SCR-479120      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 9

10/30/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson   REP: S STANDISH  CLK: BW
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Probation Officer N.DeWitt present
    Probation report filed
    Court orders defendant to pay $600 to Victim's Compensation Board
    Probation Modified
    All other terms and conditions remain in full force and effect
    Restitution in an of $600 to Victim's Compensation Board
    Remaining fines/fees are referred to Central Collections

10/31/2006 DE 1
    AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

01/29/2007 DE 1
    Jail Time Completed - Probation Terminated

*****   End of Docket   *****

**0026**

```
SCR-478090      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA           Page    1
                          CRIMINAL DOCKET          Printed  6/09/2008   12:13
```

Docket of
```
DE 1    ARIAS,NOE ORDONEZ                              Offense Date: 12/02/2005
DOB 02/10/1981 DLN CA B6301052                         DA #: DAR-519843
```

Filed Charges
```
M VC 14601.2(a) Dismissed              M VC 14601.5(a) Dismissed
I VC 16028(a) Dismissed
```

```
Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT           Agency #: SCY-051202002
Box Number: C00798                                       DA Location: 12655
```
==========================================================================

12/02/2005 DE 1
```
    CITE FEE TO APPLY
```

12/19/2005 DE 1
```
    COMPLAINT FILED
    M VC 14601.2(a) w/ 3 Priors          M VC 14601.5(a) w/ 3 Priors
    I VC 16028(a)
```

12/21/2005 DE 1
```
    CONTINUED TO - 01/03/2006 at 8:30am 9, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT
```

01/03/2006 DE 1    Courtroom Minutes of Department 9

```
    HON: SJ  DDA: Tania Partida  CLK: KDH
    Defendant present in custody
    Counsel W. Mullan, Public Defender, appearing
    Public Defender appointed
    Defense provided with copy of complaint
    Defendant provided with copy of report
    Defendant advised of charges/allegations
    Stipulates to arraignment
    Defendant waives reading of Complaint
    Defendant waives advisement of Constitutional rights
    Pending cases in Courtroom 4 tomorrow, 1-4-06
    Bail set at $25000
    Defendant informed of Right to Counsel
    CONTINUED TO - 01/06/2006 at 8:30am 9, PLEA, POSSIBLE DISPOSITION
```

01/05/2006 DE 1
```
    MOVED TO - 01/06/2006 at 8:30am 4, PLEA, POSSIBLE DISPOSITION
```

SCR-478090    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

01/06/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
Bail set at $1,000
Defendant pleads Not Guilty to count I VC 14601.2(a)
Defendant pleads Not Guilty to count II VC 14601.5(a)
Defendant pleads Not Guilty to count III VC 16028(a)
CONTINUED TO - 01/13/2006 at 9:00am 4, DISPOSITION, TO TRAIL

01/13/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: Ellen Cooper  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
CONTINUED TO - 01/18/2006 at 9:30am 4, DISPOSITION, TO TRAIL

01/17/2006 DE 1
    BAIL BOND REFERENCE #LG5377275 REC'D AND FILED IN THE AMOUNT OF
$1000

01/18/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Sharmalee Rajakumaran  REP: S STANDISH  CLK: CR
Defendant not present
Counsel C. Ogulnik, Public Defender, appearing
Bail Declared Forfeited; Reference #LG5377275
Bench Warrant to issue for $5,000
B/W #5324111 issued in the amount of $5,000 for Contempt for
Failure to Appear

01/18/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 01/20/2006 at 8:30am 4, WARRANT IN
     CUSTODYS

01/20/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: CR
Defendant present in custody
Counsel C.Ogulnik, Public Defender, appearing
Warrant #5324111 Recalled
Bail set at $1,000
CONTINUED TO - 01/23/2006 at 8:30am 4, DISPOSITION, TO TRAIL
AND TO SHOW REASSUMPTION LETTER

**0028**

SCR-478090    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

01/23/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: BW
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Bail Reinstated and Exonerated; Reference #LG5377275
    Bail remains as set
    Defendant waives time
    CONTINUED TO - 02/01/2006 at 9:30am 4, DISPOSITION, TRAILING
        PRELIMINARY

02/01/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: JAMES PATRICK CASEY  REP: S STANDISH  CLK: BW
    Defendant present in custody
    Counsel C Ogulnik, Public Defender, appearing
    Bail remains as set
    Defendant waives time
    CONTINUED TO - 02/15/2006 at 8:30am 4, DISPOSITION, TO TRAIL

02/03/2006 DE 1
    BAIL BOND REFERENCE #LG5384716 REC'D AND FILED IN THE AMOUNT OF
    $1000

02/15/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: BW
    Defendant present
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant waives time
    CONTINUED TO - 03/07/2006 at 8:30am 4, DISPOSITION, TO TRAIL

03/07/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant waives time
    CONTINUED TO - 04/07/2006 at 9:00am 4, DISPOSITION, TO TRAIL

04/06/2006 DE 1
    OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

SCR-478090    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 4

04/07/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson   REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Motion for Supervised OR granted with standard terms
    Conditions of SOR attached.
    Release from Custody
    Make all Court appearances and appointments.
    Report to your Probation Officer as directed (or immediately upon
    release) - Monday, 4/10/2016, 11am at SOR Office
    Observe curfew as directed
    Do not possess or use any alcohol
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
      CA
    Submit to random chemical tests
    Defendant to submit to warrantless search and seizure of person,
    property, or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Commence/continue education, counseling and other rehabilitation
    programs as directed
    Not to own/possess/use any firearms
    Possess NO weapons
    Not to own/possess/use any weapons or any ammunition
    Seek/maintain employment or enroll in educational program
    Inform your Probation Officer as to your residence and employment
    Inform your Probation Officer of your court dates
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Defendant agrees to terms and conditions of Supervised Own
    Recognizance Release
    Defendant waives time
    CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL
    Bail Exonerated; Reference #LG5384716

04/18/2006 DE 1
    CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
    AT PROBATION REQUEST

04/19/2006 DE 1
    WARRANT #5328358 SIGNED AND ISSUED IN THE AMOUNT OF $1,000

**0030**

SCR-478090      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 5

04/19/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH   CLK: CR
Defendant not present
Counsel C. Ogulnik, Public Defender, appearing
Bench Warrant to issue for $1,000
B/W #5328358 issued in the amount of $1,000 for Violation of
Supervised OR
Supervised OR Revoked
Probation report filed
CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

05/05/2006 DE 1

    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
      CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
Warrant #5328358 Recalled
Bail set at $1,000
Defendant waives time
DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
Case Dismissed - People's Motion

07/05/2006 DE 1

    AUTOMATED 8715 REPORT ISSUED

*****  End of Docket  *****

**0031**

```
SCR-474326      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page   1
                          CRIMINAL DOCKET          Printed  6/09/2008   12:13
```

<u>Docket of</u>
DE 1    ARIAS,NOE ORDONEZ                         Offense Date: 09/03/2005
   AKA: ARIAS, NOE                                       DA #: DAR-515955
DOB 02/10/1981 DLN CA B6301052

   <u>Filed Charges</u>
   M VC 14601.2(a) Dismissed

Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT         Agency #: SCY-050903005
Box Number: C00798                                 DA Location: 12655
==============================================================================

<u>09/03/2005 DE 1</u>
   CITE FEE TO APPLY

<u>10/19/2005 DE 1</u>
   COMPLAINT FILED
   M VC 14601.2(a) w/ 3 Priors

<u>10/20/2005 DE 1</u>
   CONTINUED TO - 11/02/2005 at 8:30am 9, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT

<u>11/02/2005 DE 1    Courtroom Minutes of Department 9</u>

   HON: SJ  DDA: Rosanne Darling  CLK: LAC
   Defendant not present
   Bench Warrant to issue for $10,000
   B/W #5320650 issued in the amount of $10,000 for Failure to Appear
   on Citation per PC 853.7
   Do not cite out / OR
   Do Not Recalendar

<u>11/25/2005 DE 1</u>
   ADDED TO CALENDAR BY JAIL - 11/29/2005 at 8:30am 9, WARRANT IN
      CUSTODYS

<u>11/26/2005 DE 1</u>
   CALENDAR DROPPED BY JAIL - 11/29/2005 at 8:30am 9

<u>11/28/2005 DE 1</u>
   Warrant #5320650 Recalled Defendant Bailed To Appear
   BAIL BOND REFERENCE #LG10365710 REC'D AND FILED IN THE AMOUNT OF
   $10000
   CALENDAR ITEM - 12/19/2005 at 8:30am 9, BTA/WARRANT, ARRAIGNMENT

**0032**

SCR-474326     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 2

<u>12/19/2005 DE 1     Courtroom Minutes of Department 9</u>

    HON: SJ  DDA: Ross W. Pytlik  CLK: KDH
    Defendant not present
    Bail Declared Forfeited; Reference #LG10365710
    Bench Warrant to issue for $25,000
    B/W #5322899 issued in the amount of $25,000 for Failure to Appear
    on Bail per PC 979
    Do not cite out / OR
    Do Not Recalendar

<u>12/28/2005 DE 1</u>
    CALENDARED FOR DELAY REDUCTION  1/03/2006 - 01/03/2006 at 8:30am 9,
    DELAY REDUCTION, WARRANT

<u>01/01/2006 DE 1</u>
    ADDED TO CALENDAR BY JAIL - 01/04/2006 at 8:30am 4, WARRANT IN
    CUSTODYS

<u>01/03/2006 DE 1     Courtroom Minutes of Department 9</u>

    HON: SJ  DDA: Tania Partida  CLK: KDH
    Defendant present in custody
    Counsel W. Mullan, Public Defender, appearing
    Public Defender appointed
    Defense provided with copy of complaint
    Defendant provided with copy of report
    Defendant advised of charges/allegations
    Stipulates to arraignment
    Defendant waives reading of Complaint
    Defendant waives advisement of Constitutional rights
    Pending cases in Courtroom 4 tomorrow, 1-4-2006
    Warrant #5322899 Recalled
    Bail Reinstated and Exonerated; Reference #LG10365710
    Bail set at $25000
    Defendant informed of Right to Counsel
    CONTINUED TO - 01/06/2006 at 8:30am 9, PLEA, POSSIBLE DISPOSITION

