UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 18 2008

Case No. CR-07-0738 MMC

JUDGE: Maxine M. Chesney

Defendant: NOE ALIAS-ORDONEZ

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: OWEN MARTIKAN

ATTORNEY FOR DEFENDANT: ELIZABETH FALK

Deputy Clerk: TRACY LUCERO

Reporter: BELLE BALL

## PROCEEDINGS

REASON FOR HEARING: Continued Hearing on Govt's Motion to Detain

RESULT OF HEARING: Court finds that ∆ may be released on Pretrial Conditions

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to 6/25/08 @ 2:30 for Bond Hearing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(25 min)