# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-10259         U.S. District Court Case No. CR 07-00738 MMC

Short Case Title   United States v. Noe Arias-Ordonez

Date Notice of Appeal Filed by Clerk of District Court   06/04/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 04/02/08 | James Yeomans | Motion to Dismiss Indictment Hearing |
| 05/07/08 | James Yeomans | Motion to Dismiss Indictment Hearing |
| 05/28/08 | Kelly Bryce | Motion Hearing |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[X] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

AUSA Owen P. Martikan
U.S. Attorney's Office - NDCA
450 Golden Gate Avenue, 11th Fl.
San Francisco, CA 94102
Telephone: 415-436-7241

Date Transcript Ordered  06/04/2008

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California, and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that, on June 25, 2008, she served a copy of the foregoing document described as:

**TRANSCRIPT DESIGNATION AND ORDERING FORM
(SERVICE COPY FOR OTHER PARTIES)**

in the case of **UNITED STATES v. NOE ARIAS-ORDONEZ, District Court No. CR 07-00738 MMC, Court of Appeals Case No. 08-10259,**

___X___   Via personal service on the party or parties set forth below:

AFPD Elizabeth Falk
Federal Public Defender's Office
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct, and executed in San Francisco, California.

DATED: 6/24/2008

HUI CHEN
U. S. Attorney's Office
Northern District of California

CR 07-00738 MMC
TRANSCRIPT ORDER FORM