UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: __JUN 2 5 2008__

Case No. __CR-07-0738 MMC__          JUDGE:   **Maxine M. Chesney**

__NOE ALIAS-ORDONEZ__          Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

__OWEN MARTIKAN__          __Elizabeth Falk__
U.S. ATTORNEY          ATTORNEY FOR DEFENDANT

Deputy Clerk: __TRACY LUCERO__          Reporter: __Connie Kuhl__

**PROCEEDINGS**

REASON FOR HEARING     __Bond Hearing__

RESULT OF HEARING     __Bond signed in open Court.__

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
                    (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(23 min)