BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARIAS-ORDONEZ

FILED
MAR 1 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0738 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXONERATING BOND AND |
| v. ) | RELEASING DEFENDANT FROM |
| ) | BOND CONDITIONS |
| NOE ARIAS-ORDONEZ, ) | |
| ) | |
| ) | Date: March 19, 2010 |
| Defendants. ) | |
| ) | Court: Honorable Maria-Elena James |
| ) | |
| ) | |

On March 9, 2010, the Ninth Circuit ruled in the defendant's favor on the government's interlocutory appeal challenging the district court's dismissal of the indictment in the aforementioned matter. *See United States v. Arias-Ordonez*, Cir. No. 08-10259. The government accordingly concurs with the defendant that the bond in this matter should be exonerated, as there is no pending indictment or proceedings against the defendant before this Court.

WHEREFORE, Mr. Arias-Ordonez respectfully requests this Court to grant the proposed stipulated order, exonerate the bond, remove him from electronic monitoring and all conditions of

1

release previously imposed.

IT IS SO STIPULATED.

DATED: 3/19/09   /S/
ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: 3/19/10   /S/
OWEN P. MARTIKAN
Assistant United States Attorney

[~~PROPOSED~~] ORDER

GOOD CAUSE SHOWN, it is hereby ORDERED that the bond in this matter is EXONERATED as there is no pending indictment before this Court. As the bond in this matter is hereby rescinded, Mr. Arias-Ordonez shall be removed from electronic monitoring forthwith.

DATED: 3/19/10

EDWARD M. CHEN
THE HONORABLE ~~MARIA-ELENA JAMES~~
UNITED STATES MAGISTRATE JUDGE

2