<u>01/04/2006 DE 1     Courtroom Minutes of Department 4</u>

    HON: Dean A. Beaupre  DDA: Robert M. LaForge  REP: Barrie Hart  CLK: CR
    NO FILE
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant's true name is ARIAS, NOE ORDONEZ

SCR-474326    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

01/04/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Bail remains as set
    CONTINUED TO – 01/06/2006 at 8:30am 4, DISPOSITION, TO TRAIL
    DROPPED FROM CALENDAR – 01/06/2006 at 8:30am 9

01/06/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau DDA: Robert M. LaForge REP: S STANDISH CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Bail set at $1,000
    Defendant pleads Not Guilty to count I VC 14601.2(a)
    CONTINUED TO – 01/13/2006 at 9:00am 4, DISPOSITION, TO TRAIL

01/13/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau DDA: Robert M. LaForge REP: Ellen Cooper CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    CONTINUED TO – 01/18/2006 at 9:30am 4, DISPOSITION, TO TRAIL

01/17/2006 DE 1
    BAIL BOND REFERENCE #LG5377273 REC'D AND FILED IN THE AMOUNT OF
    $1000

01/18/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau DDA: Sharmalee Rajakumaran REP: S STANDISH CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bail Declared Forfeited; Reference #LG5377273
    Bench Warrant to issue for $5,000
    B/W #5324109 issued in the amount of $5,000 for Contempt for
    Failure to Appear

01/18/2006 DE 1
    ADDED TO CALENDAR BY JAIL – 01/20/2006 at 8:30am 4, WARRANT IN
    CUSTODYS

01/20/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau DDA: Robert M. LaForge REP: S STANDISH CLK: CR
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Warrant #5324109 Recalled

**0034**

SCR-474326     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 4

01/20/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Bail set at $1,000
    CONTINUED TO - 01/23/2006 at 8:30am 4, DISPOSITION, TO TRAIL
    AND TO SHOW REASSUMPTION LETTER - BAIL

01/23/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: BW
    Defendant present in custody
    Counsel C.Ogulnik, Public Defender, appearing
    Defendant waives time
    CONTINUED TO - 02/01/2006 at 9:30am 4, DISPOSITION, TRAILING
       PRELIMINARY

02/01/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: JAMES PATRICK CASEY  REP: S STANDISH  CLK: BW
    Defendant present in custody
    Counsel C Ogulnik, Public Defender, appearing
    Defendant waives time
    CONTINUED TO - 02/15/2006 at 8:30am 4, DISPOSITION, TO TRAIL

02/03/2006 DE 1
    BAIL BOND REFERENCE #LG5384715 REC'D AND FILED IN THE AMOUNT OF
    $1000

02/15/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: BW
    Defendant present
    Counsel C. Ogulnik, Public Defender, appearing
    Bail Reinstated and Exonerated; Reference #LG5377273
    Defendant waives time
    CONTINUED TO - 03/07/2006 at 8:30am 4, DISPOSITION, TO TRAIL

03/07/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant waives time
    CONTINUED TO - 04/07/2006 at 9:00am 4, DISPOSITION, TO TRAIL

**0035**

SCR-474326    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 5

04/07/2006 DE 1    Courtroom Minutes of Department 4

HON: Rene A. Chouteau  DDA: Anne Masterson   REP: S STANDISH  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
Motion for Supervised OR granted with standard terms
Conditions of SOR attached.
Release from Custody
Make all Court appearances and appointments.
Report to your Probation Officer as directed (or immediately upon
release) - Monday, 4/10/2006 at 11am at SOR Office
Observe curfew as directed
Do not possess or use any alcohol
Not possess or use controlled substances or associated
paraphernalia without valid prescription
Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
CA
Submit to random chemical tests
Defendant to submit to warrantless search and seizure of person,
property, or vehicle at any time day or night;
Submit to warrantless search/seizure of residence any time day or
reasonable hr. night by any Prob./Law Enforc. Off.
Stay out of places where alcoholic beverages are the primary item
of sale (no bars or liquor stores)
Commence/continue education, counseling and other rehabilitation
programs as directed
Not to own/possess/use any firearms
Possess NO weapons
Not to own/possess/use any weapons or any ammunition
Seek/maintain employment or enroll in educational program
Inform your Probation Officer as to your residence and employment
Inform your Probation Officer of your court dates
Be of good conduct and obey all laws
Do not drive without California Driver's License and Insurance in
effect
Defendant agrees to terms and conditions of Supervised Own
Recognizance Release
Defendant waives time
CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL
Bail Exonerated; Reference #LG5384715

04/07/2006 DE 1
OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/18/2006 DE 1
CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
AT PROBATION REQUEST

**0036**

SCR-474326      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 6

04/19/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
Defendant not present
Counsel C. Ogulnik, Public Defender, appearing
Bench Warrant to issue for $1,000
B/W #5328360 issued in the amount of $1,000 for Violation of
Supervised OR
Supervised OR Revoked
Probation report filed
CONTINUED TO - 05/11/2006 at 9:00am 4, DISPOSITION, TO TRAIL

05/05/2006 DE 1

    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
      CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
Defendant present in custody
Counsel C. Ogulnik, Public Defender, appearing
Warrant #5328360 Recalled
Bail set at $1,000
Defendant waives time
DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: SHELLY BERG  CLK: CR
Defendant present in custody
Counsel C, Ogulnik, Public Defender, appearing
Case Dismissed - People's Motion

07/05/2006 DE 1

    AUTOMATED 8715 REPORT ISSUED

*****   End of Docket   *****

**0037**

```
SCR-460743      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page    1
                        CRIMINAL DOCKET          Printed  6/09/2008   12:13


Docket of
 DE 1    ORDONEZ, NOE ARIAS                          Offense Date: 03/11/2005
 DOB 02/10/1981 DLN CA B6301052                      DA #: DAR-503069


    Filed Charges
    M VC 14601.2(a) Dismissed              M VC 14601.5(a) Dismissed

Arresting Agency: SANTA ROSA POLICE DEPARTMENT          Agency #: SRO-054558
Box Number: C00332                                  DA Location: 11890
======================================================================
03/11/2005 DE 1
   CITE FEE TO APPLY

03/28/2005 DE 1
   CONTINUED TO - 04/11/2005 at 8:30am 6, CITED TO APPEAR, FIRST
     APPEARANCE, ARRAIGNMENT
   COMPLAINT FILED
   M VC 14601.2(a) w/ 3 Priors             M VC 14601.5(a) w/ 3 Priors

04/01/2005 DE 1
   DROPPED FROM CALENDAR
   AIGNMENT - 04/11/2005 at 8:30am 6
   4/11/2005 DATE VACATED FOR DELAY REDUCTION  4/06/2005 - 04/06/2005
     at 8:30am 6, DELAY REDUCTION, CITED TO APPEAR, FIRST APPEARANCE,

04/06/2005 DE 1      Courtroom Minutes of Department 6

   HON: CFB  DDA: Brian J Kandel  CLK: BW
   Defendant present
   Counsel W. Mullan, Public Defender, appearing
   Public Defender appointed
   Pay $25 Public Defender Registration Fee
   Defense provided with copy of complaint
   Defendant advised of charges/allegations
   Case Dismissed - People's Motion - due to plea in SCR-460738




            *****   End of Docket   *****
```

```
SCR-460738      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page    1
                        CRIMINAL DOCKET        Printed  6/09/2008   12:13
```

Docket of
```
DE 1    ARIAS,NOE ORDONEZ                            Offense Date: 03/12/2005
   AKA:  ORDONEZ, NOE ARIAS                             DA #: DAR-503076
DOB 02/10/1981 DLN CA B6301052
```

Filed Charges
```
   M VC 14601.2(a) Convicted            M VC 14601.5(a) Dismissed
   I VC 16028(a) Dismissed
```

```
Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT       Agency #: SCY-050312038
Box Number: C00796                                  DA Location: 11890
================================================================================
```

03/12/2005 DE 1
```
   CITE FEE TO APPLY
```

03/28/2005 DE 1
```
   CONTINUED TO - 04/12/2005 at 8:30am 6, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT
   COMPLAINT FILED
   M VC 14601.2(a) w/ 3 Priors          M VC 14601.5(a) w/ 3 Priors
   I VC 16028(a)
```

04/01/2005 DE 1
```
   DROPPED FROM CALENDAR
   AIGNMENT - 04/12/2005 at 8:30am 6
    4/12/2005 DATE VACATED FOR DELAY REDUCTION  4/06/2005 - 04/06/2005
      at 8:30am 6, DELAY REDUCTION, CITED TO APPEAR, FIRST APPEARANCE,
```

04/06/2005 DE 1     Courtroom Minutes of Department 6

```
   HON: CFB  DDA: Brian J Kandel  CLK: BW
   Defendant present
   Counsel W. Mullan, Public Defender, appearing
   Public Defender appointed
   Pay $25 Public Defender Registration Fee
   Defense provided with copy of complaint
   Defendant advised of charges/allegations
   People ask for remand
   Remanded into custody
   Defendant informed of Right to Counsel
   Defendant informed of Time for Trial
   Defendant informed of Right to confront/cross exam witnesses
   Defendant informed of Right Against Self-Incrimination
   Defendant informed of Right to Jury and/or Court Trial
   Defendant Advised of Maximum Penalties
```

**0039**

SCR-460738    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 2

04/06/2005 DE 1    Courtroom Minutes of Department 6    (continued)
    Defendant advised of Future Consequences
    Defendant understands and waives each right
    Defense Counsel joins in Waiver of rights
    Tahl Waiver filed
    Defendant pleads Nolo Contendere to count I VC 14601.2(a)
    CONVICTED TO COUNT I VC 14601.2(a)
    Count II VC 14601.5(a) Dismissed, People's Motion
    Count III VC 16028(a) Dismissed, People's Motion
    Defendant admits 3 prior(s)
    Stipulate to Commissioner
    Conditional Sentence Granted 24 Month(s)
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Restitution Fine of $100 pursuant to Penal Code 1202.4(b)
    Fine of $20
    Fine payable by 12/31/2005
    Fine payable thru Clerk's Office
    Sentenced to serve 6 months in Jail ( from today ), forthwith.
    Work Furlough Referral
    Supervised Electric Confinement Referral

04/06/2005 DE 1
    AUTOMATED DL106 SENT TO DMV-SACRAMENTO

10/20/2005 DE 1
    CALENDAR ITEM - 11/02/2005 at 8:30am 9, POSS. VIOLATION OF
       PROBATION, AT D.A. REQUEST

10/28/2005 DE 1
    DROPPED FROM CALENDAR - 11/02/2005 at 8:30am 9

12/21/2005 DE 1
    CALENDAR ITEM - 01/03/2006 at 8:30am 9, POSS. VIOLATION OF
       PROBATION, AT D.A. REQUEST

12/28/2005 DE 1
    DROPPED FROM CALENDAR - 01/03/2006 at 8:30am 9

01/01/2006 DE 1
    CALENDAR ITEM - 01/04/2006 at 8:30am 4, POSS. VIOLATION OF
       PROBATION, AT D.A. REQUEST

**0040**

SCR-460738      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA      Page 3

01/04/2006 DE 1    Courtroom Minutes of Department 4

    HON: Dean A. Beaupre  DDA: Robert M. LaForge  REP: Barrie Hart  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant's true name is ARIAS, NOE ORDONEZ
    NO BAIL
    Probation Summarily Revoked
    CONTINUED TO - 01/06/2006 at 8:30am 4, VIOLATION OF PROBATION, TO
      TRAIL

01/06/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: TERI HOSMER  CLK: JT1
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Bail set at $1,000
    CONTINUED TO - 01/13/2006 at 9:00am 4, VIOLATION OF PROBATION, TO
      TRAIL

01/13/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: Ellen Cooper  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    CONTINUED TO - 01/18/2006 at 9:30am 4, VIOLATION OF PROBATION, TO
      TRAIL

01/17/2006 DE 1
    BAIL BOND REFERENCE #LG5377274 REC'D AND FILED IN THE AMOUNT OF
    $1000

01/18/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Sharmalee Rajakumaran  REP: S STANDISH  CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bail Declared Forfeited; Reference #LG5377274
    Bench Warrant to issue for $5,000
    B/W #5324108 issued in the amount of $5,000 for Contempt for
    Failure to Appear

01/18/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 01/20/2006 at 8:30am 4, WARRANT IN
      CUSTODYS

**0041**

SCR-460738     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 4

01/20/2006 DE 1     Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: CR
   Defendant present in custody
   Counsel C.Ogulnik, Public Defender, appearing
   Warrant #5324108 Recalled
   Bail set at $1,000
   CONTINUED TO - 01/23/2006 at 8:30am 4, VIOLATION OF PROBATION, TO
      TRAIL
   AND TO SHOW REASSUMPTION LETTER - BAIL

01/23/2006 DE 1     Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: Robert M. LaForge  REP: S STANDISH  CLK: BW
   No File
   Defendant present in custody
   Counsel C. Ogulnik, Public Defender, appearing
   Defendant waives time
   CONTINUED TO - 02/01/2006 at 9:30am 4, VIOLATION OF PROBATION, TO
      TRAIL

02/01/2006 DE 1     Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: JAMES PATRICK CASEY  REP: S STANDISH  CLK: BW
   Defendant present in custody
   Counsel C Ogulnik, Public Defender, appearing
   CONTINUED TO - 02/15/2006 at 8:30am 4, VIOLATION OF PROBATION, TO
      TRAIL

02/03/2006 DE 1
   BAIL BOND REFERENCE #LG5384714 REC'D AND FILED IN THE AMOUNT OF
   $1000

02/15/2006 DE 1     Courtroom Minutes of Department 4

   HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: BW
   Defendant present
   Counsel C. Ogulnik, Public Defender, appearing
   Bail Reinstated and Exonerated; Reference #LG5377274
   CONTINUED TO - 03/07/2006 at 8:30am 4, VIOLATION OF PROBATION, TO
      TRAIL

03/06/2006 DE 1
   ADDED TO CALENDAR BY JAIL - 03/08/2006 at 8:30am 9, IN CUSTODY

03/07/2006 DE 1
   DROPPED FROM CALENDAR - 03/08/2006 at 8:30am 9

**0042**

SCR-460738     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 5

03/07/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Defendant waives time
    CONTINUED TO - 04/07/2006 at 9:00am 4, VIOLATION OF PROBATION, TO
      TRAIL

03/23/2006 DE 1
    CONTINUED TO - 04/12/2006 at 8:30am 9, POSS. VIOLATION OF
      PROBATION, AT D.A. REQUEST

04/03/2006 DE 1
    TIME ACCOUNT TRANSFERRED TO COURT COLLECTIONS (IBM)

04/07/2006 DE 1     Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson  REP: S STANDISH  CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Motion for Supervised OR granted with standard terms
    Conditions of SOR attached.
    Release from Custody
    Make all Court appearances and appointments.
    Report to your Probation Officer as directed (or immediately upon
    release) - Monday, 4/10/2006, at 11am at SOR Office
    Observe curfew as directed
    Do not possess or use any alcohol
    Not possess or use controlled substances or associated
    paraphernalia without valid prescription
    Do not contact - stay away from 18068 Myrtle Ln., Boyes Hot Springs,
    CA
    Submit to random chemical tests
    Defendant to submit to warrantless search and seizure of person,
    property, or vehicle at any time day or night;
    Submit to warrantless search/seizure of residence any time day or
    reasonable hr. night by any Prob./Law Enforc. Off.
    Stay out of places where alcoholic beverages are the primary item
    of sale (no bars or liquor stores)
    Commence/continue education, counseling and other rehabilitation
    programs as directed
    Not to own/possess/use any firearms
    Possess NO weapons
    Not to own/possess/use any weapons or any ammunition
    Seek/maintain employment or enroll in educational program
    Inform your Probation Officer as to your residence and employment
    Inform your Probation Officer of your court dates

SCR-460738       SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 6

04/07/2006 DE 1    Courtroom Minutes of Department 4   (continued)
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    Defendant agrees to terms and conditions of Supervised Own
    Recognizance Release
    Defendant waives time
    CONTINUED TO - 05/11/2006 at 9:00am 4, VIOLATION OF PROBATION, TO
       TRAIL
    Bail Exonerated; Reference #LG5384714

04/07/2006 DE 1
    OWN RECOGNIZANCE AGREEMENT TO APPEAR FILED

04/10/2006 DE 1
    DROPPED FROM CALENDAR - 04/12/2006 at 8:30am 9

04/18/2006 DE 1
    CONTINUED TO - 04/19/2006 at 8:30am 4, VIOLATION OF SUPERVISE OR,
    AT PROBATION REQUEST

04/19/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon  REP: S STANDISH  CLK: CR
    Defendant not present
    Counsel C. Ogulnik, Public Defender, appearing
    Bench Warrant to issue for $1,000
    B/W #5328365 issued in the amount of $1,000 for Violation of
    Supervised OR
    Supervised OR Revoked
    Probation report filed
    CONTINUED TO - 05/11/2006 at 9:00am 4, VIOLATION OF PROBATION, TO
       TRAIL

05/05/2006 DE 1
    ADDED TO CALENDAR BY JAIL - 05/09/2006 at 8:30am 4, WARRANT IN
       CUSTODYS

05/09/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Alexander J. McMahon   REP: S STANDISH   CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Warrant #5328365 Recalled
    Bail set at $1,000

**0044**

SCR-460738      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 7

05/09/2006 DE 1    Courtroom Minutes of Department 4    (continued)
    Defendant waives time
    DROPPED FROM CALENDAR - 05/11/2006 at 9:00am 4
    CONTINUED TO - 06/05/2006 at 9:00am 4, DISPOSITION, TO TRAIL

06/05/2006 DE 1    Courtroom Minutes of Department 4

    HON: Rene A. Chouteau  DDA: Anne Masterson   REP: SHELLY BERG   CLK: CR
    Defendant present in custody
    Counsel C. Ogulnik, Public Defender, appearing
    Probation Reinstated
    Probation Terminated Unsuccessfully

07/05/2006 DE 1
    AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

03/01/2007 DE 1
    TIME ACCOUNT TRANSFERRED TO GC SERVICES FOR COLLECTION (IBM)




                    *****   End of Docket   *****



**0045**

```
SCR-460775        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page   1
                          CRIMINAL DOCKET            Printed  6/09/2008   12:13
```

Docket of
```
  DE 1   ORDONEZ, NOE ARIAS                        Offense Date: 03/04/2005
     AKA:  ARIAS, NOE                                DA #: DAR-502985
  DOB 02/10/1981 DLN CA B6301052
```

Filed Charges
```
  M VC 14601.2(a) Dismissed          M VC 14601.5(a) Dismissed
  I VC 16028(a) Dismissed            I VC 22450 Dismissed
```

```
Arresting Agency: SANTA ROSA POLICE DEPARTMENT
Box Number: C00332                              Agency #: SRO-054074
                                               DA Location: 11890
```
=======================================================================================

03/04/2005 DE 1
    CITE FEE TO APPLY

03/28/2005 DE 1
    CONTINUED TO - 04/06/2005 at 8:30am 9, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT
    COMPLAINT FILED
    M VC 14601.2(a) w/ 3 Priors        M VC 14601.5(a) w/ 3 Priors
    I VC 16028(a)                      I VC 22450

04/01/2005 DE 1
    DROPPED FROM CALENDAR - 04/06/2005 at 8:30am 9
    4/06/2005 DATE VACATED FOR DELAY REDUCTION  4/06/2005 - 04/06/2005
     at 8:30am 6, DELAY REDUCTION, CITED TO APPEAR, FIRST APPEARANCE,

04/06/2005 DE 1     Courtroom Minutes of Department 6

    HON: CFB  DDA: Brian J Kandel  CLK: BW
    Defendant present
    Counsel W. Mullan, Public Defender, appearing
    Public Defender appointed
    Defense provided with copy of complaint
    Defendant's true name is Ordonez, Noe Arias
    Defendant advised of charges/allegations
    Case Dismissed - People's Motion - due to plea in SCR-460738

              *****   End of Docket   *****
```

**0046**

TCR-425970     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page     1
                         CRIMINAL DOCKET          Printed  6/09/2008   12:13


Docket of
  DE 1    ORDONEZ, NOE ARIAS                       Offense Date: 08/12/2003
  DOB 02/10/1981 DLN CA B6301052                   DA #: DAR-469931

    Filed Charges
    M VC 14601.1(a) Dismissed              M VC 4462.5 Dismissed
    I VC 16028(a) Dismissed

Arresting Agency: PETALUMA POLICE DEPARTMENT          Agency #: PET-035396
Box Number: C00332                                   DA Location: 11891
=============================================================================

08/12/2003 DE 1
    CITE FEE TO APPLY

08/22/2003 DE 1
    COMPLAINT FILED
    M VC 14601.1(a) w/ 3 Priors           M VC 4462.5
    I VC 16028(a)

08/27/2003 DE 1
    CONTINUED TO - 09/03/2003 at 8:30am M15, CITED TO APPEAR, FIRST
        APPEARANCE, ARRAIGNMENT

09/03/2003 DE 1     Courtroom Minutes of Department M15

    HON: G GUYNUP  DDA: Cindy A Broadbent   CLK: SR
    Defendant not present
    Bench Warrant to issue for $5,000
    B/W #5283873 issued in the amount of $5,000 for Failure to Appear
    on Citation per PC 853.7
    Do not cite out / OR

09/30/2004 DE 1
    ADDED TO CALENDAR BY JAIL - 10/01/2004 at 8:30am 9, WARRANT IN
        CUSTODYS
    CALENDAR DROPPED BY JAIL - 10/01/2004 at 8:30am 9

10/01/2004 DE 1
    Warrant #5283873 Recalled Defendant Bailed To Appear
    BAIL BOND REFERENCE #S0500881251 REC'D AND FILED IN THE AMOUNT OF
    $5000
    CALENDAR ITEM - 10/04/2004 at 8:30am 15, BTA/WARRANT, ARRAIGNMENT

**0047**

TCR-425970    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

10/04/2004 DE 1    Courtroom Minutes of Department 15

```
HON: Larry Ornell  DDA: Amy Zurn  CLK: BW
Defendant present
Counsel R. Lopez, Public Defender, appearing
Public Defender appointed
Pay $25 Public Defender Registration Fee
Defense provided with copy of complaint
Defendant advised of charges/allegations
Stipulates to arraignment
Defendant advised of constitutional rights
Defendant waives reading of Complaint
Defendant waives advisement of Constitutional rights
Defendant informed of Right to Counsel
Defendant waives time
Defendant pleads Not Guilty to count I VC 14601.1(a)
Defendant pleads Not Guilty to count II VC 4462.5
Defendant pleads Not Guilty to count III VC 16028(a)
Prior(s) Denied
Settlement Conference Set - 11/01/2004 at 1:30pm 15, SETTLEMENT
    CONFERENCE
```

11/01/2004 DE 1    Courtroom Minutes of Department 15

```
HON: Larry Ornell  DDA: Amy Zurn  CLK: BW
Defendant present
Counsel J. Bisbiglia, Public Defender, appearing
Defendant waives time
Settlement Conference Held
CONTINUED TO - 12/09/2004 at 8:30am 15, PROOF OF LICENSE
```

12/09/2004 DE 1    Courtroom Minutes of Department 15

```
HON: DB  DDA: Jason Riehl  CLK: BW
Defendant present
Counsel J.Bisbiglia, Public Defender, appearing
Peo offer ct 1
Defendant Waives Right to Jury Trial
People waive Jury trial
Stipulate to Commissioner Bonilla
Defense stipulates to driving
Court Trial Set - 02/16/2005 at 10:30am 15, COURT TRIAL
```

**0048**

```
TCR-425970      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 3
```

<u>02/16/2005 DE 1     Courtroom Minutes of Department 15  </u>

```
    HON: CFB  DDA: Jason Riehl  CLK: BW
    Defendant not present
    Counsel J. Bisbiglia, Public Defender, appearing
    Bail Declared Forfeited; Reference #S0500881251
    Bench Warrant to issue for $10,000
    B/W #5307766 issued in the amount of $10,000 for Contempt for
    Failure to Appear
    Court Trial Vacated
```

<u>03/04/2005 DE 1  </u>
```
    BAIL SUSPENDED - DEFENDANT CITED ON WARRANT
```

<u>03/08/2005 DE 1  </u>
```
    Warrant #5307766 Recalled Defendant Cited To Appear
    CONTINUED TO - 04/06/2005 at 8:30am 6, CTA/WARRANT
```

<u>03/09/2005 DE 1  </u>
```
    Bail Reinstated and Exonerated; Reference #S0500881251
```

<u>04/06/2005 DE 1     Courtroom Minutes of Department 6   </u>

```
    HON: CFB  DDA: Brian J Kandel  CLK: BW
    Defendant present
    Counsel W. Mullan, Public Defender, appearing
    People ask for remand
    Case Dismissed - People's Motion - due to plea in SCR-460738
```

```
            *****   End of Docket    *****
```

**0049**

```
MCR-410077      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page    1
                          CRIMINAL DOCKET        Printed  6/09/2008   12:13


  Docket of
  DE 1    ARIAS,NOE ORDONEZ                          Offense Date: 11/06/2002
  DOB 02/10/1981 DLN CA B6301052                     DA #: DAR-454985

     Filed Charges
     M HS 11377(a) Dismissed

  Arresting Agency: SONOMA COUNTY SHERIFF'S DEPT          Agency #: SCY-02110653
  Box Number: 105354                                      DA Location: 09525
  =============================================================================

  11/07/2002 DE 1
     DROPPED FROM CALENDAR - 11/08/2002 at 8:30am M13
     CONTINUED TO - 11/08/2002 at 8:30am M1, ON VIEW
     RECALENDARED BY DA - 11/08/2002 at 8:30am M9, ON VIEW
     DIVERSION INELIGIBILTY FILED
     COMPLAINT FILED
     M HS 11377(a)
     DROPPED FROM CALENDAR - 11/08/2002 at 8:30am M9
     CONTINUED TO - 11/08/2002 at 8:30am M1, ON VIEW

  11/08/2002 DE 1    Courtroom Minutes of Department M1

     HON: R.DALE  DDA: Bruce G. Enos  REP: S STANDISH  CLK: KLK
     Defendant present in custody
     Counsel J. Lemmon appearing
     Counsel appearing generally
     Defendant handed copy of complaint
     Defendant handed copy of report
     Defendant duly arraigned, advised of charges/allegations
     Defendant stipulates to due and proper arraignment
     Waives reading of complaint
     Probation Officer R. Turner present
     Defendant referred to 1210 PC Court Program
     Bail reduced to $2000
     Defendant waives time
     Defendant pleads Not Guilty to count I HS 11377(a)
     Case Referred to Probation Department for RPO
     Re: Release on Own Recognizance or Bail Reduction
     CONTINUED TO - 11/13/2002 at 8:30am M1, RPO/BAIL REDUCTION
     Settlement Conference Set - 11/18/2002 at 10:00am M1, SETTLEMENT
        CONFERENCE
```

**0050**

MCR-410077    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

11/13/2002 DE 1    Courtroom Minutes of Department M1

    HON: R.DALE  DDA: Bruce G. Enos  REP: F SANDERS  CLK: KLK
    Defendant present in custody
    Counsel John F LemMon appearing
    Probation Officer T. Kalata present
    Bail remains as set
    Court indicates 1 year total if no prob
    Probation report filed
    Settlement Conference Set - 11/18/2002 at 10:00am M1, SETTLEMENT
      CONFERENCE

11/18/2002 DE 1    Courtroom Minutes of Department M1

    HON: R.DALE  DDA: Bruce G. Enos  REP: F SANDERS  CLK: KLK
    Defendant present in custody
    Counsel John F Lemmon appearing
    Settlement Conference Held
    Case Dismissed - People's Motion

12/04/2002 DE 1
    AUTOMATED 8715 REPORT ISSUED

\*\*\*\*\*    End of Docket    \*\*\*\*\*

**0051**

```
TCR-408617    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page    1
                           CRIMINAL DOCKET         Printed  6/09/2008   12:13


Docket of
DE 1    ARIAS,NOE ORDONEZ                          Offense Date: 09/26/2002
DOB 02/10/1981 DLN CA B6301052                     DA #: DAR-453786

    Filed Charges
    M VC 23152(a) Dismissed              M VC 23152(b) Convicted
    M VC 14601.5(a) Dismissed

Arresting Agency: CALIFORNIA HIGHWAY PATROL            Agency #: CHP-08801RM
Box Number: 105366                                    DA Location: 09525
================================================================================
09/27/2002 DE 1
    ADDED TO CALENDAR BY JAIL - 09/30/2002 at 8:30am M9, ON VIEW
    CALENDAR DROPPED BY JAIL - 09/30/2002 at 8:30am M9
    BAIL BOND REFERENCE #A50088407 REC'D AND FILED IN THE AMOUNT OF
    $1000
    CALENDAR ITEM - 10/17/2002 at 8:30am M9, BAILED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT

10/16/2002 DE 1
    COMPLAINT FILED
    M VC 23152(a)                        M VC 23152(b)
    M VC 14601.5(a) w/ 2 Priors

10/17/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: Dena Meierhenry  CLK: PJS
    Defendant is not present
    Bail Declared Forfeited; Reference #A50088407
    Bench Warrant to issue for $2,000
    B/W #5269923 issued in the amount of $2,000 for Failure to Appear
    on Bail per PC 979

10/29/2002 DE 1
    CONTINUED TO - 10/29/2002 at 9:30am M9, CLEAR WARRANT, AT
      ATTORNEY'S REQUEST

10/29/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: Carey Shimon  CLK: PJS
    Defendant present
    Counsel John F Lemmon appearing
    Counsel appearing generally
    Defendant handed copy of complaint
    Defendant handed copy of report
```

**0052**

TCR-408617    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 2

<u>10/29/2002 DE 1    Courtroom Minutes of Department M9</u>    (continued)
    Defendant stipulates to due and proper arraignment
    Waives reading of complaint
    People offer 23103.5 VC and Count 3
    Court indicates 60 days work release
    Bail Reinstated; Reference #A50088407
    Warrant #5269923 Recalled
    Defendant waives time
    Affidavit of Reassumption of Liability filed
    Defendant pleads Not Guilty to count I VC 23152(a)
    Defendant pleads Not Guilty to count II VC 23152(b)
    Defendant pleads Not Guilty to count III VC 14601.5(a)
    Settlement Conference Set - 12/02/2002 at 10:30am M9, SETTLEMENT
        CONFERENCE

<u>11/12/2002 DE 1</u>
    CONTINUED TO - 11/13/2002 at 8:30am M1, TO TRAIL, WITH OTHER CASES,
        AT JUDGE'S REQUEST

<u>11/13/2002 DE 1    Courtroom Minutes of Department M1</u>

    HON: R.DALE  DDA: Bruce G. Enos   REP: F SANDERS   CLK: KLK
    Defendant present in custody - not on this case
    Counsel John F LemMon appearing
    Settlement Conference Reset - 11/18/2002 at 10:00am M1, SETTLEMENT
        CONFERENCE
    DROPPED FROM CALENDAR - 12/02/2002 at 10:30am M9

<u>11/18/2002 DE 1    Courtroom Minutes of Department M1</u>

    HON: R.DALE  DDA: Bruce G. Enos   REP: F SANDERS   CLK: KLK
    Defendant present in custody
    Counsel John F Lemmon appearing
    Defendant informed of Alien Advisement
    Defendant Advised of Maximum Penalties
    Tahl Waiver filed
    Count I VC 23152(a) Dismissed
    Defendant withdraws plea of not guilty and enters plea of GUILTY to
    count II VC 23152(b)
    CONVICTED TO COUNT II VC 23152(b)
    Count III VC 14601.5(a) Dismissed
    Court finds Defendant knowingly, intelligently, freely and
    voluntarily waives rights
    Defendant waives time for sentencing
    Settlement Conference Held
    No legal cause why judgment should not be pronounced
    Probation Denied
    Restitution fine $100 pursuant to Penal Code 1202.4(b) waived

**0053**

TCR-408617    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

<u>11/18/2002 DE 1    Courtroom Minutes of Department M1</u>    (continued)
    Sentenced to serve 6 months in Jail, forthwith.
    Court denies County Parole, early release programs. Work release –
    denied. Work furlough – denied. Supervised electronic confinement –
    denied.
    Defendant sentenced to jail time on 2 cases this date
    Bail Exonerated; Reference #A50088407

<u>11/18/2002 DE 1</u>
    AUTOMATED DL106 SENT TO DMV-SACRAMENTO




                    *****   End of Docket   *****


                                                                0054

```
MCR-391520    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA              Page    1
                          CRIMINAL DOCKET          Printed  6/09/2008   12:13


Docket of
DE 1    ARIAS,NOE ORDONEZ                              Offense Date: 12/29/2001
DOB 02/10/1981 DLN CA B6301052                        DA #: DAR-437669

    Filed Charges
    M HS 11377(a) Convicted

Arresting Agency: SONOMA POLICE DEPARTMENT               Agency #: SON-012094
Box Number: 110477                                      DA Location: 09519
================================================================================

12/31/2001 DE 1
    RECALENDARED BY DA - 01/02/2002 at 8:30am M9, ON VIEW
    COMPLAINT FILED
    M HS 11377(a)
    DROPPED FROM CALENDAR - 01/02/2002 at 8:30am M9
    CONTINUED TO - 01/02/2002 at 8:30am M1, ON VIEW
    CALENDAR DROPPED BY JAIL - 01/02/2002 at 8:30am M1

01/02/2002 DE 1
    BAIL BOND REFERENCE #A50053508 REC'D AND FILED IN THE AMOUNT OF
    $5000
    CALENDAR ITEM - 01/09/2002 at 8:30am M9, BAILED TO APPEAR
    DROPPED FROM CALENDAR - 01/09/2002 at 8:30am M9
     1/09/2002 DATE VACATED FOR DELAY REDUCTION  1/03/2002 - 01/03/2002
      at 8:30am M9, DELAY REDUCTION, BAILED TO APPEAR

01/03/2002 DE 1    Courtroom Minutes of Department M9

    HON: T.J. DE JUNG   DDA: Dena Meierhenry  CLK: JL
    Defendant present
    Counsel John F Lemmon appearing
    Counsel appearing generally
    Defendant handed copy of report
    Defendant duly arraigned, advised of charges/allegations
    Defendant stipulates to due and proper arraignment
    Waives reading of complaint
    Defendant waives time
    Defendant pleads Not Guilty to count I HS 11377(a)
    Settlement Conference Set - 02/25/2002 at 10:30am M9, SETTLEMENT
      CONFERENCE
```

**0055**

MCR-391520    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 2

<u>02/25/2002 DE 1    Courtroom Minutes of Department M9  </u>

    HON: Rene A. Chouteau  DDA: Juliette Olson  CLK: PJS
    Defendant present
    Counsel John F Lemmon appearing
    Defendant referred to Project Intercept - contact within 48 hours
    Settlement Conference Held
    CONTINUED TO - 04/29/2002 at 8:30am M9, PLEA, RE:DIVERSION

<u>04/29/2002 DE 1    Courtroom Minutes of Department M9  </u>

    HON: Dean A. Beaupre  DDA: Christine Bogosian  CLK: PJS
    Defendant is not present
    Counsel J Lemmon not present P Ottenweller appearing
    Bench Warrant to issue for $5000
    EXECUTION STAYED
    CONTINUED TO - 05/02/2002 at 8:30am M9, FURTHER PROCEEDINGS,
      RE:DIVERSION

<u>05/02/2002 DE 1    Courtroom Minutes of Department M9  </u>

    HON: Rene A. Chouteau  DDA: Christine Bogosian  CLK: PJS
    Defendant present
    Counsel J. Lemmon not present J. Hoppe appearing
    Bench Warrant withdrawn
    Defendant re-referred to Project Intercept - contact within 48 hours
    CONTINUED TO - 06/14/2002 at 8:30am M9, PLEA, RE:DIVERSION

<u>05/07/2002 DE 1  </u>
    CALENDARED FOR DELAY REDUCTION  5/09/2002 - 05/09/2002 at 8:30am
      M9, DELAY REDUCTION, PLEA, RE:DIVERSION

<u>05/09/2002 DE 1    Courtroom Minutes of Department M9  </u>

    HON: Rene A. Chouteau  DDA: Christine Bogosian  CLK: PJS
    Defendant is not present
    Counsel J Lemmon not present P Ottenweller appearing
    CONTINUED TO - 06/14/2002 at 8:30am M9, PLEA, RE:DIVERSION

<u>06/14/2002 DE 1    Courtroom Minutes of Department M9  </u>

    HON: Dean A. Beaupre  DDA: Juliette Olson  CLK: JP1
    Defendant is not present
    Counsel John F Lemmon appearing
    CONTINUED TO - 06/28/2002 at 8:30am M9, APPEARANCE OF DEFENDANT,
      POSSIBLE DIVERSION

MCR-391520    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 3

06/28/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: Juliette Olson  CLK: PJS
Defendant present
Counsel John F Lemmon appearing
Defendant re-referred to Project Intercept - contact within 48 hours
CONTINUED TO - 08/15/2002 at 8:30am M9, PLEA, RE:DIVERSION
Last chance for Diversion

08/15/2002 DE 1    Courtroom Minutes of Department M9

    HON: T.J. DE JUNG DDA: Carey Shimon  CLK: JL
Defendant is not present
Counsel John F Lemmon appearing
Defendant waives time
Project Intercept Memo filed
CONTINUED TO - 09/09/2002 at 8:30am M9, FURTHER PROCEEDINGS

09/09/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: Carey Shimon  CLK: PJS
Defendant is not present
Counsel John F Lemmon appearing
CONTINUED TO - 09/24/2002 at 8:30am M9, PLEA, RE:DIVERSION

09/24/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: JULIA K. FREIS  CLK: PJS
Defendant is not present
Counsel John F Lemmon appearing
Bench Warrant to issue for $3,000
EXECUTION STAYED
CONTINUED TO - 10/02/2002 at 8:30am M9, PLEA, RE:DIVERSION, LAST
    CONTINUANCE

10/02/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: Dena Meierhenry  CLK: PJS
Defendant present
Counsel John F Lemmon appearing
Defendant stipulates to factual basis for plea
Enters Arbuckle Waiver
Court finds factual basis for plea
Project Intercept Accepted.  Count(s) 1
GUILTY plea with deferred entry of judgment

**0057**

MCR-391520    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 4

<u>10/02/2002 DE 1    Courtroom Minutes of Department M9  </u> (continued)
     Diversion restitution fee of $100, due 1-2-2003, pursuant to PC
     1001.90(b) through clerk's office
     Bail Exonerated; Reference #A50053508

<u>10/23/2002 DE 1 </u>
     B/W #5270173 ISSUED IN THE AMOUNT OF $5,000 FOR FAILURE TO COMPLY
     WITH DRUG DIVERSION PROGRAM
     HAS BEEN TERMINATED FROM DRUG DIVERSION AS OF 10/16/2002 FOR
     FAILURE TO COMPLY W/PROGRAM REQUIREMENTS OR FOLLOW UP APPOINTMENT.

<u>11/07/2002 DE 1 </u>
     ADDED TO CALENDAR BY JAIL - 11/08/2002 at 8:30am M13, WARRANT IN
       CUSTODYS
     DROPPED FROM CALENDAR - 11/08/2002 at 8:30am M13
     CONTINUED TO - 11/08/2002 at 8:30am M1, WARRANT IN CUSTODYS

<u>11/08/2002 DE 1    Courtroom Minutes of Department M1  </u>

     HON: R.DALE  DDA: Bruce G. Enos   REP: S STANDISH  CLK: KLK
     Defendant present in custody
     Counsel John F Lemmon appearing
     Warrant #5270173 Recalled
     Bail set at $5000
     Case Referred to Probation Department for RPO
     Re: Release on Own Recognizance or Bail Reduction
     CONTINUED TO - 11/13/2002 at 8:30am M1, RPO/BAIL REDUCTION

<u>11/13/2002 DE 1    Courtroom Minutes of Department M1  </u>

     HON: R.DALE  DDA: Bruce G. Enos   REP: F SANDERS  CLK: KLK
     Defendant present in custody
     Counsel John F LemMon appearing
     Probation Officer T. Kalata present
     Bail remains as set
     Probation report filed in MCR-410077
     CONTINUED TO - 11/18/2002 at 10:00am M1, FURTHER PROCEEDINGS, FOR
       SENTENCING

<u>11/18/2002 DE 1    Courtroom Minutes of Department M1  </u>

     HON: R.DALE  DDA: Bruce G. Enos   REP: F SANDERS  CLK: KLK
     Defendant present in custody
     Counsel John F Lemmon appearing
     Defendant informed of Alien Advisement
     Defendant Advised of Maximum Penalties
     Defendant withdraws plea of not guilty and enters plea of GUILTY to
     count I HS 11377(a)

**0058**

MCR-391520    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 5

11/18/2002 DE 1    Courtroom Minutes of Department M1    (continued)
     CONVICTED TO COUNT I HS 11377(a)
     Defendant pleads guilty nunc pro tunc to 10/2/2002.
     Probation Denied
     Restitution fine $100 pursuant to Penal Code 1202.4(b) waived
     Defendant sentenced to jail time on 2 cases this date
     Sentenced to serve 6 months in Jail ( W/CTS. ), forthwith.
     Court denies County Parole, early release programs. Work release –
     denied. Work furlough – denied. Supervised electronic confinement –
     denied.

12/04/2002 DE 1
     AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

03/14/2003 DE 1
     REQUEST FOR OVER THE COUNTER MODIFICATION

03/14/2003 DE 1    Courtroom Minutes of Department M9

     HON: SJ  CLK: KDH
     ---------- In Chambers Minutes in M9 ----------
     Probation Modified
     All other terms and conditions remain in full force and effect
     Fine of $100
     Fine payable by 06/15/2003

03/27/2003 DE 1
     AUTOMATED 8715 SUBSEQUENT ACTION ISSUED

11/03/2003 DE 1
     TIME ACCOUNT TRANSFERRED TO COURT COLLECTIONS (IBM)

11/05/2003 DE 1
     FINE PAID IN FULL-DATE 11/05/2003 REC #2129260 $100.00 (IBM)


                    *****   End of Docket   *****


                                                            **0059**

```
TCR-380609    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page    1
                          CRIMINAL DOCKET          Printed  6/09/2008   12:14


Docket of
DE 1    ORDONEZ, NOE ARIAS                        Offense Date: 05/31/2001
   AKA:  ARIAS, NOE                               DA #: DAR-427371
DOB 02/10/1981 DLN CA B6301052

    Filed Charges
    M VC 14601(a) Dismissed              M VC 14601.5(a) Convicted

Arresting Agency: NAPA CHP                        Agency #: NHP-00341PR
Box Number: 110402                               DA Location: 09519
================================================================================

05/31/2001 DE 1
   CITE FEE TO APPLY

06/19/2001 DE 1
   COMPLAINT FILED
   M VC 14601(a)                        M VC 14601.5(a)

06/21/2001 DE 1
   CONTINUED TO - 08/01/2001 at 8:30am M9, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT

08/01/2001 DE 1     Courtroom Minutes of Department M9

   HON: G GUYNUP  DDA: TROYE K. SHAFFER  CLK: JL
   Defendant not present
   Bench Warrant to issue for $3,000
   B/W #5250019 issued in the amount of $3,000 for Failure to Appear
   on Citation per PC 853.7

08/20/2001 DE 1
   Warrant #5250019 Recalled Defendant Cited To Appear
   CONTINUED BY CITE TO - 09/17/2001 at 8:30am M9, CTA/WARRANT,
      ARRAIGNMENT

09/17/2001 DE 1     Courtroom Minutes of Department M9

   HON: G GUYNUP  DDA: TROYE K. SHAFFER  CLK: JL
   Defendant not present
   Bench Warrant to issue for $3000
   B/W #5252332 issued in the amount of $3,000 for Failure to Appear
   on Citation per PC 853.7
   Do not cite out / OR
```

**0060**

TCR-380609    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 2

12/29/2001 DE 1
    ADDED TO CALENDAR BY JAIL - 01/02/2002 at 8:30am M13, WARRANT IN
        CUSTODYS

12/31/2001 DE 1
    DROPPED FROM CALENDAR - 01/02/2002 at 8:30am M13
    CONTINUED TO - 01/02/2002 at 8:30am M1, WARRANT IN CUSTODYS
    CALENDAR DROPPED BY JAIL - 01/02/2002 at 8:30am M1

01/02/2002 DE 1
    Warrant #5252332 Recalled Defendant Bailed To Appear
    BAIL BOND REFERENCE #A50053509 REC'D AND FILED IN THE AMOUNT OF
    $3000
    CALENDAR ITEM - 01/03/2002 at 8:30am M9, BTA/WARRANT, ARRAIGNMENT

01/03/2002 DE 1    Courtroom Minutes of Department M9

    HON: T.J. DE JUNG  DDA: Dena Meierhenry  CLK: JL
    Defendant present
    Counsel John F Lemmon appearing
    Counsel appearing generally
    Defendant handed copy of report
    Defendant duly arraigned, advised of charges/allegations
    Defendant stipulates to due and proper arraignment
    Waives reading of complaint
    Defendant waives time
    Defendant pleads Not Guilty to count I VC 14601(a)
    Defendant pleads Not Guilty to count II VC 14601.5(a)
    Settlement Conference Set - 02/25/2002 at 10:30am M9, SETTLEMENT
        CONFERENCE

02/25/2002 DE 1    Courtroom Minutes of Department M9

    HON: Rene A. Chouteau  DDA: Juliette Olson  CLK: PJS
    Defendant present
    Counsel John F Lemmon appearing
    Settlement Conference Held
    CONTINUED TO - 04/29/2002 at 8:30am M9, PROOF OF LICENSE

04/29/2002 DE 1    Courtroom Minutes of Department M9

    HON: Dean A. Beaupre  DDA: Christine Bogosian  CLK: PJS
    Defendant is not present
    Counsel J Lemmon not present P Ottenweller appearing
    Bench Warrant to issue for $5000
    EXECUTION STAYED
    CONTINUED TO - 05/02/2002 at 8:30am M9, PROOF OF LICENSE

**0061**

TCR-380609      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 3

<u>05/02/2002 DE 1     Courtroom Minutes of Department M9</u>

    HON: Rene A. Chouteau  DDA: Christine Bogosian  CLK: PJS
    Defendant present
    Counsel John F LemMon not present; J. Hoppe appearing
    Bench Warrant withdrawn
    CONTINUED TO - 05/09/2002 at 8:30am M9, PROOF OF LICENSE
    Last chance

<u>05/09/2002 DE 1     Courtroom Minutes of Department M9</u>

    HON: Rene A. Chouteau  DDA: Christine Bogosian  CLK: PJS
    Defendant is not present
    Counsel J. Lemmon not present P. Ottenweller appearing
    Defendant waives time
    Readiness Conference Set - 07/26/2002 at 9:30am M9, READINESS
      CONFERENCE
    Jury Trial Set - 07/30/2002 at 9:30am M9, JURY TRIAL
    CONTINUED TO - 06/14/2002 at 8:30am M9, PROOF OF LICENSE

<u>06/14/2002 DE 1     Courtroom Minutes of Department M9</u>

    HON: Dean A. Beaupre  DDA: Juliette Olson  CLK: JP1
    Defendant is not present
    Counsel John F Lemmon appearing
    DROPPED FROM CALENDAR - 07/26/2002 at 9:30am M9
    Trial date vacated - 07/30/2002 at 9:30am M9
    CONTINUED TO - 06/28/2002 at 8:30am M9, APPEARANCE OF DEFENDANT

<u>06/28/2002 DE 1     Courtroom Minutes of Department M9</u>

    HON: Rene A. Chouteau  DDA: Juliette Olson  CLK: PJS
    Defendant is not present
    Counsel John F Lemmon appearing
    CONTINUED TO - 08/15/2002 at 8:30am M9, PROOF OF LICENSE

<u>08/15/2002 DE 1     Courtroom Minutes of Department M9</u>

    HON: T.J. DE JUNG  DDA: Carey Shimon  CLK: JL
    Defendant is not present
    Counsel John F Lemmon appearing
    Defendant waives time
    CONTINUED TO - 09/09/2002 at 8:30am M9, FURTHER PROCEEDINGS

TCR-380609    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 4

<u>09/09/2002 DE 1    Courtroom Minutes of Department M9</u>

    HON: Rene A. Chouteau  DDA: Carey Shimon  CLK: PJS
Defendant is not present
Counsel John F Lemmon appearing
CONTINUED TO - 09/24/2002 at 8:30am M9, PROOF OF LICENSE

<u>09/24/2002 DE 1    Courtroom Minutes of Department M9</u>

    HON: Rene A. Chouteau  DDA: JULIA K. FREIS  CLK: PJS
Defendant is not present
Counsel John F Lemmon appearing
Bench Warrant to issue for $3,000
EXECUTION STAYED
CONTINUED TO - 10/02/2002 at 8:30am M9, PROOF OF LICENSE, LAST
   CONTINUANCE

<u>10/02/2002 DE 1    Courtroom Minutes of Department M9</u>

    HON: Rene A. Chouteau  DDA: Dena Meierhenry  CLK: PJS
Defendant present
Counsel John F Lemmon appearing
Defendant understands and waives each right
Tahl Waiver filed
Count I VC 14601(a) Dismissed
Defendant withdraws plea of not guilty and enters plea of NO
CONTEST to count II VC 14601.5(a)
CONVICTED TO COUNT II VC 14601.5(a)
Defendant stipulates to factual basis for plea
Court finds factual basis for plea
Court makes finding of guilt
Defendant waives time for sentencing
Imposition of Judgment Suspended
Conditional Sentence Granted 36 Month(s) - order filed
Be of good conduct and obey all laws
Do not drive without California Driver's License and Insurance in
effect
Restitution Fine of $100 pursuant to Penal Code 1202.4(b)
Fine of $200
Fine payable at $50 month, beginning 11/1/2002 plus processing fee
Fine payable thru Clerk's Office
Defendant to pay Cite fee
Bail Exonerated; Reference #A50053509

<u>10/09/2002 DE 1</u>
    AUTOMATED DL106 SENT TO DMV-SACRAMENTO

**0063**

TCR-380609    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page 5

03/03/2003 DE 1
    TIME ACCOUNT TRANSFERRED TO COURT COLLECTIONS (IBM)

09/16/2004 DE 1
    FINE PAID IN FULL-DATE 09/16/2004 REC #2232061 $35.00 (IBM)

03/28/2005 DE 1
    CALENDAR ITEM - 04/06/2005 at 8:30am 9, POSS. VIOLATION OF
        PROBATION, AT D.A. REQUEST
    CALENDAR ITEM - 04/12/2005 at 8:30am 6, POSS. VIOLATION OF
        PROBATION, AT D.A. REQUEST
    CALENDAR ITEM - 04/11/2005 at 8:30am 6, POSS. VIOLATION OF
        PROBATION, AT D.A. REQUEST

04/01/2005 DE 1
    CALENDARED FOR DELAY REDUCTION  4/06/2005 - 04/06/2005 at 8:30am 6,
        DELAY REDUCTION, POSS. VIOLATION OF PROBATION, AT D.A. REQUEST
    DROPPED FROM CALENDAR - 04/06/2005 at 8:30am 9
    DROPPED FROM CALENDAR - 04/11/2005 at 8:30am 6
    DROPPED FROM CALENDAR - 04/12/2005 at 8:30am 6

04/06/2005 DE 1    Courtroom Minutes of Department 6

    HON: CFB  DDA: Brian J Kandel  CLK: BW
    No file
    Defendant present
    Counsel W. Mullan, Public Defender, appearing
    Public Defender appointed
    Pay $25 Public Defender Registration Fee
    Defense Counsel John F Lemmon not present
    Counsel Relieved
    Defendant's true name is Ordonez, Noe Arias
    Defendant advised of charges/allegations
    Violation of Probation Dropped
    All other terms and conditions remain in full force and effect

10/02/2005 DE 1
    Conditional Sentence Term Expired

10/11/2005 DE 1
    AUTOMATED 8715 SUBSEQUENT ACTION ISSUED




                    *****   End of Docket   *****




**0064**

```
TCR-359967     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page    1
                         CRIMINAL DOCKET          Printed  6/09/2008   12:14
```

Docket of
```
  DE 1    ARIAS, NOE                               Offense Date: 06/18/2000
  DOB 02/10/1981 DLN CA B6301052                        DA #: SNP-001043
```

    Filed Charges
```
  M VC 14601.5(a) Dismissed           M VC 14601.1(a) Convicted
  I VC 21453(a) Dismissed             I VC 16028(a) Dismissed
```

```
Arresting Agency: SONOMA POLICE DEPARTMENT          Agency #: SON-001043
Box Number: 91550                               DA Location:
================================================================================
```

06/18/2000 DE 1
     CITE FEE TO APPLY

07/03/2000 DE 1
```
     CONTINUED TO - 07/11/2000 at 8:30am M9, CITED TO APPEAR, FIRST
        APPEARANCE, ARRAIGNMENT
     COMPLAINT FILED
     M VC 14601.5(a)                    M VC 14601.1(a)
     I VC 21453(a)                      I VC 16028(a)
```

07/11/2000 DE 1     Courtroom Minutes of Department M9

```
     HON: SJ  DDA: LISA CULBERTSON  CLK: ALI
     Defendant present
     Counsel A Thomas, Public Defender, appearing
     PUBLIC DEFENDER APPOINTED
     Pay $25 Public Defender Registration Fee
     Defendant handed copy of complaint
     Defendant duly arraigned, advised of charges/allegations
     Stipulates to arraignment
     Waives reading of complaint
     Waives further advisement of rights
     City Attorney C Ashmore appearing
     Defendant waives time
     Defendant pleads Not Guilty to count I VC 14601.5(a)
     Defendant pleads Not Guilty to count II VC 14601.1(a)
     Defendant pleads Not Guilty to count III VC 21453(a)
     Defendant pleads Not Guilty to count IV VC 16028(a)
     Settlement Conference Set - 07/31/2000 at 1:30pm M9, SETTLEMENT
        CONFERENCE
```

**0065**

TCR-359967    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 2

<u>07/31/2000 DE 1    Courtroom Minutes of Department M9  </u>

```
HON: SJ  CLK: ALI
Defendant present
Counsel P Estrada, Public Defender, appearing
City Attorney C Ashmore appearing
Defendant Advised of Maximum Penalties
Defendant advised of Future Consequences
Defendant understands and waives each right
Tahl Waiver filed
COUNT I VC 14601.5(a) DISMISSED
Defendant Changes Plea from not guilty to nolo contendere - count
II VC 14601.1(a)
CONVICTED TO COUNT II VC 14601.1(a)
COUNT III VC 21453(a) DISMISSED
COUNT IV VC 16028(a) DISMISSED
Defendant stipulates to factual basis for plea
Stipulate to Commissioner
Court finds Defendant Knowingly, Intelligently, Freely &
Voluntarily waives rights
Court makes finding of guilt
Defendant waives time for sentencing
Settlement Conference Held
Imposition of Judgment Suspended
Conditional Sentence Granted 24 Month(s) - order filed
Be of good conduct and obey all laws
Do not drive without California Driver's License and Insurance in
effect
Defendant to pay Public Defender Fees of $50 through Central
Collections by 09-29-2000
$50 Court cost to City of Sonoma due 10-31-2000
Sentenced to serve 10 days in Jail, stayed until 10/30/2000 at 7:00
PM OR defendant referred to 10 days work release, report by
8/14/2000, enroll within 10 days.
Report to North County Detention Facility
```

<u>08/02/2000 DE 1 </u>
```
   AUTOMATED DL106 SENT TO DMV-SACRAMENTO
```

<u>10/19/2000 DE 1 </u>
```
   DEF REMOVED FROM WORK RELEASE - FAILED TO COMPLETE PROGRAM
   SENT MOD 009 Day(s), TURN IN ON 10/30/2000 PER WORK RELEASE
```

<u>10/24/2000 DE 1 </u>
```
   WRITTEN STATEMENT OF FINDINGS AND ORDER FILED
```

**0066**

TCR-359967    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA          Page 3

11/13/2000 DE 1
    NOTICE OF FAILURE TO REPORT ON JAIL COMMITMENT
    Bench warrant #5238812 issued in the amount of NO BAIL for failure
    to complete sentence
    Probation Summarily Revoked

12/30/2000 DE 1
    ADDED TO CALENDAR BY JAIL - 01/03/2001 at 8:30am M9, WARRANT IN
      CUSTODYS

01/03/2001 DE 1    Courtroom Minutes of Department M9

    HON: SJ  DDA: LAWRENCE E. ORNELL   CLK: ALI
    Defendant present in custody
    Counsel P VanZandt, Public Defender, appearing
    Warrant #5238812 Recalled in Court
    Defendant informed of Right to Confrontation/Cross Exam
    Defendant informed of Right Against Self-Incrimination
    Defendant informed of Right to Violation of Probation Hearing
    Defendant waived right to Probation Violation Hearing
    Violation of Probation Admitted
    Defendant stipulates to factual basis for plea
    Stipulate to Commissioner
    Court finds Defendant Knowingly, Intelligently, Freely &
    Voluntarily waives rights
    Court finds Defendant in violation of probation
    Defendant waives time for sentencing
    Probation Modified
    Probation Reinstated
    Original terms in full force and effect except as amended herein
    Vacate work release
    Sentenced to serve 12 days in Jail ( (10d and 2 VOP) ), forthwith.

09/20/2002 DE 1
    Conditional Sentence Term Expired

                    *****   End of Docket   *****

**0067**

```
TCR-355397      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page    1
                            CRIMINAL DOCKET       Printed  6/09/2008   12:14
```

<u>Docket of</u>
DE 1    ARIAS, NOE                              Offense Date: 04/06/2000
DOB 02/10/1981 DLN CA B6301052                  DA #: DAR-404499

    <u>Filed Charges</u>
    M VC 12500(a) Dismissed

Arresting Agency: PETALUMA POLICE DEPARTMENT          Agency #: PET-002433
Box Number: 77482                                    DA Location: 80847
===============================================================================

<u>04/06/2000 DE 1</u>
    CITE FEE TO APPLY

<u>04/17/2000 DE 1</u>
    COMPLAINT FILED
    M VC 12500(a)

<u>04/19/2000 DE 1</u>
    CONTINUED TO - 04/27/2000 at 8:30am M16, CITED TO APPEAR, FIRST
       APPEARANCE, ARRAIGNMENT

<u>04/21/2000 DE 1</u>
    DROPPED FROM CALENDAR - 04/27/2000 at 8:30am M16
    4/27/2000 DATE VACATED FOR DELAY REDUCTION  4/26/2000 - 04/26/2000
     at 8:30am M9, CITED TO APPEAR, FIRST APPEARANCE, ARRAIGNMENT, DELAY

<u>04/26/2000 DE 1      Courtroom Minutes of Department M9</u>

    HON: SJ  DDA: LC  CLK: ALI
    Defendant not present
    Counsel Makowski appearing
    Counsel appearing generally
    Defendant handed copy of complaint
    Defendant duly arraigned, advised of charges/allegations -thru
    counsel
    Stipulates to arraignment
    Waives reading of complaint
    Waives further advisement of rights
    Defendant waives time
    Defendant pleads Not Guilty to count I VC 12500(a)
    CONTINUED TO - 06/08/2000 at 8:30am M9, DISPOSITION

**0068**

TCR-355397    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page 2

<u>06/08/2000 DE 1    Courtroom Minutes of Department M9  </u>

    HON: JOHN A. SUTRO   DDA: LAWRENCE E. ORNELL   CLK: ALI
    Defendant present
    Counsel Wojciech Makowski appearing
    Case Dismissed - People's Motion

                    *****   End of Docket   *****

**0069**

```
TCR-355452    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA         Page   1
                          CRIMINAL DOCKET        Printed  6/09/2008   12:14


Docket of
  DE 1    ARIAS, NOE                              Offense Date: 04/04/2000
  DOB 02/10/1981 DLN CA B6301052                        DA #: DAR-404504

     Filed Charges
       I VC 22350 Convicted              M VC 12500(a) Dismissed

  Arresting Agency: NAPA CHP                      Agency #: NHP-LV65895
  Box Number: 77482                           DA Location: 80388
=======================================================================

04/04/2000 DE 1
     CITE FEE TO APPLY

04/17/2000 DE 1
     COMPLAINT FILED
       I VC 22350                         M VC 12500(a)

04/19/2000 DE 1
     CONTINUED TO - 05/03/2000 at 8:30am M16, CITED TO APPEAR, FIRST
       APPEARANCE, ARRAIGNMENT

04/21/2000 DE 1
     DROPPED FROM CALENDAR
     REDUCTION - 05/03/2000 at 8:30am M16
      5/03/2000 DATE VACATED FOR DELAY REDUCTION  4/26/2000 - 04/26/2000
       at 8:30am M9, CITED TO APPEAR, FIRST APPEARANCE, ARRAIGNMENT, DELAY

04/26/2000 DE 1    Courtroom Minutes of Department M9

       HON: SJ  DDA: LC  CLK: ALI
       Counsel Makowski appearing
       Counsel appearing generally
       Defendant handed copy of complaint
       Defendant duly arraigned, advised of charges/allegations -thru
       counsel
       Stipulates to arraignment
       Waives reading of complaint
       Waives further advisement of rights
       Defendant waives time
       Defendant pleads Not Guilty to count I VC 22350
       Defendant pleads Not Guilty to count II VC 12500(a)
       CONTINUED TO - 06/08/2000 at 8:30am M9, DISPOSITION
```

**0070**

TCR-355452    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page 2

<u>06/08/2000 DE 1    Courtroom Minutes of Department M9  </u>

    HON: JOHN A. SUTRO  DDA: LAWRENCE E. ORNELL  CLK: ALI
Defendant present
Counsel Wojciech Makowski appearing
Defendant informed of Right to Confrontation/Cross Exam
Defendant informed of Right Against Self-Incrimination
Defendant informed of Right to Jury and/or Court Trial
Defendant waives each right
Defendant Advised of Maximum Penalties
Defendant advised of Future Consequences
Defendant understands and waives each right
Defendant Changes Plea from not guilty to nolo contendere - count I
VC 22350
CONVICTED TO COUNT I VC 22350
COUNT II VC 12500(a) DISMISSED
Defendant stipulates to factual basis for plea
Stipulate to Commissioner
Court finds Defendant Knowingly, Intelligently, Freely &
Voluntarily waives rights
Court makes finding of guilt
Defendant waives time for sentencing
Probation Denied
Fine of $77
Fine $77 suspended

<u>06/08/2000 DE 1  </u>
    AUTOMATED DL106 SENT TO DMV-SACRAMENTO

             *****   End of Docket   *****

**0071**

```
TCR-354760    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page    1
                        CRIMINAL DOCKET      Printed  6/09/2008   12:14
```

<u>Docket of</u>
  DE 1    ARIAS, NOE                          Offense Date: 03/17/2000
  DOB 02/10/1981 DLN CA B6301052              DA #: DAR-403992

   <u>Filed Charges</u>
   M VC 12500(a) Convicted

Arresting Agency: NAPA CHP                    Agency #: NHP-LV65445
Box Number: 77482                            DA Location: 80388
==============================================================================

<u>03/14/2000 DE 1</u>
   CITE FEE TO APPLY

<u>04/12/2000 DE 1</u>
   COMPLAINT FILED
   M VC 12500(a)

<u>04/13/2000 DE 1    Courtroom Minutes of Department M16</u>

   HON: T.J. DE JUNG  CLK: JL
   Defendant not present
   Bench Warrant to issue for $1000
   B/W #5229447 issued in the amount of $1,000 for Failure to Appear
   on Citation per PC 853.7

<u>04/13/2000 DE 1</u>
   CONTINUED TO - 04/13/2000 at 8:30am M16, CITED TO APPEAR, FIRST
     APPEARANCE, ARRAIGNMENT

<u>04/19/2000 DE 1</u>
   CONTINUED TO - 04/19/2000 at 9:30am M9, CLEAR WARRANT, AT
     DEFENDANT'S REQUEST

<u>04/19/2000 DE 1    Courtroom Minutes of Department M9</u>

   HON: SJ  DDA: Lawrence E. Ornell  CLK: AI
   Defendant present
   Court confiscated CDL - to be returned to counsel on 04-26-2000
   Warrant #5229447 Recalled in Court
   CONTINUED TO - 04/26/2000 at 8:30am M9, FOR COUNSEL

```

**0072**

TCR-354760    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA                Page 2

<u>04/26/2000 DE 1    Courtroom Minutes of Department M9  </u>

    HON: SJ  DDA: LC  CLK: ALI
    Defendant not present
    Counsel Makowski appearing
    Counsel appearing generally
    Defendant duly arraigned, advised of charges/allegations
    Stipulates to arraignment
    Waives reading of complaint
    Waives further advisement of rights
    Court returns instruction permit to counsel Mr. Makowski
    Defendant waives time
    Defendant pleads Not Guilty to count I VC 12500(a)
    CONTINUED TO - 06/08/2000 at 8:30am M9, DISPOSITION

<u>06/08/2000 DE 1    Courtroom Minutes of Department M9  </u>

    HON: SJ  DDA: Lawrence E. Ornell  CLK: ALI
    Defendant present
    Counsel Wojciech Makowski appearing
    Defendant informed of Right to Confrontation/Cross Exam
    Defendant informed of Right Against Self-Incrimination
    Defendant informed of Right to Jury and/or Court Trial
    Defendant waives each right
    Defendant Advised of Maximum Penalties
    Defendant advised of Future Consequences
    Defendant understands and waives each right
    Defendant Changes Plea from not guilty to nolo contendere - count I
    VC 12500(a)
    CONVICTED TO COUNT I VC 12500(a)
    Defendant stipulates to factual basis for plea
    Stipulate to Commissioner
    Court finds Defendant Knowingly, Intelligently, Freely &
    Voluntarily waives rights
    Court makes finding of guilt
    Defendant waives time for sentencing
    Court has advised defendant that CDL is suspended
    Imposition of Judgment Suspended
    Conditional Sentence Granted 24 Month(s) - order filed
    Be of good conduct and obey all laws
    Do not drive without California Driver's License and Insurance in
    effect
    DL 310 Verbal Notice of Suspension by Court employee
    Restitution fine of $100 due 08-31-2000 pursuant to Penal Code
    1202.4(b)
    Fine payable thru Clerk's Office

**0073**

TCR-354760    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA    Page 3

06/08/2000 DE 1
    AUTOMATED DL106 SENT TO DMV-SACRAMENTO

09/14/2000 DE 1
    FINE PAID IN FULL-DATE 09/14/2000 REC #1770969 $100.00 (IBM)

06/08/2002 DE 1
    Conditional Sentence Term Expired

*****    End of Docket    *****

**0074**

```
TCR-351965    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA        Page    1
                        CRIMINAL DOCKET        Printed  6/09/2008   12:14


Docket of
  DE 1    ARIAS, NOE                             Offense Date: 02/05/2000
  DOB 02/10/1981 DLN CA B6301052                 DA #: DAR-401284

    Filed Charges
    M VC 14601(a) Dismissed              I VC 16028(a) Dismissed

Arresting Agency: PETALUMA POLICE DEPARTMENT         Agency #: PET-00879
Box Number: 77483                              DA Location: 80388
==============================================================================
```

02/05/2000 DE 1
    CITE FEE TO APPLY

02/23/2000 DE 1
    CONTINUED TO - 02/28/2000 at 8:30am M6, CITED TO APPEAR, FIRST
      APPEARANCE, ARRAIGNMENT
    COMPLAINT FILED
    M VC 14601(a)                        I VC 16028(a)

02/28/2000 DE 1    Courtroom Minutes of Department M6

    HON: SJ  DDA: LAWRENCE E. ORNELL  CLK: ALN
    Defendant present
    Defendant handed copy of complaint
    CONTINUED TO - 03/28/2000 at 8:30am M9, PROOF OF LICENSE, PROOF OF
      INSURANCE

03/28/2000 DE 1    Courtroom Minutes of Department M9

    HON: SJ  DDA: TROYE K. SHAFFER  CLK: ALI
    Defendant present
    CONTINUED TO - 04/26/2000 at 8:30am M9, PROOF OF LICENSE

04/26/2000 DE 1    Courtroom Minutes of Department M9

    HON: SJ  DDA: LC  CLK: ALI
    Defendant not present
    Counsel Magkowski appearing
    Counsel appearing generally
    Defendant handed copy of complaint
    Defendant duly arraigned, advised of charges/allegations
    Stipulates to arraignment
    Waives reading of complaint
    Waives further advisement of rights
    Defendant waives time

**0075**

TCR-351965    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA              Page 2

04/26/2000 DE 1    Courtroom Minutes of Department M9    (continued)
      Defendant pleads Not Guilty to count I VC 14601(a)
      Defendant pleads Not Guilty to count II VC 16028(a)
      CONTINUED TO - 06/08/2000 at 8:30am M9, DISPOSITION


06/08/2000 DE 1    Courtroom Minutes of Department M9

      HON: JOHN A. SUTRO  DDA: LAWRENCE E. ORNELL  CLK: ALI
      Defendant present
      Case Dismissed - People's Motion




              *****    End of Docket    *****




                                                                    **0076**